Dean Kawamoto, SBA #232032
Derek W. Loeser, *admitted pro hac vice*
Gretchen Freeman Cappio, *admitted pro hac vice*
Alison S. Gaffney, *admitted pro hac vice*
Felicia J. Craick, *admitted pro hac vice*
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384
Email: dloeser@kellerrohrback.com
        gcappio@kellerrohrback.com
        dkawamoto@kellerrohrback.com
        agaffney@kellerrohrback.com
        fcraick@kellerrohrback.com

***Attorneys for Plaintiff Whatcom County***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WHATCOM COUNTY,<br><br>                              Plaintiff,<br><br>        v.<br><br>JUUL LABS, INC. F/K/A PAX LABS, INC.; PAX LABS, INC.; EONSMOKE LLC; ALTRIA GROUP, INC.; ALTRIA CLIENT SERVICES INC.; ALTRIA GROUP DISTRIBUTION COMPANY; NU MARK LLC; NU MARK INNOVATIONS, LTD.; LOEC, INC.; LORILLARD, LLC; IMPERIAL BRANDS P.L.C.; FONTEM VENTURES B.V.; FONTEM U.S., INC.; R.J. REYNOLDS VAPOR COMPANY; REYNOLDS AMERICAN INC.; AND BRITISH AMERICAN P.L.C.,<br><br>                              Defendants. | No. 19-cv-8191<br><br><br>**COMPLAINT**<br>**JURY TRIAL DEMANDED** |

# TABLE OF CONTENTS

I.  INTRODUCTION .......................................................................................................... 1

II.  JURISDICTION AND VENUE ..................................................................................... 6

III.  PARTIES ........................................................................................................................ 7

IV.  ALLEGATIONS OF FACT ..........................................................................................11

    A.  JUUL: Runaway Commercial Success and Public Health Disaster ...........................11

        1.  Redesigning "the most successful consumer product of all time" .................11

        2.  Following Big Tobacco's footsteps ...............................................................17

        3.  The secret to JUUL's success: hooking kids .................................................22

    B.  JUUL and Altria Join Forces to Protect JUUL's Market Domination .......................34

    C.  Eonsmoke: Riding on JUUL's Coattails ...................................................................51

    D.  Before JUUL, Lorillard and Reynolds American Expanded the E-
        Cigarette Market with Youth-Oriented Advertising ...................................................64

        1.  By attracting kids to e-cigarettes, Lorillard paved the way for
            JUUL ............................................................................................................64

        2.  Targeting Youth, Reynolds American marketed an e-cigarette
            with high nicotine content and sweet flavors.................................................77

    E.  Big Tobacco Copies JUUL's Design ........................................................................81

        1.  Imperial Brands' myblu...............................................................................81

        2.  Reynolds American's Vuse Alto ...................................................................88

    F.  The Cost of E-Cigarettes' Success ............................................................................95

    G.  Vaping in Schools ...................................................................................................101

    H.  Impact of the Youth Vaping Epidemic on Whatcom County .................................105

V.  CAUSES OF ACTION.................................................................................................112

    COUNT ONE — VIOLATIONS OF THE WASHINGTON PUBLIC
    NUISANCE LAW, RCW 7.48.010 ET SEQ. ........................................................112

COUNT TWO — VIOLATIONS OF THE RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), 18 U.S.C. § 1961 ET SEQ. ...................................................................................118

    A.    Description of the Defendants' Enterprise ...............................................118

    B.    The Enterprise Sought to Fraudulently Increase the JUUL Enterprise Defendants' Profits and Revenues ...........................................120

    C.    Predicate Acts:  Mail and Wire Fraud.................................................122

    D.    Plaintiff Has Been Damaged by the JUUL Enterprise Defendants' RICO Violations ..........................................................128

COUNT THREE — FRAUDULENT TRANSFER, CAL. CIV. CODE § 3439 ET SEQ. ........................................................................128

COUNT FOUR — UNJUST ENRICHMENT ...............................................131

COUNT FIVE — PUNITIVE DAMAGES...................................................133

PRAYER FOR RELIEF........................................................................133

JURY TRIAL DEMANDED...................................................................134

# I.    INTRODUCTION

1.      One of the great public health success stories over the past decade has been a reduction in youth tobacco use and in nicotine addiction. Youth smoking rates plummeted from 28% in 2000 to 7.6% in 2017.[1] This success has been the result of years of litigation and strict regulation. It is also due to a powerful public health message that Big Tobacco can no longer dispute or contradict: smoking kills.

2.      This incredible progress towards eliminating youth use of tobacco products has now largely been reversed due to e-cigarettes and vaping. Between 2017 and 2018, e-cigarette use increased 78% among high school students nationwide, from 11.7% of high school students in 2017 to 20.8% of high schoolers in 2018.[2] Among middle school students, e-cigarette use increased 48% between 2017 and 2018.[3] The increase in youth nicotine vaping from 2017 to 2018 was the largest for any substance tracked by the national Monitoring the Future surveys over the past 44 years.[4] Youth vaping rates continued to climb from 2018 to 2019, such that vaping prevalence more than doubled among each grade level surveyed—8th, 10th, and 12th graders—in the past two years.[5] In 2018, 3.6 million middle and high school students reported using e-cigarettes, an increase of 1.5 million youth.[6] This record

---

[1] Meredith Berkman, *Testimony of Meredith Berkman, Parents Against Vaping E-cigarettes*, U.S. House Committee on Oversight & Reform (July 24, 2019), https://oversight.house.gov/sites/democrats.oversight.house.gov/files/2019.07.24%20Berkman-PAVe%20Testimony.pdf.

[2] Jerome Adams, *Surgeon General's Advisory on E-cigarette Use Among Youth*, CDC (Dec. 2018), https://e-cigarettes.surgeongeneral.gov/documents/surgeon-generals-advisory-on-e-cigarette-use-among-youth-2018.pdf.

[3] *2018 NYTS Data: A startling rise in youth e-cigarette use*, FDA (Feb. 2, 2019), https://www.fda.gov/tobacco-products/youth-and-tobacco/2018-nyts-data-startling-rise-youth-e-cigarette-use.

[4] Richard Miech, Ph.D. et al., *Trends in Adolescent Vaping*, 381 New Eng. J. Med. 1490-91 (2019), https://www.nejm.org/doi/full/10.1056/NEJMc1910739.

[5] *Id.*

[6] *2018 NYTS Data, supra* note 3.

increase was repeated between 2018 and 2019, bringing the number of youth e-cigarette users to over 5 million.[7] Nationally, more 1 in every 4 high schoolers now use e-cigarettes.[8]

3.      Consistent with these national numbers, Whatcom County youth are vaping at high rates—rates which continue to climb. E-cigarette use among Whatcom County 8th, 10th, and 12th graders are each higher than the statewide average, and use among 10th graders more than doubled in just two years, surging from 12% in 2016 to 27% in 2018.[9] The latest state survey shows that 38% of Whatcom County 12th graders report vaping within the last thirty days.[10]

4.      According to the Centers for Disease Control and Prevention ("CDC") Director Robert Redfield, "The skyrocketing growth of young people's e-cigarette use over the past year threatens to erase progress made in reducing tobacco use. It's putting a new generation at risk for nicotine addiction."[11] Former U.S. Food and Drug Administration ("FDA") Commissioner Scott Gottlieb described the above statistics as "astonishing," and both the FDA and the U.S. Surgeon General have characterized youth vaping as an "epidemic."[12] The Secretary of the U.S. Department of Health and

---

[7] *Youth Tobacco Use: Results from the National Youth Tobacco Survey*, FDA (Nov. 6, 2019), https://www.fda.gov/tobacco-products/youth-and-tobacco/youth-tobacco-use-results-national-youth-tobacco-survey#1.
[8] *Id.*
[9] *Vaping and e-cigarettes*, Whatcom County Health Dep't, https://whatcomcounty.us/3166/Vaping-and-e-cigarettes (last visited Dec. 9, 2019); *County-level HYS 2016 press release estimates*, Wash. State Healthy Youth Survey (Mar. 15, 2017), https://www.askhys.net/Docs/County-level%20HYS%202016%20press%20release%20estimates%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.xlsx; *County-level HYS 2018 press release estimates*, Wash. State Healthy Youth Survey (Mar. 18, 2019), https://www.askhys.net/Docs/County-level%20HYS%202018%20press%20release%20estimates%203-4-19.xlsx.
[10] *Id.*
[11] Amir Vera, *Texas governor signs law increasing the age to buy tobacco products to 21*, CNN (June 8, 2019), https://www-m.cnn.com/2019/06/08/health/texas-new-tobacco-law/index.html#:~:targetText=Supporters%20say%20increasing%20the%20minimum,go%20into%20effect%20September%201.?r=https%3A%2F%2Fwww.google.com%2F.
[12] Angelica LaVito, *FDA chief Gottlieb threatens to pull e-cigarettes off market if 'astonishing' surge in teen use doesn't slow*, CNBC (Nov. 16, 2018), https://www.cnbc.com/2018/11/16/fda-chief-gottlieb-threatens-to-pull-e-cigarettes-off-market.html; Jayne O'Donnell, *FDA declares youth vaping an epidemic, announces investigation, new enforcement*, USA Today (Sept. 12, 2018),

Human Services declared that "[w]e have never seen use of any substance by America's young people rise as rapidly as e-cigarette use [is rising]."[13]

5.      A major cause of this epidemic is Defendant JUUL Labs, Inc. ("JUUL"), the maker of the JUUL e-cigarette. JUUL entered the e-cigarette market in 2015 and now controls over 70% of it.[14] Over a million JUUL e-cigarettes were sold between 2015 and 2017.[15] In 2017, JUUL generated over $224 million in retail sales, a 621% year-over-year increase.[16] By June 2018, sales had skyrocketed another 783%, reaching $942.6 million.[17] The e-cigarette category as a whole grew 97% to $1.96 billion in the same period, largely based on JUUL's market success.[18] JUUL's dominance of the e-cigarette market has been so rapid, and so complete, that the act of vaping is now often referred to as "juuling."

6.      Before JUUL swept the market, youth vaping was on the rise. According to the CDC, e-cigarette use among middle and high school students tripled between 2013 and 2014. Not coincidentally, this sharp increase occurred as Big Tobacco, facing declining sales of traditional cigarettes, entered the e-cigarette market and poured millions of dollars into youth-oriented marketing.

---

https://www.usatoday.com/story/news/politics/2018/09/12/fda-scott-gottlieb-youth-vaping-e-cigarettes-epidemic-enforcement/1266923002/.

[13] Jan Hoffman, *Study Shows Big Rise in Teen Vaping This Year*, N.Y. Times (Dec. 17, 2018), https://www.nytimes.com/2018/12/17/health/ecigarettes-teens-nicotine-.html; Rajiv Bahl, *Teen Use of Flavored Tobacco was Down, But E-Cigarettes Are Bringing It Back Up*, Healthline (Jan. 9, 2019), https://www.healthline.com/health-news/flavored-tobacco-use-rising-again-among-teens#An-unhealthy-habit.

[14] Richard Craver, *Juul ends 2018 with 76 percent market share*, Winston-Salem J. (Jan. 8, 2019), https://www.journalnow.com/business/juul-ends-with-percent-market-share/article_6f50f427-19ec-50be-8b0c-d3df18d08759.html.

[15] Melia Robinson, *How a startup behind the 'iPhone of vaporizers' reinvented the e-cigarette and generated $224 million in sales in a year*, Bus. Insider (Nov. 21, 2017), https://www.businessinsider.com/juul-e-cigarette-one-million-units-sold-2017-11/.

[16] *Id.*

[17] Angelica LaVito, *Popular e-cigarette Juul's sales have surged almost 800 percent over the past year*, CNBC Health & Sci. (Sept. 11, 2018), https://www.cnbc.com/2018/07/02/juul-e-cigarette-sales-have-surged-over-the-past-year.html.

[18] *Id.*

A 2014 congressional investigation found that e-cigarette companies were targeting young people by giving away free samples at music and sporting events and running radio and television advertisements during youth-oriented programs—activities that are prohibited in the marketing of traditional cigarettes. But as Defendants Lorillard, LLC ("Lorillard"), Reynolds American Inc. ("Reynolds American"), Imperial Brands p.l.c. ("Imperial Brands"), and Altria Group, Inc. and its subsidiaries Altria Client Services Inc., Altria Group Distribution Company, and Nu Mark, LLC, and Nu Mark Innovations, Ltd (collectively, "Altria" or "Altria Defendants") knew from decades of experience and market research, these strategies are what works to create a new generation of customers.

7.      As JUUL's popularity skyrocketed, Big Tobacco hurried to copy its potent nicotine formulation and youth-oriented design—attempting to capture the same young customers. Defendants Imperial Brands, Reynolds American, and Altria all launched their own pod-based, tech-lookalike products. Meanwhile, Defendant Eonsmoke, LLC ("Eonsmoke") explicitly traded on JUUL's market share, promoting its own products as "JUUL compatible," initiating a successful "Doit4juul" social media campaign, and offering its JUUL-compatible pods with flavors including "Sour Gummy," "Pineapple Crush," and "Pink Lemonade."[19]

8.      By September 2018, youth vaping rates were spiraling out of control, and the FDA sent warning letters to JUUL, Altria, Reynolds American, and Imperial Brands' subsidiary, Fontem Ventures B.V., regarding the alarmingly high rates of youth using their products.[20] In October 2018, the FDA raided JUUL's headquarters and seized more than a thousand documents relating to JUUL's

---

[19] Letter from Ann Simoneau, J.D., Director FDA Center for Tobacco Products' Office of Compliance and Enforcement, to Kelly L. Zeller, General Manager, Eonsmoke, LLC ("Eonsmoke, LLC Warning Letter") (Oct. 24, 2019), https://www.fda.gov/inspections-compliance-enforcement-and-criminal-investigations/warning-letters/eonsmoke-llc-592097-10242019.

[20] Letter from Scott Gottlieb, M.D., FDA Commissioner, to Kevin Burns, JUUL Labs, Inc. (Sept. 12, 2018), https://www.fda.gov/media/119669/download.

sales and marketing practices.[21] As of November 2019, the FDA, the Federal Trade Commission, and the U.S. House of Representatives Committee on Oversight and Reform have all commenced investigations into JUUL's role in the youth vaping epidemic and whether JUUL's marketing practices purposefully targeted youth. Multiple state attorneys general have also opened investigations or filed suit against JUUL.

9.      As the pressure on JUUL intensified in late 2018, Altria—maker of Marlboro cigarettes, parent company of Philip Morris USA, and one of the largest tobacco companies in the world— stepped in to assist. On December 20, 2018, Altria announced a $12.8 billion equity investment in JUUL, which gave it a 35% stake in the company. Just several weeks prior to this announcement, Altria had criticized JUUL's marketing practices in a letter to the FDA and declared that "pod-based products significantly contribute to the rise in youth use of e-vapor products."  Altria removed its own pod-based products, the MarkTen Elite and Apex by MarkTen, from the market—only to commit its substantial resources, regulatory knowledge, and lobbying muscle to protecting and expanding JUUL's market share, which, as Altria and JUUL both know, relies heavily on youth.

10.      Attempting to revise history, JUUL and Altria are now describing their collaboration as a "harm reduction opportunity," and JUUL insists it never marketed to youth. These assertions fall flat against the facts, as detailed below. Altria has described JUUL's device as "compelling" and "a terrific product."  In fact, JUUL has compelled a generation of youth, who were never cigarette smokers, into nicotine addiction and put them at risk for severe lung injury or other health harms resulting from aerosol inhalation. JUUL and Altria are working to maintain JUUL's record-breaking sales and market dominance—which would not be possible if the customer base were in fact only adult smokers seeking to quit.

---

[21] Laurie McGinley, *FDA seizes Juul e-cigarette documents in surprise inspection of headquarters*, Wash. Post (Oct. 2, 2018), https://www.washingtonpost.com/health/2018/10/02/fda-seizes-juul-e-cigarette-documents-surprise-inspection-headquarters/.

11.     Plaintiff Whatcom County brings this action against Defendants JUUL Labs, Inc., PAX Labs, Inc.; the purveyors of blu, LOEC, Inc., Lorillard, LLC, Imperial Brands p.l.c, Fontem Ventures B.V., and Fontem U.S., Inc. (collectively "blu Defendants"); the designers and purveyors of Vuse, R.J. Reynolds Vapor Company, Reynolds American Inc., and British American Tobacco p.l.c. (collectively "Vuse Defendants"); Eonsmoke, LLC; and Altria Group, Inc. and its subsidiaries Altria Client Services Inc., Altria Group Distribution Company, and Nu Mark, LLC, and Nu Mark Innovations, Ltd (collectively "Altria Defendants"), for damages and injunctive relief, including abatement of the public health crisis caused by Defendants' wrongful conduct.

## II.     JURISDICTION AND VENUE

12.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 because Plaintiff's racketeering claim arises under the laws of the United States, 18 U.S.C. § 1961 *et seq.*, and pursuant to 28 U.S.C. § 1332(a) because: (i) the amount in controversy exceeds $75,000, exclusive of interests and costs, and (ii) the plaintiff and defendants are citizens of different states. This Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367.

13.     The Court has personal jurisdiction over Defendants because they do business in the Western District of Washington and have sufficient minimum contacts with this District. Defendants intentionally avail themselves of the markets in this State through the promotion, marketing, and sale of the products at issue in this lawsuit, and by retaining the profits and proceeds from these activities, to render the exercise of jurisdiction by this Court permissible under Washington law and the U.S. Constitution.

14.     Venue is proper in the Western District of Washington pursuant to 28 U.S.C. § 1391 (b)(2) and (3) because a substantial part of the events or omissions giving rise to the claims at issue in this Complaint arose in this District and Defendants are subject to the Court's personal jurisdiction with respect to this action.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## III.    PARTIES

**Plaintiff**

15.     Plaintiff Whatcom County ("Plaintiff" or "Whatcom County" or "County") is a Washington County organized and existing under the laws of the State of Washington, RCW 36.01 *et seq.*

**JUUL Defendants**

16.     Defendant JUUL Labs, Inc. ("JUUL"), formerly known as PAX Labs, Inc., formerly known as Ploom, Inc., was incorporated in Delaware on March 12, 2007 (file no. 4315504) under the name Ploom, Inc. and has its principal place of business in San Francisco, California. JUUL manufactures, designs, sells, markets, promotes and distributes JUUL e-cigarettes, JUULpods and accessories.

17.     In 2015, Ploom, Inc. changed its name to PAX Labs, Inc.

18.     In April 2017, PAX Labs, Inc. changed its name to JUUL Labs, Inc., and formed a new subsidiary corporation with its old name, PAX Labs, Inc.  That new subsidiary, Defendant PAX Labs, Inc. ("PAX"), was incorporated in Delaware on April 21, 2017 (file no. 6387684) and has its principal place of business in San Francisco, California.

19.     Prior to the formation of PAX in April 2017, JUUL manufactured, designed, sold, marketed, promoted, and distributed JUUL e-cigarettes, JUULpods, and accessories under the name PAX Labs, Inc. In 2016, JUUL also launched the PAX Era, a device that looks almost identical to the JUUL but is primarily marketed for vaping THC liquid.

20.     On information and belief, JUUL formed PAX for the purpose of spinning PAX (and the marijuana vaping business) off to JUUL's shareholders.  When it formed PAX and in anticipation of the imminent spinoff, JUUL transferred, for no consideration, assets with substantial value to PAX, including (i) patents and other assets those related to the manufacture and sale of the PAX Era and

other marijuana vapor products, (ii) on information and belief, assets and property gained through JUUL's history of developing and designing vapor products that would appeal to youth and marketing and selling vapor products to youth, and (iii) the PAX Labs, Inc. brand, which was developed through JUUL's pre-April 2017 business activities. PAX also benefitted from the experience of JUUL's founders, Adam Bowen and James Monsees, both of whom act as directors and promoters of PAX. PAX has also obscured any public distinction between it and JUUL; for example, until at least October 24, 2019, PAX's website said it was founded in 2007.

21.     In June 2017, JUUL completed the spinoff of PAX by transferring the shares of PAX to the shareholders of JUUL.  JUUL received no consideration in this transaction.

**blu Defendants**

22.     Defendant LOEC, Inc. ("LOEC"), is a subsidiary of Lorillard, LLC and conducted business as "blu eCigs" from 2012 through 2014, when it was purchased by Reynolds American and the blu e-cigarette brand and assets were sold to Imperial Brands p.l.c. During this time period, LOEC manufactured, designed, sold, marketed, promoted, and distributed blu e-cigarettes.

23.     Defendant Lorillard, LLC (formerly Lorillard, Inc.) is a Delaware corporation with its principal place of business in Winston-Salem, North Carolina (previously Greensboro, North Carolina). Before its acquisition by Reynolds American, Lorillard was the third largest manufacturer of cigarettes in the United States and owned America's top selling menthol cigarette brand, Newport. In 2012, Lorillard, through a subsidiary, purchased the assets of blu eCigs.  Lorillard, itself and through its subsidiaries, manufactured, designed, sold, marketed, promoted, and distributed blu e-cigarettes from 2012 through 2014, when it was purchased by Reynolds American and the blu e-cigarettes brand and assets were sold to Imperial Brands p.l.c.

24.     Defendant Imperial Brands p.l.c. is a United Kingdom corporation with its principal place of business in Bristol, England. Imperial Brands is the fourth largest cigarette company in the

world. Imperial Brands purchased the blu e-cigarette brand and assets in 2014. From that point until the present, Imperial Brands, itself and through its subsidiaries, including Fontem Ventures B.V. and Fontem U.S., Inc., has manufactured, designed, sold, marketed, promoted, and distributed blu e-cigarettes.

25.     Defendant Fontem Ventures B.V. is a Dutch corporation and a wholly owned subsidiary of Imperial Brands, with its principal place of business in Amsterdam, Netherlands. From 2014 to the present, Fontem Ventures B.V. has manufactured, designed, sold, marketed, promoted, and distributed blu e-cigarettes.

26.     Defendant Fontem U.S., Inc. ("Fontem U.S.") is a North Carolina corporation and a wholly owned subsidiary of Imperial Brands, with its principal place of business in Charlotte, North Carolina. From 2014 to the present, Fontem U.S. has manufactured, designed, sold, marketed, promoted, and distributed blu e-cigarettes.

**Vuse Defendants**

27.     Defendant R.J. Reynolds Vapor Company is a North Carolina corporation and a wholly owned subsidiary of Reynolds American, with its principal place of business in Winston-Salem, North Carolina. From 2013 to the present, R.J. Reynolds Vapor Company has manufactured, designed, sold, marketed, promoted, and distributed Vuse e-cigarettes, with brands including, but not limited to, Vuse, Vuse Vibe, and Vuse Alto.

28.     Defendant Reynolds American Inc., is a North Carolina corporation, having its principal place of business in Winston-Salem, North Carolina. In 2004, Reynolds American received all U.S. assets, liabilities, and operations of R.J. Reynolds Tobacco Company ("R.J. Reynolds") and Brown & Williamson Tobacco Corporation, now known as Brown & Williamson Holdings, Inc. R.J. Reynolds is the second largest tobacco company in the United States. Brown & Williamson Tobacco Corporation was another large tobacco company and it conducted the United States business of British American

Tobacco. After the merger, British American Tobacco owned a 42% stake in Reynolds American. In 2014, Reynolds American purchased Lorillard, but sold Lorillard's blu product line, among other assets, to Imperial Brands. In 2017, British American Tobacco purchased the remainder of Reynolds American. Reynolds American is now an indirect, wholly owned subsidiary of British American Tobacco. From 2013 to the present, Reynolds American, itself and through its subsidiaries, has manufactured, designed, sold, marketed, promoted, and distributed Vuse e-cigarettes, with brands including, but not limited to, Vuse, Vuse Vibe, and Vuse Alto.

29. Defendant British American Tobacco p.l.c. is a United Kingdom corporation with its principal place of business in London, England. British American Tobacco is the second largest cigarette manufacturer in the world. From 2004 until 2017, British American Tobacco owned a 42% stake in Reynolds American. From 2013 to 2017, British American Tobacco helped to market, promote, and distribute Vuse products. In 2017, British American Tobacco purchased Reynolds American. From 2017 to the present, British American Tobacco, itself and through its subsidiaries, has manufactured, designed, sold, marketed, promoted, and distributed Vuse e-cigarettes, with brands including, but not limited to, Vuse, Vuse Vibe, and Vuse Alto.

**Eonsmoke**

30. Defendant Eonsmoke, LLC, is a New Jersey limited liability company with its principal place of business in Clifton, New Jersey. Eonsmoke markets and sells "Juul Compatible" Eonsmoke and Eonsmoke v2.0 electronic vapor devices and flavor pods, as well as 4X pods.

**Altria Defendants**

31. Defendant Altria Group, Inc. is a Virginia corporation, having its principal place of business in Richmond, Virginia. Altria is one of the world's largest producers and marketers of tobacco products. On December 20, 2018, Altria purchased a 35% stake in JUUL.

32.     Defendant Altria Client Services Inc. is a New York corporation and wholly owned subsidiary of Altria Group, Inc. with its principal place of business in Henrico County, Virginia. Altria Client Services Inc. provides Altria Group, Inc. and its companies with services in many areas including digital marketing, packaging design & innovation, product development, and safety, health, and environmental affairs. On September 25, 2019, the former senior vice president and chief growth officer of Altria Client Services Inc., K.C. Crosthwaite, became the new chief executive of JUUL.

33.     Defendant Altria Group Distribution Company is a Virginia corporation and wholly owned subsidiary of Altria Group, Inc. with its principal place of business in Henrico County, Virginia. Altria Group Distribution Company provides sales, distribution and consumer engagement services to Altria's tobacco companies.

34.     Defendant Nu Mark LLC is a Virginia corporation and wholly owned subsidiary of Altria Group, Inc., with its principal place of business in Richmond, Virginia. Nu Mark LLC was engaged in the manufacture and sale of Altria's electronic vapor products. Shortly before Altria purchased a 35% stake in JUUL in December 2018, Altria Group, Inc. announced that Nu Mark would be discontinuing the production and sale of all e-vapor products.

35.     Defendant Nu Mark Innovations, Ltd. is a subsidiary of Nu Mark LLC located in Beit Shemesh, Israel. Nu Mark Innovations, Ltd. provides digital marketing and customer care services for Nu Mark LLC and Altria's e-vapor brands, as well as product and technology development services.

### IV.     ALLEGATIONS OF FACT

**A.     JUUL: Runaway Commercial Success and Public Health Disaster**

**1.     Redesigning "the most successful consumer product of all time"**

36.     JUUL was founded by Adam Bowen and James Monsees. The company's beginnings can be traced to the pair's collaboration on a product design master's thesis when they were graduate students at Stanford University in 2004—Monsees completing a Master of Fine Arts in Product

Design, and Bowen a Master of Science in Mechanical Engineering in Product Design.[22] Their

proposed product? A better cigarette.



Adam Bowen and James Monsees  *Source: Juul*

37.     Monsees has described the cigarette as "the most successful consumer product of all

time . . . an amazing product."[23] But years of anti-smoking campaigns have successfully de-normalized

cigarette smoking. As part of their thesis research, Monsees and Bowen interviewed smokers who

talked about feeling self-conscious of the signs of smoking, for example, coming back into a room

after a smoke break and smelling like smoke, or having their hands smell like cigarettes no matter even

after washing them multiple times.[24] When Monsees and Bowen presented their thesis and product

design to their classmates, they included a clip from a South Park episode showing the characters

assembled at the Museum of Tolerance and shaming a smoker.[25] Their goal was to design a cigarette

without the stigma and self-consciousness smokers experienced—as Monsees described it, to

[22] Allison Keeley, *Vice Made Nice?*, Stan. Mag. (Aug. 2012), https://stanfordmag.org/contents/vice-made-nice.
[23] Gabriel Montoya, *Pax Labs: Origins with James Monsees*, Social Underground (Jan. 2015), https://socialunderground.com/2015/01/pax-ploom-origins-future-james-monsees/.
[24] Jordan Crook, *This is the Stanford thesis presentation that launched Juul*, Tech Crunch (Feb. 27, 2019), https://techcrunch.com/2019/02/27/this-is-the-stanford-thesis-presentation-that-launched-juul/.
[25] *Id.*; Adam and James' Thesis Presentation, JUUL (Feb. 27, 2019), https://www.youtube.com/watch?v=ZBDLqWCjsMM&has_verified=1, at 4:04.

"deliver[] solutions that refresh the magic and luxury of the tobacco category" and recreate the lost "ritual and elegance that smoking once exemplified."[26]

38.     Essentially, Monsees and Bowen saw a market opportunity in a generation of consumers brought up on anti-smoking norms. In Monsees' words, they wanted to redesign the cigarette "to meet the needs of people who want to enjoy tobacco but don't self-identify with—or don't necessarily want to be associated with—cigarettes."[27] Monsees saw "a huge opportunity for products that speak directly to those consumers who aren't perfectly aligned with traditional tobacco products."[28]

39.     At one point during their thesis presentation, Monsees states, "The cigarette is actually a carefully engineered product for nicotine delivery and addiction."[29] This description applies just as well to the product he and Bowen would launch a decade later—JUUL.

40.     The outcome of Monsees and Bowen's thesis project was a "heat-not-burn" e-cigarette, which uses loose-leaf tobacco. The device heated tobacco contained in pods to a constant temperature, vaporizing nicotine and flavor without burning the materials or producing smoke.

41.     After graduation, Bowen and Monsees worked on bringing their thesis project to the market, incorporating under the name Ploom in 2007. In those early years, they spent a lot of time talking about what Bowen called "the kind of typical thoughts of evil Big Tobacco companies like coming down and squashing you."[30] But ultimately, that "was not really an issue."[31] In fact, not only did Big Tobacco not squash them, but the opposite occurred. Although Bowen and Monsees

---

[26] *Start Your Revolution: An Interview with James Monsees*, onboardly, https://web.archive.org/web/20161108110231/http://onboardly.com/entrepreneur-interviews/an-interview-with-james-monsees/ (last visited Dec. 9, 2019).
[27] *Id.*
[28] *Id.*
[29] *See* Crook, *supra* note 24.
[30] Keeley, *supra* note 22.
[31] *Id.*

characterized their products as aimed toward consumers not aligned with traditional tobacco products, they themselves have aligned with Big Tobacco on at least two occasions: first, with Japan Tobacco and then with Altria.

42.     In 2010, Ploom launched its e-cigarette as the ModelOne, using pods of loose-leaf tobacco heated by butane. It did not catch on. Ploom only sold a few thousand of them. By then a company with a dozen employees, Ploom was faltering, in need of money, technological expertise, and marketing savvy.[32]

43.     Help came from Japan Tobacco International ("JTI"), a division of Japan Tobacco Inc., the fourth-largest tobacco company in the world. In December 2011, JTI and Ploom entered into a strategic agreement, which gave JTI a minority stake in Ploom and made it a strategic partner. In a statement regarding the agreement, Monsees said, "We are very pleased to partner with JTI as their deep expertise, global distribution networks and capital resources will enable us to enter our next phase of growth and capitalize on global expansion opportunities."[33] As Bowen explained in an interview, "We were still doing a lot of our own internal product development, but now we had access to floors of scientists at JTI."

44.     In 2012, Ploom unveiled the PAX, a loose-leaf vaporizer that didn't use pods, but which was much more successful. The following year, Ploom combined elements of the PAX with the pod system as the ModelTwo. Although consumers were enthusiastic about both the PAX and the ModelTwo, the products were limited to a small, high-end market. The PAX, for example, retailed for $250 when it was first marketed. But, as one of Ploom's investors remarked in 2014, "The company is

---

[32] David H. Freedman, *How Do You Sell a Product When You Can't Really Say What It Does?*, Inc.com (May 2014), https://www.inc.com/magazine/201405/david-freedman/james-monsees-ploom-ecigarette-company-marketing-dilemma.html.

[33] *Innovative Partnership for Ploom and Japan Tobacco International JTI to Take Minority Share in Ploom*, Japan Tobacco Int'l (Dec. 8, 2011), https://www.jti.com/sites/default/files/press-releases/documents/2011/innovative-partnership-for-ploom-and-japan-tobacco-international.pdf.

going to invade the bigger, lower-end market now dominated by e-cigarettes."[34] He explained that Ploom had "lots of products in the works" and that "[w]e know we need something cheaper than Pax to go after the mass market. There are still huge opportunities out there."[35]

45.     In February 2015, Ploom and JTI ended their relationship, with Ploom buying back JTI's minority stake in the business. JTI acquired the ModelTwo and pods product line, as well as the Ploom name, while Ploom kept its open-system PAX vaporizer and changed its name to PAX Labs Inc. Monsees characterized the partnership as having "afforded both parties many mutual benefits," but said that the new arrangement would "fuel continued growth" and that PAX intended "rapid rollouts of new products."[36]

46.     PAX made good on its promise of new products and invading the bigger, lower-end market in e-cigarettes. As discussed further below, PAX launched the JUUL in June 2015 with a well-publicized launch party in New York City and a viral social media marketing campaign.

47.     The company renamed itself JUUL Labs, Inc. in 2017.

48.     By the close of 2017, according to Nielsen data, JUUL had surpassed its competitors in capturing 32.9% of the e-cigarette market, with British American Tobacco at 27.4% and Altria at 15.2%.[37] The total e-cigarette market expanded 40% to $1.16 billion.[38]

---

[34] Freedman, *supra* note 32.

[35] *Id.*

[36] *JTI to Acquire Ploom Product Line*, Convenience Store News (Feb. 16, 2015), https://csnews.com/jti-acquire-ploom-product-line#close-olyticsmodal.

[37] Ari Levy, *E-cigarette maker Juul is raising $150 million after spinning out of vaping company*, CNBC (Dec. 20, 2017), https://www.cnbc.com/2017/12/19/juul-labs-raising-150-million-in-debt-after-spinning-out-of-pax.html.

[38] *Id.*

49.     In 2018, JUUL's gross profit margins were 70%[39] and it represented 76.1% of the national e-cigarette market.[40] In a complaint it filed in November 2018 against 24 vape companies for alleged patent infringement, JUUL asserted that it was "now responsible for over 95% of the growth in the ENDS pod refill market in the United States" and included the following chart:[41]

**Appendix 5: U.S. ENDS Pod Market Retail Unit Sales Growth 2018**

4-Week Unit Sales by End Date

| | Nielsen | | | IRI | | |
|---|---|---|---|---|---|---|
| | Apr 21 | Sep 8 | Share of Growth | Apr 22 | Sep 9 | Share of Growth |
| Total Market | 36,002,645 | 55,773,039 | 100% | 29,546,883 | 50,793,955 | 100% |
| Juul | 22,618,886 | 41,501,172 | 95.5% | 14,964,158 | 35,166,120 | 95.1% |
| Vuse | 6,385,922 | 6,172,595 | -1.1% | 7,204,900 | 7,409,312 | 1.0% |
| MarkTen | 3,677,300 | 4,240,285 | 2.8% | 2,904,168 | 3,230,237 | 1.5% |
| Logic | 1,785,167 | 2,018,023 | 1.2% | 1,928,841 | 1,876,006 | -0.2% |
| Blu | 1,062,360 | 1,461,127 | 2.0% | 1,305,209 | 1,937,225 | 3.0% |
| Other | 473,010 | 379,837 | -0.5% | 1,239,607 | 1,175,055 | -0.3% |

50.     JUUL shattered previous records for reaching decacorn status, reaching valuation of over $10 billion in a matter of months—four times faster than Facebook.[42] This all came just three years after its product launch.

---

[39] Dan Primack, *Scoop: The Numbers Behind Juul's Investor Appeal*, Axios (July 2, 2018), https://www.axios.com/numbers-juul-investor-appeal-vaping-22c0a2f9-beb1-4a48-acee-5da64e3e2f82.html.

[40] Robert K. Jackler et al., *JUUL Advertising Over Its First Three Years on the Market 2*, Stan. Res. into the Impact of Tobacco Advert. (2019), http://tobacco.stanford.edu/tobacco_main/publications/JUUL_Marketing_Stanford.pdf.

[41] Verified Complaint Under Section 337 of the Tariff Act of 1930 at 6, *In the Matter of Certain Cartridges for Elec. Nicotine Delivery Sys. & Components Thereof*, Investigation No. 337-TA-1141 (USITC Nov. 19, 2018).

[42] Zack Guzman, *Juul Surpasses Facebook As Fastest Startup to Reach Decacorn Status*, Yahoo! Fin. (Oct. 9, 2018), https://finance.yahoo.com/news/juul-surpasses-facebook-fastest-startup-reach-decacorn-status-153728892.html.

### 2. Following Big Tobacco's footsteps

51. JUUL's staggering commercial success didn't come from a blank slate. Under the Master Settlement Agreement between Big Tobacco and the States, the public has access to hundreds of thousands of Big Tobacco's internal documents. In creating JUUL, Monsees and Bowen carefully studied the marketing strategies, advertisements, and product design of Big Tobacco. As Monsees candidly acknowledged, the internal tobacco documents "became a very intriguing space for us to investigate because we had so much information that you wouldn't normally be able to get in most industries. And we were able to catch-up, right, to a huge, huge industry in no time. And then we started building prototypes."[43]

52. Monsees, Bowen, and their employees reviewed documents in the Big Tobacco archive that included information on how to manipulate nicotine pH to maximize nicotine delivery in a vapor while minimizing the "throat hit" that may potentially deter new smokers. Chenyue Xing, a chemist who worked for JUUL (then called PAX Labs) and helped patent its liquid-nicotine formula, told Reuters that she recalled reviewing tobacco company records and research. "We had consultants who were veterans of the big tobacco companies," she said. "We learned all the history."[44]

53. Big Tobacco spent decades manipulating nicotine in order to foster and maintain addiction in their customers. The tobacco industry tested adding organic acids to tobacco blends to reduce the harshness of the nicotine as early as 1954.[45] In particular, R.J. Reynolds researched the addition of benzoic acid to create a smoother drag. The "nicotine salt" formulation that JUUL popularized follows this same approach. JUUL added benzoic acid to its nicotine liquid, creating a nicotine salt called nicotine benzoate. This both reduced the nicotine's harshness and delivered it more

---

[43] Montoya, *supra* note 23.
[44] Chris Kirkham, *Juul disregarded early evidence it was hooking teens*, Reuters (Nov. 5, 2019), https://www.reuters.com/investigates/special-report/juul-ecigarette/.
[45] David A. Kessler, *Juul Says It Doesn't Target Kids. But Its E-Cigarettes Pull Them In*, N.Y. Times (July 31, 2019), https://www.nytimes.com/2019/07/31/opinion/juul-kids.html.

directly to the user's lungs and brain.[46] The freebase nicotine in earlier e-cigarettes was partly absorbed in the user's mouth and throat, resulting in a much slower absorption by the body.

54.     JUUL's use of nicotine benzoate affects the palatability of nicotine inhalation by reducing the "throat hit" that users experience when vaping. According to Ari Atkins, one of the inventors of the JUUL device, "[i]n the tobacco plant, there are these organic acids that naturally occur. And they help stabilize the nicotine in such a way that makes it . . . I've got to choose my words carefully here: Appropriate for inhalation."[47]

55.     Because cigarette smokers are already accustomed to a certain level of harshness and throat hit, developing a product with reduced harshness and minimal "throat hit" is only a critical concern if the goal is to appeal to first-time smokers. The tobacco industry has long recognized this; a published study of industry documents concluded that "product design changes which make cigarettes more palatable, easier to smoke, or more addictive are also likely to encourage greater uptake of smoking."[48] In the vaping context, reducing the harshness of nicotine also allows more frequent vaping, for longer periods of time, and masks the amount of nicotine being delivered.

56.     JUUL's new nicotine salts formulation was potent. Early testing sometimes caused testers to shake or vomit.[49] JUUL contemplated features that would automatically disable the device after nicotine delivery exceeded a certain threshold; according to Xing, one idea was to disable the device for 30 minutes or more following a certain number of puffs.[50] But in the end JUUL launched its product without any such features.

---

[46] Kirkham, *supra* note 44.
[47] David Pierce, *This Might Just Be the First Great E-Cig*, Wired.com (Apr. 21, 2015), https://www.wired.com/2015/04/pax-juul-ecig/.
[48] Kessler, *Juul Says It Doesn't Target Kids*, *supra* note 45.
[49] Kirkham, *supra* note 44.
[50] *Id.*

57.     Each JUULpod is the equivalent of a pack of cigarettes and contains up to 59 mg per ml of nicotine—an alarming amount that is roughly three times the concentration of nicotine that can be sold to consumers in the European Union. Compared to the average e-cigarette, JUULpods deliver roughly twice as much nicotine at nearly three times the speed.[51]

58.     JUUL knew that it had designed a highly addictive product. In fact, JUUL's sales force emphasized the addictiveness of its formulation to persuade retailers to give the new product shelf space. Vincent Latronica, head of East Coast sales and distribution for JUUL (then called PAX Labs) from 2014 until early 2016, told Reuters that he used a chart showing JUUL's rapid delivery of nicotine to the bloodstream as a way to convince store owners that they would have repeat business and not be left with unsold inventory, and this became a central selling point for the new product.[52] JUUL's sales team was, in Latronica's words, "relentless."[53]

59.     JUUL also looked to Big Tobacco for other marketing strategies, including advertisements designed to lure non-smoking youth. Monsees and Bowen were able to take advantage of an extensive online tobacco advertising research database maintained by the Stanford Research into the Impact of Tobacco Advertising ("SRITA"), an inter-disciplinary research group devoted to researching the promotional activities of the tobacco industry. SRITA's database contains approximately 50,000 original tobacco advertisements. According to Monsees, JUUL's advertising was informed by traditional tobacco advertisements, and SRITA in particular had been very useful to JUUL.[54]

60.     It is no secret that a good portion of the Big Tobacco playbook involved targeting youth. Beginning in the 1950s, Philip Morris—now JUUL's corporate affiliate—intentionally

---

[51] *How Much Nicotine is In Juul?*, Truth Initiative (Feb. 26, 2019), https://truthinitiative.org/research-resources/emerging-tobacco-products/how-much-nicotine-juul.
[52] Kirkham, *supra* note 44.
[53] *Id.*
[54] Jackler et al., *supra* note 40 at 27.

marketed cigarettes to young people under the age of 21 to recruit "replacement smokers" to ensure the economic future of the tobacco industry.[55] Philip Morris knew that youth smoking was essential to the tobacco industry's success and longevity, as an internal Philip Morris document makes clear: "It is important to know as much as possible about teenage smoking patterns and attitudes. Today's teenager is tomorrow's potential regular customer, and the overwhelming majority of smokers first begin to smoke while still in their teens."[56] Tobacco companies have focused on the 14 to 24-year-old age group because young smokers have been the critical factor in the growth of their business. As the Vice-President of Marketing at R.J. Reynolds explained in 1974, the "young adult . . . market . . . represent[s] tomorrow's cigarette business. As this 14-24 age group matures, they will account for a key share of the total cigarette volume—for at least the next 25 years."[57]

61.     According to the U.S. Surgeon General, the majority of smokers start smoking by age 18, and underage smokers are significantly influenced by brand advertising:

> The tobacco industry has stated that its marketing only promotes brand choices among adult smokers. Regardless of intent, this marketing encourages underage youth to smoke. Nearly 9 out of 10 smokers start smoking by age 18, and more than 80% of underage smokers choose brands from among the top three most heavily advertised.[58]

---

[55] Amended Final Opinion at 972, *U.S. v. Philip Morris*, No. 99- 2496 (D.D.C. Aug. 17, 2006), ECF No. 5750.

[56] *Tobacco Company Quotes on Marketing to Kids*, Campaign for Tobacco-Free Kids (May 14, 2001), https://www.tobaccofreekids.org/assets/factsheets/0114.pdf.

[57] C.A. Tucker, *Marketing Plans Presentation to RJRI B of D* at 2, U.C.S.F. Truth Tobacco Industry Documents (Sept. 30, 1974), https://www.industrydocumentslibrary.ucsf.edu/tobacco/docs/#id=ypmw0091.

[58] *Preventing Tobacco Use Among Youths, Surgeon General Fact Sheet*, Surgeon Gen., https://www.hhs.gov/surgeongeneral/reports-and-publications/tobacco/preventing-youth-tobacco-use-factsheet/index.html (last visited Dec. 9, 2019).

62.     R.J. Reynolds's now-infamous Joe Camel "ambassador of Cool" advertising campaign, which ran from 1988 through 1997, exemplifies the importance the tobacco industry placed on hooking young smokers early:[59]



63.     Big Tobacco, of course, is now prohibited from employing youth-oriented marketing strategies to sell traditional cigarettes by virtue of the Master Settlement Agreement and subsequent regulations. But nothing prevented JUUL and Big Tobacco from using these same strategies to market e-cigarettes.

---

[59] *Joe Camel: Character of the Year Advertisement*, Stan. U. Res. into the Impact of Tobacco Advert. (1990), http://tobacco.stanford.edu/tobacco_main/images.php?token2=fm_st138.php&token1=fm_img4072.php&theme_file=fm_mt015.php&theme_name=Targeting%20Teens&subtheme_name=Joe%20Camel.

### 3.    The secret to JUUL's success: hooking kids

64.    Because of Big Tobacco's demonstrated effectiveness at addicting youth to nicotine, cigarette manufacturers operate under tight restrictions regarding their cigarette advertising and marketing activities. By way of example, cigarette companies may not:

A.    use outdoor advertising such as billboards;

B.    sponsor events;

C.    give free samples;

D.    pay any person to "use, display, make reference to or use as a prop any Tobacco Product, Tobacco Product package . . . in any "Media;"

E.    pay any third party to conduct any activity which the tobacco manufacturer is prohibited from doing; or

F.    sell "flavored" cigarettes.

65.    All of these above activities were prohibited because of their effectiveness at appealing to youth. As described below, all of these activities figured prominently in JUUL's marketing campaign.

66.    According to Dr. Robert Jackler, an otolaryngologist and professor at Stanford University School of Medicine and principal investigator for SRITA, JUUL's initial marketing was "patently youth oriented."[60] JUUL's 2015 ad campaign, called "Vaporized," was designed to create a "cult-like following."[61] Its imagery featured a vivid color scheme and models in their twenties in poses that researchers note are evocative of behaviors more characteristic of underage teens than mature

---

[60] Robert K. Jackler, *The Role of the Company in the Juul Teen Epidemic*, *Testimony of Robert Jackler before the House Subcommittee on Economic and Consumer Policy* ("Jackler Testimony") at 2 (July 24, 2019), https://oversight.house.gov/sites/democrats.oversight.house.gov/files/2019.07.24%20Jackler%20Testimony.pdf.
[61] *Id.* at 4.

adults.[62] Dr. Jackler and his colleagues found it "clear" that this imagery resonated with underage

teens who aspire to emulate trendsetting young adults.[63]



67.     The Vaporized campaign was featured on the front page of VICE magazine, "the #1

youth media company."[64] In the summer of 2015, an animated series of Vaporized billboards, with the

campaign's youth-appealing imagery, were displayed in New York's Times Square.[65]

68.     Over the first year after JUUL launched its ad campaign in June 2015, it held a series of

at least 50 highly stylized parties, typically with rock music entertainment, in cities across the United

States.[66]



---

[62] Jackler et al., *supra* note 40 at 1.

[63] *Id.* at 7.

[64] *Id.* at 5.

[65] *Id.* at 17-18; Erin Brodwin, *Silicon Valley e-cig startup Juul 'threw a really great party' to launch its devices, which experts say deliberately targeted youth*, Bus. Insider (Sept. 4, 2018), https://www.businessinsider.com/juul-e-cig-startup-marketing-appealed-to-teens-2018-7.

[66] Jackler et al., *supra* note 40 at 4.

69.     Documents obtained by the New York Attorney General show that JUUL recruited

young "brand ambassadors" to staff its events and required a dress code that included skinny jeans,

high-top sneakers or booties, and an iPhone in a JUUL-branded case.[67]



70.     At these launch parties, thousands of young people were given free nicotine-filled

JUULpods (appropriately named "JUUL starter kits"), and JUUL posted photos of various young

people enthusiastically puffing on JUULs across its social media channels.[68] JUUL also featured

popular stars such as Katy Perry holding a JUUL at the Golden Globes.[69]

71.     JUUL knew these images would be successful with a youth market because it

intentionally crafted them to mimic specific traditional tobacco advertisements that Big Tobacco had

used to target teens. In fact, many of JUUL's ads are nearly identical to old cigarette ads that were

designed to get teens to smoke.

---

[67] Jake Offenhartz, *Juul Hooked Teens Through Sick Parties and Hip Ambassadors, NY AG Says*,
Gothamist (Nov. 19, 2019), https://gothamist.com/news/juul-hooked-teens-through-sick-parties-and-
hip-ambassadors-ny-ag-says; Kathleen Chaykowski, *The Disturbing Focus of Juul's Early Marketing
Campaigns*, Forbes (Nov. 16, 2018),
https://www.forbes.com/sites/kathleenchaykowski/2018/11/16/the-disturbing-focus-of-juuls-early-
marketing-campaigns/#3da1e11b14f9.
[68] Jackler, *supra* note 40 at 4; Chaykowski, *supra* note 67.
[69] Jackler, *supra* note 40 at 14.







72.     Like its Big Tobacco role models, JUUL built its marketing campaigns using colorful, eye-catching designs and youth-oriented imagery with themes of being cool, carefree, stylish, attractive, sexy, and popular—unusual themes and images if one's objective is to promote an adult-only smoking cessation device. Moreover, JUUL's advertisements reached youth. In 2016, an estimated 20.5 million U.S. middle and high school students were exposed to advertisements for e-cigarettes, including JUUL.[72]

[70] *Virginia Slims vs Juul Advertisement*, Stan. U. Res. into the Impact of Tobacco Advert. (2015), http://tobacco.stanford.edu/tobacco_main/images-comp.php?token2=fm_tn_st328.php&token1=fm_tn_img10799.php&theme_file=fm_tn_mt035.php&theme_name=Cigs%20vs.%20eCigs&subtheme_name=Cigs%20vs%20eCigs%20JUUL.

[71] Julia Belluz, *The Vape Company Juul Said It Doesn't Target Teens. Its Early Ads Tell a Different Story*, Vox (Jan. 25, 2019), https://www.vox.com/2019/1/25/18194953/vape-juul-e-cigarette-marketing.

[72] Kristy Marynak et al., *Exposure to Electronic Cigarette Advertising Among Middle and High School Students – United States, 2014-2016*, CDC: Morbidty and Mortality Weekly Report (Mar. 16, 2018), https://www.cdc.gov/mmwr/volumes/67/wr/mm6710a3.htm.

73.     JUUL not only used Big Tobacco's advertising imagery in a manner that reached youth, but also coupled traditional advertisements with an aggressive social media marketing campaign. JUUL was particularly active on Instagram, which is the most popular social media site among teens.[73] JUUL cultivated hashtags, allowing it to blend its ads in with wide range of user content, increasing exposure while concealing the commercial nature of the content.[74] JUUL then used hashtags to reinforce the themes it crafted in its product design, like #style, #technology, #smart, and #gadget. JUUL's hashtags attracted an enormous community of youthful posts on a wide array of subjects. According to Dr. Jackler, #Juul contains literally thousands of juvenile postings, and numerous Instagram hashtags contain the JUUL brand name.[75]

74.     Even after JUUL halted its own social media posts in November 2018, viral peer-to-peer promotion among teens insured continued corporate and product visibility among youth.[76] In fact, community posts about JUUL increased after JUUL itself quit social media in the Fall of 2018. Prior to November 2018, over a quarter of a million posts appeared. In the eight months *after* JUUL halted its promotional postings, the rate of community postings increased significantly, resulting in the number of posts doubling to over half a million.[77]

75.     Documents obtained pursuant to a Congressional investigation show that in July 2015, JUUL (then called Pax Labs) entered into a contract with Grit Creative Group for services that included "Influencer Relations," in which Grit agreed to provide two "Social Buzzmakers" for six events within a four-week period, with each Social Buzzmaker having a minimum of 30,000 followers and be active on at least two social media channels, such as Instagram, Twitter, or Facebook. The contract provided that JUUL would determine or approve the timing of the Buzzmakers' posts. In

---

[73] Jackler et al., *supra* note 40.
[74] *Id.* at 23.
[75] Jackler Testimony, *supra* note 60 at 10.
[76] *Id.* at 11.
[77] *Id.*

addition, JUUL engaged GRIT to "develop influencer engagement efforts to establish a network of creatives to leverage as loyalists for Juul/Pax brand activations."[78]

76.     JUUL also paid social media influencers to post photos of themselves with JUUL devices and to use the hashtags that it was cultivating.[79] One such influencer was Christina Zayas, whom JUUL paid $1,000 for just one blog post and one Instagram post in the Fall of 2017.



77.     JUUL instituted an "affiliate program" to recruit those who authored favorable reviews of its products by providing such reviewers with a 20% discount of purchases of JUUL products.[81] It even recruited JUUL users to act as part of their marketing team by asking users to "refer a friend and get a discount."[82]

[78] Kenrick Cai, *Juul Funded High Schools, Recruited Social Media Influencers To Reach Youth, House Panel Charges*, Forbes (July 25, 2019), https://www.forbes.com/sites/kenrickcai/2019/07/25/juul-high-schools-influencers-reach-youth-house-investigation/#57735a4a33e2. *See* JLI-HOR-00042050.

[79] Jackler et al., *supra* note 40 at 19-21.

[80] Michael Nedelman et al., *#Juul: How social media hyped nicotine for a new generation*, CNN Health (Dec. 19, 2018), https://www.cnn.com/2018/12/17/health/juul-social-media-influencers/index.html.

[81] Jackler Testimony, *supra* note 60 at 9-10.

[82] *Id.* at 9.

78.     Such tactics masked what were in fact JUUL advertisements as user content, further increasing exposure and ultimately solidifying the company in teen pop culture as a form of cultural currency and a status symbol. JUUL's strategy was so successful in embedding its products into pop culture that it entered the vernacular as a verb. The term "juuling" also erases the connection to terms like "smoking" or "e-cigarette," which could alert users to the true nature of the activity. A recent study found that 63% of adolescent JUUL users did not know that JUULpods contain nicotine.[83] This has worked to JUUL's advantage and was in fact a deliberate part of the its strategy. In the first year after its launch, not one of JUUL's 171 promotional emails said anything about nicotine content,[84] and it did not include nicotine warnings on the JUUL packaging until August 2018, when it was forced to do so.

79.     The design of JUUL's product is also acutely attractive to youth. Unlike most of its predecessors, JUUL looks nothing like a cigarette. Instead, JUUL is sleek and linear and seems like the latest tech invention. This is not surprising, given the founders' Silicon Valley product design education and training. JUUL co-founder Bowen drew on his experience as a design engineer at Apple to make JUUL's design mimic technology children were already familiar with, like Apple's iPhone.[85] This made JUULs look "more like a cool gadget and less like a drug delivery device. This wasn't smoking or vaping, this was JUULing."[86] The evocation of technology makes JUUL device familiar and desirable to the younger tech-savvy generation, particularly teenagers. According to a 19-year-old interviewed for the Vox series By Design, "our grandmas have iPhones now, normal kids have JUULs

---

[83] *Juul e-Cigarettes Gain Popularity Among youth, But Awareness of Nicotine Presence Remains Low*, Truth Initiative (Apr. 18, 2018), https://truthinitiative.org/sites/default/files/media/files/2019/03/JUUL-E-cigarettes-Gain-Popularity-Among-Youth-But-Awareness-of-Nicotine-Presence-Remains-Low.pdf.

[84] Jackler et al., *supra* note 40 at 25.

[85] *How JUUL made nicotine go viral*, Vox – By Design (Aug. 10, 2018), https://www.youtube.com/watch?v=AFOpoKBUyok.

[86] *Id.*

now. Because it looks so modern, we kind of trust modern stuff a little bit more so we're like, we can use it, we're not going to have any trouble with it because you can trust it."[87] A 16-year-old agreed, explaining that "the tech aspect definitely helps people get introduced to it and then once they're introduced to it, they're staying, because they are conditioned to like all these different products. And then this is another product. And it's just another product. Until you're addicted to nicotine."[88]

80.     JUUL also designed its device with features reminiscent of youth-oriented tech culture and gaming, like "secret" features users can unlock, such as making the indicator light flash rainbow colors in "party mode." JUUL has been so successful in emulating technology that the small, rectangular devices are often mistaken for—or passed off as—flash drives. According to one senior at Eastlake High School in Washington State, "that's what people tell the teachers a lot, too, if you charge it in class, they'll just say it's my flash drive."[89]

81.     The ability to conceal a JUUL is also part of the appeal for adolescents. The devices are small and slim, so they fit easily in a closed hand or a pocket. The ease and simplicity of use—there is nothing to light or unwrap, not even an on-off switch—also make it possible to covertly use a JUUL behind a turned back, which has become a trend in many schools. As an officer with the Bellevue Police Department in Washington told reporters, JUUL use is "incredibly prevalent in schools," including both high schools and middle schools, and that it is hard to catch kids in the act of vaping because JUUL doesn't produce a big vapor cloud. As the officer explained, students will "just take a little hit or puff off them and then can hold the vapor in their mouth for a little while . . . There's minimal vapor. They'll also just blow into their sleeve or into their hoodie."[90] Finding new ways to hide the ever-concealable JUUL has spawned products designed just for that purpose, such as apparel

---

[87] *Id.*
[88] *Id.*
[89] *Juuling at School*, KOMO News (2019), https://komonews.com/news/healthworks/dangerous-teen-trend-juuling-at-school.
[90] *Id.*

that allows the wearer to use the device while it is concealed in the drawstring of a hoodie or the strap of a backpack.[91]

82.     According to Dr. David Kessler, a former commissioner of the FDA and current professor of pediatrics at the University of California, San Francisco, JUUL's "fundamental design"—a design that has since been mimicked by *my*blu, Vuse Alto, and Eonsmoke—"appears to ease young people into using these e-cigarettes and ultimately, addiction."[92] Dr. Kessler emphasized the reduced harshness of JUUL's nicotine salt formulation, the high nicotine content, discreet vapor cloud, and use of flavors as design features that appeal to youth.[93] On April 24, 2018, the FDA sent JUUL a letter, based on the FDA's concern "about the popularity of JUUL products among youth" and stated that this popularity may be related to "the product design."[94] As a result, the FDA requested documents related to product design, including its "shape or form," "nicotine salt formulation" and "nicotine concentration/content," "flavors," and "features such as: appearance, or lack thereof, or plume . . . [and] USB port rechargeability."

83.     JUULpods sold in fruity or sweet flavors made the product even more attractive to adolescents. Tobacco companies have known for decades that flavored products are key to nicotine adoption by youth. A 1972 Brown & Williamson memorandum: "Youth Cigarette – New Concepts," specifically noted the "well known fact that teenagers like sweet products."[95] A 1979 Lorillard memorandum concluded that younger customers would be "attracted to products with 'less tobacco

---

[91] Evie Blad, *'Juuling' and Teenagers: 3 Things Principals and Teachers Need to Know*, Educ. Wk. (July 18, 2018), https://www.edweek.org/ew/articles/2018/07/18/juuling-and-teenagers-3-things-principals-and.html.

[92] Kessler, *Juul Says It Doesn't Target Kids*, supra note 45.

[93] *Id.*

[94] Letter from Matthew R. Holman, Director of the Office of Science at the Center for Tobacco Products, to Ziad Rouag, Vice President of Regulatory & Clinical Affairs, JUUL Labs, Inc. (Apr. 24, 2018), https://www.fda.gov/media/112339/download.

[95] Marketing Innovations, Inc., *Brown & Williamson Tobacco Corp. Project Report: Youth Cigarette—New Concepts*, U.C.S.F. Truth Tobacco Industry Documents (Sept. 1972), https://www.industrydocuments.ucsf.edu/tobacco/docs/#id=hzpd0040.

taste," and even proposed borrowing data from the "Life Savers" candy company to determine which flavors enjoyed the widest appeal among youth.[96] According to 2004 data, 17-year-old smokers were more than three times likely as those over 25 to smoke flavored cigarettes and viewed flavored cigarettes as safer.[97] For this reason, in 2009 the FDA banned flavored cigarettes pursuant to its new authority under the Family Smoking Prevention and Tobacco Control Act of 2009. In announcing the ban, FDA Commissioner Dr. Margaret Hamburg declared that "flavored cigarettes are a gateway for many children and young adults to become regular smokers."[98] A 2017 study of the cigarette flavor ban found that the ban was effective in lowering both the number of smokers and the amount smoked by smokers, though it was associated with an increased use of menthol cigarettes (the only flavor still available).[99]

84.     The use of flavors is just as problematic with e-cigarettes. According to the Surgeon General, 85% of adolescents who use e-cigarettes use flavored varieties.[100] Studies also show that flavors motivate e-cigarette initiation among youth,[101] and that youth are much more likely to use

---

[96] *Flavored Tobacco FAQs*, Students Working Against Tobacco (citing Sedgefield Idea Sessions 790606-790607. June 8, 1979. Bates No. 81513681/3691), http://swatflorida.com/uploads/fightresource/Flavored%20Tobacco%20Industry%20Quotes%20and%20Facts.pdf (last visited Dec. 9, 2019).

[97] Gardiner Harris, *Flavors Banned From Cigarettes to Deter Youth*, N.Y. Times (Sept. 22, 2009), https://www.nytimes.com/2009/09/23/health/policy/23fda.html.

[98] *Id.*

[99] Charles J. Courtemanche et al., *Influence of the Flavored Cigarette Ban on Adolescent Tobacco Use*, Am. J. of Preventive Med. 52(5):e139 - e146 (May 2017), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5401634/pdf/nihms842675.pdf; M.B. Harrell et al., *Flavored e-cigarette use: Characterizing youth, young adult, and adult users*, Prev. Med Rep. 2017; 5: 33–40 (Nov. 11, 2016), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5121224/pdf/main.pdf.

[100] *E-Cigarette Use Among Youth and Young Adults*, U.S. Dept. of Health & Human Servs. (2016), https://www.ctclearinghouse.org/Customer-Content/www/topics/2444-E-Cigarette-Use-Among-Youth-And-Young-Adults.pdf (last visited Dec. 9, 2019).

[101] Karl Paul, *Flavored Vapes Lure Teens Into Smoking and Nicotine Addiction, Study Shows*, MarketWatch (Feb. 26, 2019), https://www.marketwatch.com/story/flavored-vapes-lure-teens-into-smoking-and-nicotine-addiction-study-shows-2019-02-25.

flavored tobacco products than adults are.[102]

85.    JUUL sold its nicotine pods in flavors like Cool Mint, Crème Brulee, Fruit Medley, Cucumber, and Mango.

  

86.    In a social media post from August 2017, JUUL compared its product to dessert: "Do you brulée? RT [re-tweet] if you enjoy dessert without the spoon with our Creme Brulee #JUULpods."[103]



---

[102] A.C. Villanti et al., *Flavored Tobacco Product Use in Youth and Adults: Findings From the First Wave of the PATH Study*, 53 Am. J. of Preventative Med. 139 (2017), https://www.ncbi.nlm.nih.gov/pubmed/28318902.

[103] Chaykowski, *supra* note 67.

87.     The flavors pose dangers beyond luring young people into trying nicotine. Studies now show these sweet and fruity flavors present distinct additional health hazards. Researchers have found that some of the chemicals JUUL uses for flavor and perfume—particularly in the Crème Brulee flavor—contain relatively high levels of acetals.[104] Acetals are airway-irritating chemicals that may cause lung damage.[105] Dr. Robert Jackler said that test results have shown that JUUL's sweet and fruity flavors "contribute[] to the increasing body of evidence documenting toxicological effects of e-cig vapor."[106]

88.     JUUL was well aware from the beginning that its products would appeal to youth. A former JUUL manager, who spoke to *The New York Times* on the condition that his name not be used, said that within months of JUUL's 2015 introduction, it became evident that teenagers were either buying JUULs online or finding others who made the purchases for them. Some people bought more JUUL kits on the company's website than they could individually use—sometimes ten or more devices at a time. "First, they just knew it was being bought for resale," said the former senior manager, who was briefed on the company's business strategy. "Then, when they saw the social media, in fall and winter of 2015, they suspected it was teens."[107]

89.     This "suspicion" has been confirmed by the U.S. Surgeon General, who found that JUUL's Twitter account was being followed by adolescents and that 25% of those re-tweeting official JUUL tweets were under 18 years old.[108] It is clear that JUUL, like Philip Morris, Lorillard, and R.J. Reynolds before it, targeted youth as a key business demographic. Unsurprisingly, JUUL's efforts to

---

[104] Susie Neilson, *Irritating Compounds Can Show Up in 'Vape Juice'*, NPR (July 30, 2019), https://www.npr.org/sections/health-shots/2019/07/30/746238009/irritating-compounds-discovered-in-vape-juice.
[105] *Id.*
[106] *Id.*
[107] Matt Richtel & Sheila Kaplan, *Did Juul Lure Teenagers and Get 'Customers for Life'?*, N.Y. Times (Aug. 27, 2019), https://www.nytimes.com/2018/08/27/science/juul-vaping-teen-marketing.html.
[108] Adams, *supra* note 2.

follow these pages of Big Tobacco's playbook has yielded results: a recent study found that 15 to 17-year-olds are *16 times* more likely to use JUUL than 25 to 34-year-olds.[109]

**B.      JUUL and Altria Join Forces to Protect JUUL's Market Domination**

90.      By the fall of 2018, JUUL was under intense scrutiny. A group of eleven United States senators wrote JUUL's then CEO, Kevin Burns, a letter in April 2018, declaring that the JUUL device and JUULpods "are undermining our nation's efforts to reduce tobacco use among youth and putting an entire new generation of children at risk of nicotine addiction and other health consequences."[110] Less than a week later, then FDA Commissioner Gottlieb announced a crackdown on retailers to limit youth access to e-cigarettes and enforcement actions against JUUL in particular.[111] At the same time, the FDA sent JUUL a request for documents relating to marketing, product design, and public health impact.[112] In July 2018, Massachusetts Attorney General Maura Healey announced an investigation into JUUL regarding marketing and sale to minors.[113]   In September 2018, FDA Commissioner Gottlieb called youth vaping an "epidemic" and sent letters to JUUL, Altria, Reynolds American, and Fontem Ventures demanding each company's plan to reduce youth use.[114]   Then, in October 2018, as

---

[109] D.M. Vallone et al., *Prevalence and correlates of Juul use among a national sample of youth and young adults*, Tobacco Control (Oct. 29, 2018), http://dx.doi.org/10.1136/tobaccocontrol-2018-054693.

[110] Richard Durbin et al., *Letter from 11 U.S. Senators, to Kevin Burns, CEO of JUUL Labs, Inc.*, U.S. Senate (Apr. 18, 2018), https://www.durbin.senate.gov/imo/media/doc/JUUL%20Letter%20-%20S%20IGNED.pdf.

[111] Scott Gottlieb, Statement from FDA Commissioner Scott Gottlieb, M.D., on new enforcement actions and a Youth Tobacco Prevention Plan to stop youth use of, and access to, JUUL and other e-cigarettes, FDA (Apr. 23, 2018), https://www.fda.gov/news-events/press-announcements/statement-fda-commissioner-scott-gottlieb-md-new-enforcement-actions-and-youth-tobacco-prevention?utm_campaign=04242018_Statement_Youth%20Tobacco%20Prevention&utm_medium=email&utm_source=Eloqua.

[112] Letter from Holman April 24, 2018, *supra* note 94.

[113] *AG Healey Announces Investigation into JUUL, Other Online E-Cigarette Retailers Over Marketing and Sale to Minors*, Mass.gov (July 24, 2018), https://www.mass.gov/news/ag-healey-announces-investigation-into-juul-other-online-e-cigarette-retailers-over-marketing.

[114] *Letters to Manufacturers Regarding Plans to Address Youth Access and Use*, FDA (Sept. 12, 2018), https://www.fda.gov/tobacco-products/rules-regulations-and-guidance/ctp-letters-industry#youth-access.

alleged above, the FDA raided JUUL's headquarters and seized more than a thousand documents relating to JUUL's sales and marketing practices.[115]

91.     On November 13, 2018, in the face of increasing public scrutiny and pressure JUUL responded with an "Action Plan," declaring its intent to stop selling certain flavors in brick-and-mortar stores, restrict purchases of those flavors on the JUUL website to adults age 21 and over, and shut down its social media accounts.[116] Specifically, JUUL limited the flavors carried by retail stores to tobacco, menthol, and mint.

92.     This was more talk than action. Under JUUL's "Action Plan," JUUL continued to offer the full range of flavors (including the popular Mango) online—a market which teens are particularly adept at navigating. And because many minors using e-cigarettes get them from social sources, such as older friends,[117] as long as Mango and other flavors are available for sale somewhere, children will get them.

93.     As the pressure on JUUL intensified, Altria stepped in to assist.  On December 20, 2018, Altria announced a $12.8 billion investment in JUUL, the largest equity investment in U.S. history.[118]  The hypocrisy is astounding: Altria made this investment only *seven weeks* after sending a letter to the FDA acknowledging that "pod-based [vaping] products significantly contribute to the rise in youth use of e-vapor products," and expressly criticizing many of the marketing practices employed

---

[115] McGinley, *supra* note 21.

[116] *Juul Labs Action Plan*, Juul Labs, Inc. (Nov. 13, 2018), https://newsroom.juul.com/juul-labs-action-plan/.

[117] *See* Pepper, J. K., Coats, E. M., Nonnemaker, J. M., & Loomis, B. R. (2019). How Do Adolescents Get Their E-Cigarettes and Other Electronic Vaping Devices? *American Journal of Health Promotion*, 33(3), 420–429. https://doi.org/10.1177/0890117118790366.

[118] *Altria Makes $12.8 Billion Minority Investment in JUUL to Accelerate Harm Reduction and Drive Growth* ("Altria Minority Investment"), Bus. Wire (Dec. 20, 2018), https://www.businesswire.com/news/home/20181220005318/en/Altria-12.8-Billion-Minority-Investment-JUUL-Accelerate.

by JUUL.[119] Altria characterized its massive JUUL investment as one intended to "[a]ccelerate [h]arm [r]eduction and [d]rive [g]rowth."[120] In an investor presentation in 2019, Altria described JUUL as having a "unique and compelling product" and included the following graphic:[121]



94.     But as the president of the Campaign for Tobacco-Free Kids observed upon announcement of the deal, "Altria has no interest in seriously reducing the number of people who smoke cigarettes."[122]

95.     Altria would not have made such a sizable investment if it did not intend to grow JUUL's already enormous market even more. In fact, Altria said as much when announcing its investment, explaining that its investment in JUUL "enhances future growth prospects" and committing to applying "its logistics and distribution experience to help JUUL expand its reach and efficiency."[123] Since the deal was inked in December 2018, Altria's actions have clearly helped JUUL

[119] Letter from Howard A. Willard III, Altria Group, Inc., to Scott Gottlieb, M.D., FDA Commissioner (Oct. 25, 2018), http://www.altria.com/About-Altria/Federal-Regulation-of-Tobacco/Regulatory-Filing/FDAFilings/Altria-Response-to-FDA-E-vapor-October-25-2018.pdf.
[120] *Altria Makes $12.8 Billion Minority Investment*, *supra* note 118.
[121] Howard Willard, *2019 CAGNY Investor Presentation*, Altria (2019), http://investor.altria.com/Cache/1500117496.PDF?O=PDF&T=&Y=&D=&FID=1500117496&iid=4087349.
[122] Sheila Kaplan & Matt Richtel, *Juul Closes Deal with Tobacco Giant Altria*, N.Y. Times (Dec. 20, 2018), https://www.nytimes.com/2018/12/20/health/juul-reaches-deal-with-tobacco-giant-altria.html.
[123] *Altria Minority Investment*, *supra* note 118.

maintain, if not expand, its market share—a market share that, based on Altria's own October 25, 2018 letter to the FDA, it believes was gained by employing marketing and advertising practices that contributed to youth vaping. Altria's Second Quarter 2019 Earnings Call reported that JUUL continued to grow in the first half of 2019, from a 33% category share in 2018 to 48% by the second quarter 2019. JUUL's expected revenue for 2019 is $3.4 billion, nearly triple what it was in 2018.[124]

96.     Even before joining forces with JUUL, Altria was investing heavily in the e-cigarette market. Like Lorillard and Reynolds American, discussed further below, Altria turned to e-cigarettes, along with other "non-combustible products," to "enhance" its business platform in the face of a declining market for traditional cigarettes.[125] Altria boasted to shareholders that it "aspire[d] to be the U.S. leader in authorized, non-combustible, reduced-risk products."[126]

97.     Altria's first e-cigarette was a cigarette-lookalike, or "cigalike," style of e-cigarette, sold under the brand MarkTen. Following a phased roll-out of MarkTen in Indiana and Arizona in late 2013, Altria launched the MarkTen nationwide in 2014 with an aggressive marketing campaign, eclipsing the advertising expenditures for the market leader at that time, blu e-cigarettes.[127]

---

[124] Olivia Zaleski & Ellen Huet, *Juul Expects Skyrocketing Sales of $3.4 Billion, Despite Flavored Vape Restrictions*, Bloomberg (Feb. 22, 2019), https://www.bloomberg.com/news/articles/2019-02-22/juul-expects-skyrocketing-sales-of-3-4-billion-despite-flavored-vape-ban.

[125] *Altria's Second-Quarter 2019 Earning Conference Call*, Altria (July 30, 2019), http://investor.altria.com/Cache/1001255076.PDF?O=PDF&T=&Y=&D=&FID=1001255076&iid=4087349.

[126] *Annual Meeting of Shareholders*, Altria (May 17, 2018), http://investor.altria.com/Cache/1500113050.PDF?O=PDF&T=&Y=&D=&FID=1500113050&iid=4087349.

[127] Jennifer Cantrell et al., *Rapid increase in e-cigarette advertising spending as Altria's MarkTen enters the marketplace*, Tobacco Control 25 (10) (2015), http://dx.doi.org/10.1136/tobaccocontrol-2015-052532.



98.     E-cigarette advertising spending for 2014 totaled $88.1 million, a 52% increase from 2013.[128] Of the $88.1 million spent in 2014, nearly 40% of that was Altria's MarkTen campaign, at $35 million.[129]  More than 18 million middle school and high school children were exposed to e-cigarette advertisements in 2014.[130] Approximately 1 in 2 middle school and high school age children saw advertisements for e-cigarettes in retail stores and almost 2 in 5 saw advertisements for e-cigarettes online.[131]

99.     Altria's MarkTen advertising tag line, "Let It Glow," was criticized by public health advocates for playing off Disney's popular children's movie "Frozen" and its hit song "Let It Go."[132]

---

[128] *Id.*
[129] *Id.*
[130] Carley Thompson, *How JUUL cornered the youth tobacco market and what you should know*, King County Pub. Health Insider (Aug. 6, 2018), https://web.archive.org/web/20190329100340/https://publichealthinsider.com/2018/08/06/how-juul-cornered-the-youth-tobacco-market-and-what-you-should-know/ (last visited Dec. 9, 2019).
[131] *Id.*
[132] Matt Richtel, *A Bolder Effort by Big Tobacco on E-Cigarettes*, N.Y. Times (June 17, 2017), https://www.nytimes.com/2014/06/17/business/a-bolder-effort-by-big-tobacco-on-e-cigarettes.html.



100.    At the time, the president of the Campaign for Tobacco-Free Kids said that companies like Altria were using "exactly the same themes we saw work with kids in the U.S. for decades with cigarettes."[133]

101.    Although free samples of tobacco products are prohibited under the terms of the Tobacco Master Settlement Agreement, as well as FDA regulations issued in 2010, Altria exploited the

---

[133] *Id.*

grey area in the regulation of e-cigarettes and distributed coupons for free sample nicotine cartridges as part of its MarkTen launch. (The FDA has since issued finalized guidance clarifying the scope of the ban on distributing free samples or coupons to generally include e-cigarettes or components.[134]).

102.    Altria utilized its extensive distribution network, reaching 60,000 stores in a month.[135] For instance, in Arizona, Altria's distribution network allowed MarkTen to achieve a 48% e-cigarette market share in just seven weeks after launch, according to then-CEO Marty Barrington's statements on an earnings call.[136] Altria was clear in its intent to dominate the e-cigarette market as it has the traditional cigarette one: "We are the market leader today and we will continue to be," Barrington told investors at the time of MarkTen's launch.[137]

103.    Altria also began acquiring small companies in the vaping industry, starting in 2014 with Green Smoke, Inc., whose e-cigarettes were also the "cigalike" style, and were sold in flavors including "Vanilla Dreams" and "Smooth Chocolate." [138] In 2016, Altria acquired a vape product called Cync, from Vape Forward.[139] Cync is a small vapor device that uses prefilled pods, similar to JUUL. It also made a minority investment in Avail Vapor, one of the largest vape store chains in the U.S., which also produces and sells its own branded e-liquids for so-called open-system devices, which are refillable.[140]

---

[134] *The Prohibition of Distributing Free Samples of Tobacco Products: Guidance for Industry*, FDA (Oct. 2017), https://www.fda.gov/media/119231/download.

[135] Melissa Kress, *MarkTen National Rollout Hits 60,000 Stores*, Convenience Store News (July 22, 2014), https://csnews.com/markten-national-rollout-hits-60000-stores.

[136] Mike Esterl, *Altria To Launch MarkTen E-Cigarette Nationally*, Wall St. J. (Feb. 19, 2014), https://www.wsj.com/articles/altria-to-launch-markten-e-cigarette-nationally-1392832378.

[137] Kress, *supra* note 135.

[138] Esterl, *supra* note 136; Senator Richard J. Durbin et al., *Gateway to Addiction? A Survey of Popular Electronic Cigarette Manufacturers and Targeted Marketing to Youth* at 12 (Apr. 14, 2014), https://www.durbin.senate.gov/imo/media/doc/Report%20-%20E-Cigarettes%20with%20Cover.pdf.

[139] Remarks by Jody Begley, 2017 Altria Investor Day (Nov. 2, 2017), http://media.corporate-ir.net/media_files/IROL/80/80855/2017InvestorDay/Remarks_and_Reconciliations.pdf.

[140] Timothy S. Donahue, *At the Forefront*, Tobacco Rep. (Dec. 1, 2017), https://www.tobaccoreporter.com/2017/12/at-the-forefront/.

104.    In February 2018, with JUUL dominating the e-cigarette market, Altria announced the national launch of a pod-based, "closed-tank" e-cigarette like the JUUL, which it branded as the MarkTen Elite: "a pod-based product with a premium, sleek battery design" and having the "convenience of prefilled, magnetic click pods."[141] Altria had initially brought the Elite to market in 2016, telling investors that the product "offers a variety of flavorful liquids in a modern, discrete device format."[142] At an analyst conference in February 2018, former Altria Chief Executive Officer, Marty Barrington, boasted that the Elite's pods held more than twice as much liquid as JUUL's.[143]




105.    Altria quickly followed with another pod-based product, the Apex by MarkTen.



---

[141] Angel Abcede, *Altria Introducing Closed Vapor System*, CSP Daily News (Feb. 27, 2018), https://www.cspdailynews.com/tobacco/altria-introducing-closed-vapor-system#page=0.

[142] Begley, *supra* note 139 at 18.

[143] Altria Group, Inc., Current Report (Form 8-K), Ex. 99.2 (Feb. 21, 2018) (remarks by Barrington and other members of Altria's senior management team).

106.     As mentioned above, Altria marketed its e-cigarettes in flavors that would appeal to youth. For example, the MarkTen Elite came in "Strawberry Brulee," "Glacier Mint," "Apple Cider," and "Hazelnut Cream":[144]

  

 

[144] New Ecigs Post Juul at 13, Campaign for Tobacco-Free Kids, (July 18, 2018),
https://www.tobaccofreekids.org/assets/images/content/2018_07_18_New_Ecigs_Post_Juul.pdf.

107.    Altria's push to gain the youth market gained the attention of the FDA. On September 12, 2018, the FDA sent a warning letter to Altria, requesting that Altria respond with a "detailed plan" to address and mitigate the widespread use of its e-cigarette products by minors.[145] Due to the "epidemic rate of increase in youth use" of e-cigarettes, the FDA had recently conducted an "enforcement blitz" of retailers nationwide and confirmed that Altria's MarkTen products were being sold to minors. The FDA did not mince words, telling Altria that "[t]his is unacceptable, both legally and as a matter of public health." The FDA warned Altria that it has a responsibility to ensure minors are not getting access to its products and that it was "crucial" that manufacturers like Altria take steps to prevent youth from using its products. First and foremost, the FDA asked Altria to "take prompt action to address the rate of youth use of MarkTen products." The FDA suggested that Altria could revise its current marketing practices, eliminate online sales, and remove flavored products from the market. The FDA's expectation and motivation was clear: "steps must be taken to protect the nation's young people."

108.    On October 25, 2018, Altria responded to the FDA, claiming to have "serious concerns" about youth access to vapor products.[146] It admitted that the use of e-cigarettes by youth had risen to "epidemic levels." In response, Altria agreed to remove its pod-based e-cigarettes from the market and stop selling any flavored traditional e-cigarettes other than tobacco, menthol, and mint. It acknowledged that "[b]ased on publicly-available information from FDA and others, we believe pod-based products significantly contribute to the rise in youth use of e-vapor products. We don't believe our products are the issue, but we don't want to risk contributing to the problem." Altria's letter went on to disclaim a number of practices that it associated with marketing to youth—strategies that were key components of JUUL's marketing strategy. Altria specifically identified the use of flavors that go

---

[145] Letter from Scott Gottlieb, M.D., FDA Commissioner, to Howard A. Willard III, Altria Group, Inc. (Sept. 12, 2018), https://www.fda.gov/media/119666/download.

[146] Letter from Willard October 25, 2018, *supra* note 121.

beyond traditional tobacco flavors, digitally advertising on websites with a large percentage of youth visitors, using social media to promote the brand, allowing online purchases and promotional sign-ups without age verification, advertising e-cigarettes on billboards, advertising with models who appear to be under 25 years old, distributing branded merchandise, and paying celebrities or other third parties to market or use a particular brand's e-cigarette. Altria also claimed to support "banning vaping in schools" in order to reduce "social access." Altria ended the letter by committing to "reverse the current use trend among youth."

109.    Less than two months later, Altria changed its tune. On December 20, 2018, Altria announced its $12.8 billion investment in JUUL.[147] As discussed above, the deal gave Altria a 35% stake in JUUL.

110.    From JUUL's beginnings, Altria had "followed Juul's journey rather closely."[148] Altria Chairman and CEO Howard Willard said that, for years, his company "watched Juul carefully to see if it had staying power."[149] Altria decided it did. As Willard explained: "During 2018, we concluded that JUUL had not only become the retail share leader in the U.S. e-vapor category, but that no other brand was close to it in share or future growth potential."[150] This was enough for Altria, one of the world's largest producers and marketers of tobacco products, to call JUUL's alleged smoking cessation device a "terrific product" and take a 35% stake in JUUL with its $12.8 billion investment.[151] With this

---

[147] Cromwell Schubarth, *Vaping Unicorn Juul Opens Lab in Mountain View Amid Furor in S.F.*, Silicon Valley Bus. J. (Feb. 5, 2019), https://www.bizjournals.com/sanjose/news/2019/02/05/juul-opens-lab-in-mountain-view.html.

[148] Altria Group, Inc., Current Report (Form 8-K) at 4, Ex. 99.1 (Feb. 20, 2019), https://www.sec.gov/Archives/edgar/data/764180/000076418019000018/exhibit991-2019cagnyremarks.htm.

[149] *Id.* at 4.

[150] *Id.* at 4.

[151] Angelica LaVito, *E-Cigarette Sales Are Booming Thanks to Juul*, CNBC (Aug. 21, 2018), https://www.cnbc.com/2018/08/21/e-cigarette-sales-are-booming-thanks-to-juul.html.

investment, Altria now owns both the number one youth initiation cigarette in the United States (the Marlboro cigarette) and the number one youth initiation e-cigarette in the United States, JUUL.

111.   Notwithstanding Altria's statements to the FDA just two months previously about its concerns that JUUL was contributing to the youth vaping epidemic, Willard stated that the deal would allow Altria to "work[] with JUUL to accelerate its mission."[152] Altria committed to applying "its logistics and distribution experience to help JUUL expand its reach and efficiency" and offering JUUL the support of "Altria's sales organization, which covers approximately 230,000 retail locations."[153] It also gave JUUL access to its "premier" retail shelf space while allowing it to continue to sell its flavored products online and provided JUUL with access to the databases of all of Altria's companies.[154] According to Willard, Altria was "excited to support JUUL's highly-talented team and offer [Altria's] best-in-class services to build on their tremendous success."[155] Altria admitted that minors were using JUUL products and that "underage use of e-cigarette product is a problem."[156] Nevertheless, that it believed its investment in JUUL "strengthens its financial profile and enhances future growth prospects."[157]

112.   Altria's decision to prioritize profits over the dangers of youth vaping did not go unnoticed. On February 6, 2019, former FDA Commissioner Gottlieb, sent Altria another letter "regarding representations" made by Altria acknowledging that it "has an obligation to take action to help address the mounting epidemic of youth addiction to tobacco products."[158] Commissioner Gottlieb told Altria that its recent purchase of a 35% ownership of JUUL "contradict[s] the

---

[152] *Altria Minority Investment*, *supra* note 118.
[153] *Id.*
[154] *Id.*
[155] *Id.*
[156] *Id.*
[157] *Id.*
[158] Letter from Scott Gottlieb, M.D., FDA Commissioner, to Howard Willard III, Altria Group, Inc. (Feb. 6, 2019), https://www.fda.gov/media/122589/download.

commitments you made to the FDA." The FDA demanded Altria be prepared to explain itself regarding its "plans to stop marketing e-cigarettes and to address the crisis of youth use of e-cigarettes." Commissioner Gottlieb told Altria that "deeply concerning data" shows that "youth use of JUUL represents a significant proportion of overall use of e-cigarette products by children" and despite any steps the companies had taken to address the issue, he "ha[d] no reason to believe these youth patterns of use are abating in the near term, and they certainly do not appear to be reversing."

113.    The companies met with Gottlieb in March 2019 in a meeting the Commissioner described as "difficult."[159] Gottlieb "did not come away with any evidence that public health concerns drove Altria's decision to invest in JUUL," and instead said it looks like "a business decision."[160] According to reporting by the New York Times, Gottlieb angrily criticized JUUL's lobbying of Congress and the White House, stating, "We have taken your meetings, returned your calls and I had personally met with you more times than I met with any other regulated company, and yet you still tried to go around us to the Hill and White House and undermine our public health efforts. I was trying to curb the illegal use by kids of your product and you are fighting me on it."[161]

114.    Just a few weeks later, Gottlieb resigned his position.

115.    As mentioned above, Altria's investment in JUUL is not only a financial contribution. Altria is working to actively help run JUUL's operations and expand JUUL's sales. Altria's investment brings legal and regulatory benefits to JUUL, by helping with patent infringement battles and consumer health claims and helping to navigate the regulatory waters and FDA pressure. In fact, Joe

---

[159] Kate Rooney & Angelica LaVito, *Altria shares fall after FDA's Gottlieb describes 'difficult' meeting on Juul*, CNBC (Mar. 19, 2019), https://www.cnbc.com/2019/03/19/altria-shares-fall-after-fdas-gottlieb-describes-difficult-meeting-on-juul.html.
[160] *Id.*
[161] Julie Creswell & Sheila Kaplan, *How Juul Hooked a Generation on Nicotine*, N.Y. Times (Nov. 24, 2019), https://www.nytimes.com/2019/11/23/health/juul-vaping-crisis.html.

Murillo, who headed regulatory affairs for Altria, is now JUUL's chief regulatory officer.[162] A 24-year career Altria executive, Murillo previously ran Altria's e-cigarette business, Nu Mark, "before Altria pulled its e-cigarettes off the market as part of its deal with J[UUL]."[163]

116.    Altria also brings lobbying muscle. Altria "has a potent lobbying network in Washington and around the country."[164] While an Altria spokesman has denied that there was any contractual services agreement for lobbying between JUUL and Altria, he admitted that he did not know what informal advice and conversations Altria has had with JUUL about lobbying and efforts. Vince Willmore, a spokesman for the Campaign for Tobacco-Free Kids, which has been involved in many state lobbying battles, said, "It's hard to say where Altria ends and Juul begins."[165] Since JUUL and Altria joined forces, JUUL's spending on lobbying has risen significantly. JUUL spent $1.95 million on lobbying in the first two quarters of 2019, compared to $1.64 million in all of 2018.[166]

117.    In addition, Altria's arrangement with JUUL gives JUUL greater access to retail. JUUL has been in 90,000 US retail outlets, while Altria reaches 230,000 US outlets. Altria also brings its logistic and distribution experience. And importantly, Altria gives JUUL access to shelf space—and not just shelf space, but space near Altria products and retail displays. The arrangement allows JUUL's tobacco and menthol-based products to receive prominent placement alongside a top-rated brand of combustible cigarettes.

---

[162] Jennifer Maloney, *Juul Hires Another Top Altria Executive*, Wall St. J. (Oct. 1, 2019), https://www.wsj.com/articles/juul-hires-another-top-altria-executive-11569971306.
[163] *Id.*
[164] Shelia Kaplan, *In Washington, Juul Vows to Curb Youth Vaping. Its Lobbying in States Runs Counter to That Pledge.*, N.Y. Times (Apr. 28, 2019), https://www.nytimes.com/2019/04/28/health/juul-lobbying-states-ecigarettes.html.
[165] *Id.*
[166] Alex Gangitano, *Embattled Juul seeks allies in Washington*, The Hill (Aug. 7, 2019), https://thehill.com/business-a-lobbying/business-a-lobbying/456449-embattled-juul-seeks-allies-in-washington.

118.    Altria is closely intertwined with JUUL. Not only does Altria's investment also allow it to appoint a third of JUUL's board, but last month, JUUL's CEO resigned to be replaced by another career Altria executive, K.C. Crosthwaite. Crosthwaite had most recently served as the vice president and chief growth officer of Altria Client Services LLC, overseeing the company's work, including digital marketing, packaging design & innovation, product development, and safety, health, and environmental affairs. Crosthwaite knows Big Tobacco's playbook all too well, having previously serving as the president and CEO of Phillip Morris USA, the vice president and general manager at Marlboro, and the vice president of strategy and business development of at Altria Client Services LLC.

119.    This arrangement was profitable for both companies. JUUL employees received $2 billion in bonuses, which, split among the Company's 1,500 employees, was approximately $1.3 million per employee,[167] and Altria received millions of teen customers.

120.    Altria and JUUL immediately got to work to protect JUUL's market share from increasing regulatory and social pressure. JUUL now claims its mission is to "improve the lives of the world's one billion adult smokers by eliminating cigarettes" and its advertising now encourages "making the switch."[168]

121.    In March 2019, JUUL's CEO Ken Burns wrote an op-ed piece declaring his agreement with HHS Secretary Azar and FDA Commissioner Gottlieb "that companies such as ours must step up with meaningful measures to limit access and appeal of vapor products to young people. And that's

---

[167] Olivia Zaleski, *Juul Employees to Get $2 Billion Bonus in Altria Deal*, Bloomberg (Dec. 20, 2018), https://www.bloomberg.com/news/articles/2018-12-20/juul-employees-said-to-get-2-billion-bonus-in-altria-deal.

[168] *Our Mission*, JUUL Labs, Inc. (2019), https://www.juul.com/mission-values (last visited Dec. 9, 2019).

exactly what we've done, and we will do more to combat teen use in order to save the harm-reduction opportunity for the 34 million adult smokers in the United States."[169]

122.   In September 2019, JUUL spokesperson Ted Kwong said the company agreed with the need for "aggressive category-wide action on vapor products," adding that it had taken "the most aggressive actions of anyone in the industry to combat youth usage."[170]

123.   Similarly, Altria's CEO Howard Willard claimed that it invested in JUUL to help "switching adult smokers" and "reduce harm."[171] But JUUL does not have FDA approval as a cessation device. This may be because, as one Company engineer said: "We don't think a lot about addiction here because we're not trying to design a cessation product at all … anything about health is not on our mind."[172]

124.   JUUL also does not have authority to claim that is product is healthier than cigarettes. On September 9, 2019, the FDA warned JUUL that it has violated federal law by making unauthorized representations that JUUL products are safer than cigarettes.[173]

125.   On October 17, 2019, JUUL announced that it would suspend the sale of certain flavors online.[174] However, this likely had minimal impact given that JUUL was continuing to sell the mint and menthol flavors. Recent research showed that 60% of high school JUUL users prefer mint and

---

[169] Kevin Burns, *Vape makers must do more to stop kids from using e-cigarettes*, Wash. Post (Mar. 30, 2019), https://www.washingtonpost.com/opinions/2019/03/30/vape-makers-must-do-more-to-stop-kids-using-e-cigarettes/.

[170] Steve Gorman, *California governor acts to stem 'epidemic' of youth vaping*, Reuters (Sept. 16, 2019), https://www.reuters.com/article/us-health-vaping-california/california-governor-acts-to-stem-epidemic-of-youth-vaping-idUSKBN1W12DD.

[171] *See Altria Minority Investment*, *supra* note 118.

[172] Nitasha Tiku, *Startup Behind the Lambo of Vaporizers Just Launched an Intelligent e-Cigarette*, The Verge (Apr. 21, 2015), https://www.theverge.com/2015/4/21/8458629/pax-labs-e-cigarette-juul.

[173] *Juul Labs, Inc. Warning Letter*, FDA (Sept. 9, 2019), https://www.fda.gov/inspections-compliance-enforcement-and-criminal-investigations/warning-letters/juul-labs-inc-590950-09092019.

[174] Allison Aubrey, *Juul Suspends Sales of Flavored Vapes and Signs Settlement to Stop Marketing to Youth*, NPR (Oct. 17, 2019), https://www.npr.org/sections/health-shots/2019/10/17/771098368/juul-suspends-sales-of-flavored-vapes-and-signs-settlement-to-stop-marketing-to-.

menthol.[175] Mint and menthol have a well-documented history of facilitating youth tobacco use, as Dr. Winickoff testified before Congress:

> [it is] completely false to suggest that mint is not an attractive flavor to children. From candy canes to toothpaste, children are introduced to mint flavor from a young age. Not only do children enjoy mint, but it has special properties that make it an especially dangerous flavor for tobacco. Menthol's anesthetic properties cool the throat, mask the harshness of nicotine, and make it easier for children to start using and continue using tobacco products. The impact of mint and menthol flavors on increasing youth tobacco addiction is well documented.[176]

126.    Robin Koval, CEO and president of Truth Initiative, echoed Dr. Winickoff's testimony, stating that mint and menthol are among the most popular flavors for youth and that "[w]e also know, as does the tobacco industry, that menthol has been and continues to be the starter flavor of choice for young cigarette users."[177] According to the FDA, "younger populations have the highest rate of smoking menthol cigarettes" and "menthol in cigarettes is likely associated with increased initiation and progression to regular [] cigarette smoking."[178] Menthol cigarettes are also more addictive than regular cigarettes.[179] As former New York City Mayor Mike Bloomberg put it, "JUUL's decision to keep mint- and menthol-flavored e-cigarettes on the shelves is a page right out of the tobacco industry's playbook."[180] Almost a month later, JUUL announced that it would stop selling mint, but it continues to sell menthol-flavored products.[181]

---

[175] Lindsey Tanner, *US teen vaping numbers climb, fueled by Juul & mint flavor*, Associated Press (Nov. 5, 2019), https://apnews.com/8151770f69fd43c4b132854a335d0ef1.

[176] Jonathan Winickoff, *Testimony of Jonathan Winickoff before the U.S. House of Representatives Committee on Oversight and Reform Subcommittee on Economic and Consumer Policy* ("Winickoff Testimony") at 3, U.S. House Committee on Oversight & Reform (July 24, 2019), https://oversight.house.gov/sites/democrats.oversight.house.gov/files/2019.07.24%20Winickoff%20AAP%20Testimony.pdf.

[177] *Id.*

[178] *Preliminary Scientific Evaluation of the Possible Public Health Effects of Menthol Versus Nonmenthol Cigarettes* at 5, FDA, https://www.fda.gov/media/86497/download (last visited Dec. 9, 2019).

[179] *Id.* at 6.

[180] *Id.*

[181] Associated Press, *Juul Halts Sales of Mint, Its Top-Selling e-Cigarette Flavor*, N.Y. Times (Nov. 7, 2019), https://www.nytimes.com/aponline/2019/11/07/health/bc-us-med-juul-flavor.html.

127.    In addition, JUUL's purported attempts to limit the sale of flavored products have not been effective. On November 4, 2019, VICE Magazine reported that when it visited more than 20 stores in New York City, all but two of the stores selling JUUL products had at least one of the banned flavors available in stores, including Mango.[182] Some of these stores were displaying these products even after JUUL announced that it would suspend the sale of certain flavors online. According to one bodega owner, the last time a JUUL representative came into his store, flavored pods including Mango were on display, but the representative said nothing about them.[183] Photographs taken for that article showed both mango-flavored JUULpods and flavored Eonsmoke products, discussed further below, still being sold side by side as recently as mid-October 2019.

128.    JUUL and the other Defendants have also made repeated statements, in advertising and otherwise, that vaping is for adults only. This is not now, and has not ever been, an effective tactic to prevent youth initiation. "[S]moking has traditionally been viewed by adolescents and young adults as sophisticated adult behavior to be emulated."[184] As mentioned above, "[e]mphasizing that smoking is an adult activity underscores the desirability of engaging in adult behavior for adolescents who are particularly motivated to appear mature."[185]

C.     **Eonsmoke: Riding on JUUL's Coattails**

129.    Defendant Eonsmoke took notice of JUUL's successful marketing to youth and saw it as an opportunity to profit, directly using JUUL's name to reach JUUL's young customers.

130.    Eonsmoke designs, markets, and distributes electronic cigarettes & accessories. Eonsmoke makes its own electronic vaping device that resembles the JUUL's device. Eonsmoke also

---

[182] Hannah Smothers, *JUUL's 'Banned' Flavors Are Still Absolutely Available in New York City*, VICE (Nov. 4, 2019), https://www.vice.com/en_us/article/xwepnj/juul-pod-banned-flavors-still-available-in-new-york-city.
[183] *Id.*
[184] *United States v. Philip Morris USA, Inc.* ("*Philip Morris*"), 449 F. Supp. 2d 1, 617 (D.D.C. 2006).
[185] *Id.* at 669.

makes both closed systems pods, like those sold by JUUL, and open system pods that can be filed by the user. Both Eonsmoke's device and its pods are advertised as JUUL-compatible, meaning that users can use Eonsmoke's device to vape JUULpods and they can also use JUUL's device to vape Eonsmoke's pods.[186]

 

131.    Below is an image of the Eonsmoke device:[187]



[186] Eonsmoke Vapes, Tumblr (June 4, 2018),
https://eonsmoke.tumblr.com/post/174567212961/mango-pods-6-tastes-like-a-sweet-and-crisp
(showing Eonsmoke mango pods compatible with Juul Device, captioned by Eonsmoke as "Mango
Pods 6%. Tastes like a sweet and crisp Mango! Follow @Eonsmoke); Eonsmoke Vapes, Tumblr
(June 18th, 2018), https://eonsmoke.tumblr.com/post/175012943246/blueberry-6-restocked-on-the-
sites-grab-yours (showing Eonsmoke blueberry pods compatible with Juul Device; captioned by
Eonsmoke as "Blueberry 6% restocked on the sites! Grab yours today while supplies last! Follow
@Eonsmoke").
[187] Post by Instagram user "eonsmoke" on August 11, 2018.

132.    Like JUUL's device, Eonsmoke's devices are designed to resemble flash drives. Eonsmoke explicitly capitalized on this confusing design by advertising that users of its products could lie to their parents and pretend the product was a flash drive. In the post pictured below, posted on Eonsmoke's Instagram page, the company shared a photograph of its device with the caption "Mom! It's a USB drive!! #eonsmoke."[188] On this post, one user comments "I told my dad that about my old juul and he actually fell for it lol."[189]



133.    Although the official "eonsmoke" Instagram account is now deleted, on Tumblr, another social media platform, an account called "Eonsmoke Vapes" contains links and images of Instagram posts that appear to have been originally posted by Eonsmoke. Each linked Instagram post is now-deleted. This Tumblr user holds itself out as Eonsmoke's official page.[190]  These posts show Eonsmoke frequently used, as a marketing too, the tendency to confuse its product with a flash drive:[191]

---

[188] Post by Instagram user "eonsmoke" on January 15, 2018.
[189] Id.
[190] The "Eonsmoke Vapes" Tumblr page uses Eonsmoke's logo and the page's bio says "Buy Eonsmoke e juices at an incredibly [sic] price. Also check out our Juul compatible e-cig pods in six flavors available now! Visit https://www.enosmoke.com", https://eonsmoke.tumblr.com/.
[191] Eonsmoke Vapes, Tumblr (June 26, 2018), https://eonsmoke.tumblr.com/post/175286181941/2018-we-smoking-purple-flash-drives-eonsmoke (showing purple vape; captioned by Eonsmoke as "'2018 we smoking purple flash drives'- @eonsmoke"); Eonsmoke Vapes, Tumblr (Apr. 16, 2018), https://eonsmoke.tumblr.com/post/172997769276/red-devices-now-restocked-and-available-on



134.     The resemblance between a vaping device and a flash drive would be meaningless if one was selling a smoking cessation device to chain smokers. But Eonsmoke was seeking to tap into the youth social media network JUUL created by marketing to users of JUUL. Eonsmoke advertised its product as JUUL-compatible and used hashtags to connect itself to JUUL, including "#juulcompatible," "#juulgang," "#juul," "#doit4juul," and "#juulnation," among others.[192] Similarly, in a post on the "Eonsmoke Vapes" Tumblr, Eonsmoke's device and blueberry pods are marketed as "sexy" and tagged with "#juul," "#juulgang," "#juulnation," and "#doit4juul," among other tags. Eonsmoke also told users to "[f]ollow" them for sales and giveaways as in the post shown here from

_____

(showing red vape next to soda can with text "Smoke flashdrives all 2018"); captioned by Eonsmoke as "Red devices now restocked and available on Eonsmoke.com! Vape Eon! @eonsmoke".

[192] Eonsmoke has been so aggressive in copying JUUL and targeting JUUL users that JUUL sued Eonsmoke for patent infringement. *See* Verified Complaint ("Eonsmoke N.J. Compl."), *JUUL Labs, Inc. v. Eonsmoke et al.*, No. 19- 08405 (D.N.J. Mar. 12, 2019).

2018, even though the FDA made it clear in October 2017 that e-cigarette products are included in its ban on free samples of tobacco products:[193]



---

[193] Eonsmoke Vapes, Tumblr (Feb. 13, 2018), https://eonsmoke.tumblr.com/post/170841792591/so-sexy-what-do-you-guys-think-follow (showing red vape and Eonsmoke blueberry pods, captioned by Eonsmoke "So sexy! What do you guys think? Follow @eonsmoke for sales and giveaways! #juul #juulgang #juulnation #juulcentral #doit4juul #doit4state #kangertech #kanger #aspirebreeze #aspirebreezekit #xfire #xfirevape #bovaping #bovape #bovapingus #smokeshop #vapeshop #vapor #vaporshop #smoktech #sourin #sourinair #sourindrop #bouldervape #mrsalte"); *see also*  Eonsmoke Vapes, Tumblr (Feb. 10, 2018), https://eonsmoke.tumblr.com/post/170724357236/we-are-doing-a-quick-weekend-juice-giveaway-of-our (showing different flavor vape juice with text "Eonsmoke 60mg Juice Giveaway Tag a Friend Now!!", captioned by Eonsmoke "We are doing a quick weekend Juice giveaway of our made in USA 60mg salt nicotine vape juice!!! Giveaway ends Sunday 11:59 EST February 11th. The rules: 1. Follow @Eonsmoke 2. Tag a friend who vapes! More friends you tag the better your chances of winning!!! We will give away 4 bottles of 30ml juice!!!!!!!!!!!!"); *see also* Eonsmoke Vapes, Tumblr (Feb. 10, 2018), https://eonsmoke.tumblr.com/post/170725145496/you-probably-know-the-rules-by-now-we-are (showing three vape devices with text "Gonna giveaway some devices too!!!!!!! Follow @eonsmoke and tag a friend! Free devices giveaway!!!", captioned by Eonsmoke "You probably know the rules by now…. we are feeling pretty generous! Hope you guys win something!!!! #eonsmoke #vapegiveaway #vapegiveaways #pods #podsgiveaways #vapegiveaways #vapegiveaway #podsgiveaways #eonsmoke #pods").

135.    Eonsmoke's "Doit4juul" account on Instagram was the most-followed JUUL account on Instagram, with over 81,000 followers as of February 2018.[194] On YouTube, one of the "Doit4juul" videos had nearly 192,000 views as of March 2018.[195] The "Doit4juul" campaign called on followers to share pictures or videos of themselves using JUUL.

136.    In addition to driving social media posts about JUUL and vaping, Eonsmoke targeted the youth market by selling its pods and nicotine salts in fruity flavors candy flavors such as "Sour Gummy Worms," "Gummy Bear," "Donut Cream," "Pineapple Crush," "Cotton Candy" and more:[196]



Salt Nicotine Sour Gummy Worms 60mg Or 30mg E Juice E Liquid 30ML



Gummy Bear 30ML 60mg Or 30mg Salt Nicotine E Juice E Liquid

---

[194] Jidong Huang et al., *Vaping versus JUULing: how the extraordinary growth and marketing of JUUL transformed the US retail e-cigarette market*, 28 Tobacco Control 146, 146 (2019), https://tobaccocontrol.bmj.com/content/28/2/146.

[195] *Id.*

[196] Eonsmoke Vapes, Tumblr (June 12, 2018), https://eonsmoke.tumblr.com/post/174824533561/sour-gummies-60mg-restocked-today-online-and (showing Sour Gummy Worm salt nicotine vape juice, captioned by Eonsmoke "Sour Gummies 60mg restocked today online and through our vendors! Follow @Eonsmoke for more stock, vape developments, and new flavors"; *see also* Eonsmoke Vapes, Tumblr (July 1, 2018), https://eonsmoke.tumblr.com/post/175446333176/cop-one-of-our-world-class-salt-nicotine-juices-in (showing Gummy Bear salt nicotine vape juice, captioned by Eonsmoke "Cop one of our world class salt nicotine juices in 60mg. #eonsmoke @eonsmoke"); *see also* Eonsmoke Vapes, Tumblr (June 27, 2018), https://eonsmoke.tumblr.com/post/175313662276/our-salt-nic-family-of-products-try-one-today-to (showing salt nicotine vape juices, captioned by Eonsmoke "Our Salt Nic family of products! Try one today to see what all the hype is about. Follow @Eonsmoke").

137.    When JUUL was pressured to stop selling certain flavors in stores, Eonsmoke was more than happy to fill the role. In 2018, Eonsmoke generated an estimated $5.3 million in revenue.[197] In 2019, after JUUL stopped selling flavors like Mango in stores, Eonsmoke's business soared, with an estimated $43.6 million in tracked sales as of mid-July 2019.[198] According to a 16-year-old interviewed by the New York Times, Eonsmoke's wide range of flavors is a big draw for minors: "A lot of my friends use the blueberry . . . People use the mango because it's somewhat similar to the Juul mango."[199]

138.    Eonsmoke followed in JUUL's footsteps by advertising these flavors to youth using the apps and websites where minors often spend time, including Instagram, Tumblr, Snapchat, YouTube, and Reddit.[200]

139.    For example, on the social media platform Reddit, user "Eonjuulcompatiblepod" holds itself out as a "Eonsmoke.com Juul Compatible Pods Official Representative" and claims that "Eonsmoke.com is the 2nd largest pod company in the USA and the top 5 in Salt Nictoine Bottled eLiquid. Our pods are Juul compatible so you don't have to buy another device. 7 flavors including blueberry, watermelon and strawberry."[201] Eonsmoke used Reddit to try to recruit JUUL users. For example, Eonsmoke commented that its products are not only compatible with JUUL but also cheap, a crucial factor for youth who often do not have much money: "Our pods are compatible with the juul device and our devices are compatible with juul pods and we just lowered the retail to 20$ online after

---

[197] Sheila Kaplan, *'Juul-alikes' Are Filing Shelves with Sweet, Teen-Friendly Nicotine Flavors*, N.Y. Times (Aug. 13, 2019), https://www.nytimes.com/2019/08/13/health/juul-flavors-nicotine.html.
[198] *Id.*
[199] *Id.*
[200] Eonsmoke Vapes, Instagram (Feb. 3, 2018), (captioned by Eonsmoke "The official vaping brand of Snapchat :) #snapchat #eonsmoke #eonpods #juul #juulgang #phix #phixvapor").
[201] Eonsmoke (@Eonjuulcompatiblepod), Reddit, https://www.reddit.com/user/Eonjuulcompatiblepod (last visited Dec. 9, 2019).

coupon."[202] In addition, when Reddit users were discussing additional JUUL flavors that they would like to try, including watermelon flavor, Eonsmoke was ready with its pitch: "We make watermelon. Step over to the dark side!"[203]

140.    Eonsmoke's social media posts, like its products, are designed to appeal to youth. For example, Eonsmoke advertises its product as an accompaniment to candy and posts images popular with youth in the forms of "memes":[204]





[202] Eonsmoke (@Eonjuulcompatiblepod), Comment to @u/981ti, Reddit (May 21, 2018, 8:43 PM), https://www.reddit.com/r/juul/comments/8k5wfa/are_there_any_other_devices_that_fit_juul_pods/dz eu9sj/?context=3.

[203] Eonsmoke (@Eonjuulcompatiblepod), Comment to @u/12gwar18, Reddit (May 21, 2018, 8:26 PM), https://www.reddit.com/r/juul/comments/8kpdun/what_flavors_do_you_guys_wanna_see_next_from _juul/.

[204] Eonsmoke (@eonsmoke), Instagram (May 1, 2018) (showing an Eonsmoke device next to a bag of M&M candies and captioned by Eonsmoke "Can you name a better combo?"); *see also* Eonsmoke (@eonsmoke), Instagram (Feb. 25, 2018) (showing a meme featuring a character from the animated show "The Simpsons").

141.    Eonsmoke's social media also explicitly encouraged users to associate their products with movies and toys popular with children, such as Toy Story, and with school supplies:[205]






---

[205] Eonsmoke Vapes, Tumblr (Mar. 19, 2018), https://eonsmoke.tumblr.com/post/172051155991/wow-i-love-this-follow-eonsmoke-for-sales-and (showing Eonsmoke device with Woody from the animated film "Toy Story" and blueberry vape pods, captioned by Eonsmoke as "Wow I love this! Follow @Eonsmoke for sales and giveaways"); *see also* Eonsmoke Vapes, Tumblr (Feb. 16, 2018), https://eonsmoke.tumblr.com/post/170965631311/the-cotton-candy-60mg-eonsmoke (showing Eonsmoke devices and nicotine salt vape juice on a desk, captioned by Eonsmoke as "The Cotton

142.     Eonsmoke also used social media and memes to highlight an "advantage" of their product over JUUL's: Eonsmoke sells pods in a 6% nicotine variety, more potent than the 5% nicotine pods sold by JUUL.

143.     Eonsmoke has used the increased nicotine content of its products as yet another marketing tool, advertising that "[e]ach flavored cartridge is the equivalent of up to a pack of traditional cigarettes."[206] In fact, Eonsmoke emphasized that its products contain even more nicotine than JUULs. For example, EonSmoke sells its 4x Pods in "Blue Raspberry Flavor JUUL Compatible 6.8% Salt Nic Pods."[207]

144.     In a comment on social media platform Reddit, Eonsmoke advertised that compared to JUUL, "[o]ur throat hit is smoother, buzz is the same." Eonsmoke also advertised its new "disposable pod system which is 1.3ml and 7% salt nic for 8$ you get the battery plus one large pod that lasts like 2 juul pods."[208]

145.     In another example, on one post, Eonsmoke advertised that its "Watermelon 6% Pods" were "Juul compatible with more juice and more nicotine inside every pod!"[209] Eonsmoke highlighted

---

Candy 60mg! #eonsmoke"); *see also* Eonsmoke Vapes, Tumblr (Feb. 4, 2018), https://eonsmoke.tumblr.com/post/170502488296/some-day-time-vibes-krissixx710 (showing Eonsmoke devices and flavor pods on a leopard print backpack, captioned by Eonsmoke as "Some Day Time Vibes @krissixx710").
[206] *Eonsmoke About Us*, EonSmoke, LLC, https://web.archive.org/web/20191009033001/https://www.eonsmoke.com/about-us/ (last visited Dec. 9, 2019).
[207] *Eonsmoke Product*, EonSmoke, LLC, https://web.archive.org/web/20191009085755/https://www.eonsmoke.com/product/4x-blue-raspberry-flavor-juul-compatible-6-8-salt-nic-pods/ (last visited Dec. 9, 2019) ("Flavor profile: Your favorite snack and ejuice flavor now in pod form. Both sweet and sour at the same time, makes sour gummy one of the fan favorites. Blue Raspberry 4x pods just hit that sweet spot of flavor.").
[208] Eonsmoke (@Eonjuulcompatiblepod), Comment to post by @u/richard_bag_DIK, Reddit (Oct. 23, 2018 3:40 PM), https://www.reddit.com/r/juul/comments/9qrxxr/3rd_party_pods/e8bqkbb/?context=3.
[209] Eonsmoke Vapes, Tumblr (June 26, 2018), https://eonsmoke.tumblr.com/post/175281868841/try-some-watermelon-6-pods-all-juul-compatible (showing watermelon vape pods and sunglasses, captioned by Eonsmoke as "Try some Watermelon 6% Pods! All Juul compatible with more juice and more nicotine inside every pod! Follow @Eonsmoke").

this difference in several of its social media posts:[210]





_____

[210] Eonsmoke Vapes, Tumblr (Apr. 18, 2018),
https://eonsmoke.tumblr.com/post/173080730801/comment-eon-below-for-a-follow-back-follow
(showing person getting hit in the face with a book with text "When people say 6% nic is the same as
5% nic", captioned by Eonsmoke as "Comment Eon below for a follow back! Follow @Eonsmoke");
*see also* Eonsmoke Vapes, Tumblr (May 20, 2018),
https://eonsmoke.tumblr.com/post/174088090966/warning-pineapple-pods-contain-nicotine-and-so
(showing pineapple crush vape pods, captioned by Eonsmoke as "WARNING: PINEAPPLE PODS
CONTAIN NICOTINE AND SO MUCH FLAVOR IT MAY CAUSE YOU TO DROP ALL
OTHER TYPES OF BRANDS FOR PODS. NICOTINE IS AN ADDICTIVE CHEMICAL. Follow
@Eonsmoke").

146.    This tactic is clearly effective on the youth market. As one 16-year-old boy reported "Some of my friends use Eon pods because they have a higher nicotine percentage, because they want a bigger head rush."[211]

147.    But Eonsmoke also mimized its refrences to nicotine while advertising on social media when it believed it was in its marketing interests to do so. Eonsmoke was more than happy to use nicotine as a youth marketing gimic, but it failed to warn its customers about the dangers of nicotine. For this reason, the FDA sent Eonsmoke a warning letter in October 2019 for, among other things, failing to include the required nicotine warning statement its posts and posts it pays for by "influencers."[212]

148.    Like JUUL, Eonsmoke used these "influencers" to advertise its products. Eonsmoke influencers include Mia Khalifa, an Instagram influencer with 17.9 million followers who frequently posts suggestive or provocative photos and has a large youth audience, Stevie Emerson, who got 6.9 million views of his YouTube video titled, "Dude, Where's my JUUL?" and frequently referred to vapor from e-cigarettes as "water vapor," and Donny Karle. Karle is better known to youth by his handle "DonnySmokes." As a 21-year-old, Karle was getting about 3 million views each month reviewing vapor products on YouTube, which began in 2017 when he posted a "unboxing" video of his newly purchased JUUL.[213] Karle's videos were plainly aimed at youth; one was titled, "How to HIDE & HIT Your JUUL at SCHOOL WITHOUT Getting CAUGHT."[214] Eonsmoke's CEO Michael Tolmach told Vice the company paid Karle $1,000 for each review of its products.[215]

149.    Eonsmoke's conduct did not go unnoticed. Eonsmoke has been sued by the

---

[211] S. Kaplan, *Juul-alikes*, *supra* note 197.
[212] Eonsmoke, LLC Warning Letter, *supra* note 19.
[213] Allie Conti, *This 21-Year-Old is Making Thousands a Month Vaping on YouTube*, VICE (Feb. 5, 2018), https://www.vice.com/en_us/article/8xvjmk/this-21-year-old-is-making-thousands-a-month-vaping-on-youtube.
[214] *Id.*
[215] *Id.*

Massachusetts and North Carolina Attorneys General and has recently attracted the attention of the FDA. In addition to criticizing Eonsmoke for omitting nicotine warnings in its influencer posts, the FDA's October 2019 letter stated that Eonsmoke made unlawful affirmative statements minimizing the risks of vaping. Although Eonsmoke is not authorized to claim that its products are safer than cigarettes, its website boasted that "Eonsmoke electronic cigarettes provide you with a premium vaping experience without the thousands of harmful chemicals and additives often found in tobacco cigarettes."[216]

150.    Despite this increasing pressure from state and federal agencies, Eonsmoke is still sold side by side with JUUL and the best-selling cigarette brand in the United States, Marlboro, a product of Philip Morris and its parent company, Altria:[217]



This is how the Top shelf of the cigarette shelf looks now! Switch from cigarettes to Eon 6% pods now! #eonsmoke #juul

---

[216] Eonsmoke, LLC Warning Letter, *supra* note 19.

[217] Eonsmoke Vapes, Tumblr (July 14, 2018), https://eonsmoke.tumblr.com/post/175887887396/this-is-how-the-top-shelf-of-the-cigarette-shelf (showing Juuls being sold alongside cigarettes, captioned by Eonsmoke as "This is how the Top shelf of the cigarette shelf looks now! Switch from cigarettes to Eon 6% pods now! #eonsmoke #juul."; *see also* Smothers, *supra* note 182 (showing JUUL products side by side with Eonsmoke products in stores in New York City in mid-October 2019).

**D.     Before JUUL, Lorillard and Reynolds American Expanded the E-Cigarette Market with Youth-Oriented Advertising**

151.    E-cigarettes have been sold in the United States since the mid-2000s, but Big Tobacco did not invest its resources and marketing muscle into that space until several years later, when the hard-won successes of anti-smoking campaigns pushed Big Tobacco to look at other ways of selling nicotine.

152.    Big Tobacco—including Defendants Altria, Lorillard, and Reynolds American—has been one of the biggest losers in the fight against smoking. For example, Altria estimates that the cigarette industry declined by -4% in 2017 and by -4.5% in 2018. For 2019 through 2023, Altria has predicted a 4% to 5% decline in the average annual U.S. cigarette industry volume[218]—a estimated decline that Altria later adjusted to 4% to 6%, to reflect efforts to increase the legal age for cigarette smoking to 21.[219]   These declines put Big Tobacco on the hunt to replace its lost profits.

**1.     By attracting kids to e-cigarettes, Lorillard paved the way for JUUL**

153.    Big Tobacco's first foray into the e-cigarette market came in 2012, with Lorillard's purchase of blu eCigs ("blu"). blu eCigs was launched in 2009 by Jason Healy, along with 11 other investors.[220] Like JUUL's founders, Healy said that he saw e-cigarettes as an "opportunity."[221] Healy was determined to make blu one of the top names in the e-cigarette industry. With blu's launch, Healy took advantage of the lack of regulation for e-cigarettes, relying heavily on social media, giveaways

---

[218] *Altria's Fourth-Quarter 2018 Earnings Conference Call*, Altria (Jan. 31, 2019), http://investor.altria.com/Cache/1001247877.PDF?O=PDF&T=&Y=&D=&FID=1001247877&iid=4087349.

[219] *Altria Shares Slide As Cigarette Sales Continue to Decline*, Tobacco Bus. (July 31, 2019), https://tobaccobusiness.com/altria-shares-slide-as-cigarette-sales-continue-to-decline/.

[220] Ken Otterbourg, *Vapor trails*, Bus. N.C. (Mar. 2013), https://web.archive.org/web/20150905101503/http://www.businessnc.com/articles/2013-03/vapor-trails-category/ (last visited Dec. 9, 2019).

[221] *Id.*

and sponsorships of events to build an online brand.[222] For example, the company marketed its

products on social media networks including Facebook, Twitter, YouTube, Pinterest, and Instagram.[223]

154.    Big Tobacco took notice of blu's success. On April 25, 2012, Lorillard purchased blu

for $135 million.[224] Lorillard sells Newport cigarettes, the top-selling menthol cigarette in the United

States.[225] From 2011 to 2012, e-cigarette advertising across media channels tripled—from $6.4 million

in 2011 to $18.3 million in 2012.[226] Among the more than 80 different brands of e-cigarettes

advertising during this period, blu's advertising spending far exceeded its competitors': In 2012, blu

conducted 76.7% of all spending on e-cigarette advertisements. This strategy worked. Sales leaped

from $25 million in 2011 to $76 million in 2012.[227] Much of that sales increase came from sales to

youth. In that same year, e-cigarette use among middle school and high school students more than

doubled.[228]

155.    Lorillard has a long history of marketing tobacco products to youth. In 1978, Lorillard's

Director of Sales in the Midwest told the president of the company that "the base of our business is the

high school student."[229] Similarly, in 1970, a designer for a Lorillard product wrote a letter asking an

art professor to help "come up with a package design . . . a design that is attractive to kids . . . Note:

While this cigarette is geared toward the youth market, no attempt (obvious) can be made to encourage

persons under twenty-one to smoke. The package design should be geared to attract the youthful eye . .

---

[222] *Id.*

[223] Senator Richard J. Durbin et al., *Gateway to Addiction?*, *supra* note 138 at 18.

[224] Otterbourg, *supra* note 220.

[225] *See What We Make, Drive Brands*, R.J. Reynolds Tobacco, https://www.R.J.
Reynoldst.com/transforming-tobacco/what-we-make/ (last visited Dec. 9, 2019) ("Newport is
America's #1 selling menthol cigarette brand and the second largest selling cigarette brand in the
U.S.").

[226] Annice E. Kim et al., *E-cigarette advertising expenditures in the U.S., 2011-2012*, 46 Am. J.
Preventative Med. 409 (2014), https://www.ncbi.nlm.nih.gov/pubmed/24650844.

[227] Otterbourg, *supra* note 220.

[228] *E-cigarette use more than doubles among U.S. middle and high school students from 2011-2012*,
CDC (Sept. 5, 2014), https://www.cdc.gov/media/releases/2013/p0905-ecigarette-use.html.

[229] *Philip Morris*, 449 F. Supp. 2d at 596.

. not the ever-watchful eye of the Federal Government."[230] Lorillard was clear from the outset that its investment in e-cigarettes was not intended to provide a cessation tool to its cigarette customers. Bob Bannon, Lorillard's Director of Investor and Media Relations, said "Lorillard's belief is that there's not a lot of overlap with Newport users. We largely view e-cigs as an extremely attractive category that is complementary to the cig industry."[231]

156.    As the increase in youth vaping began to catch the attention of Congress and the FDA, blu's former CEO, Healy, understood why it was important to join forces with Big Tobacco. When blu announced the sale, it was criticized for teaming up with an industry that it claimed to be trying to replace. Healy dismissed this concern, telling reporters that, "When you look at it, the reason it's going to survive through regulation and have the resources is because of Big Tobacco. That's just the nature of it."[232]

157.    Lorillard immediately got to work expanding blu's reach. After the purchase, Lorillard's expanded blu's distribution network from 10,000 to 136,000 retail stores.[233] In 2012, blu had a market share of 19.2%.[234] Within months of Lorillard's purchase, blu became the market leader, capturing 44.1% of the market by the next year.[235] Healy gave credit for this growth to Lorillard's efforts: "They've come in and put in their tremendous resources and experience and they've put us on steroids and given us the resources to grow well."[236]

---

[230] *Id.* at 622.
[231] Otterbourg, *supra* note 220.
[232] *Id.*
[233] Daniel P. Giovenco et al., *E-Cigarette Market Trends in Traditional U.S. Retain Channels*, 2012-2013, 17 Nicotine Tobacco Res. 1279 (2015), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4683368/.
[234] *Id.*
[235] *Id.*; *see also* Matt Richtel, *The E-Cigarette Industry, Waiting to Exhale*, N.Y. Times (Oct. 26, 2013), https://www.nytimes.com/2013/10/27/business/the-e-cigarette-industry-waiting-to-exhale.html?searchResultPosition=17.
[236] Daniel Nasaw, *Electronic cigarettes challenge anti-smoking efforts*, BBC News (Dec. 6, 2012), https://www.bbc.com/news/magazine-20583902.

158.    In 2013, Lorillard stated that it planned to spend $40 million marketing the blu device.[237] That year, Lorillard's spending on blu represented over 60% of all e-cigarette advertising:[238]



159.    These advertisements have reached youth. According to the CDC, 18 million youth were exposed to e-cigarette advertisements in 2014.[239] In total, 71% of high school students and 66% of middle school students were exposed to e-cigarette advertisements that year.[240] And as more money is spent on e-cigarette advertising, more youth become addicted to nicotine:[241]



---

[237] Richtel, *The E-Cigarette Industry, Waiting to Exhale*, *supra* note 235.
[238] Rachel Kornfield, *Industry Watch: Rapidly Increasing Promotional Expenditures for E-cigarettes*, 24 Tobacco Control 110 (2015), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4214902/.
[239] *E-cigarette Ads and Youth* at 1, CDC Vital Signs (Jan. 2016), https://www.cdc.gov/vitalsigns/pdf/2016-01-vitalsigns.pdf.
[240] *Id.* at 3.
[241] *Id.*

160.    Lorillard has admitted that it wanted blu to reach a different audience than traditional cigarette smokers. Unlike its biggest competitor at the time, NJOY, the original blu e-cigarette did not mimic the appearance of cigarettes. Instead, according to Murray Kessler, Lorillard's CEO, Lorillard wanted the product to look "edgy" and "cool."[242] Kessler explained, "I don't want to emulate a cigarette . . . . The big idea isn't to try to keep people in cigarettes, but to normalize smoking e-cigarettes and vaping as the next generation."[243]

161.    Given its experience marketing menthol cigarettes, the most popular type of cigarette for youth, Lorillard knew how to make a product look attractive to the next generation: flavors, sponsored events, and youth-oriented advertisements. It sold blu e-cigarettes in flavors attractive to teens such as "Vivid Vanilla," "Cherry Crush," "Magnificent Menthol," "Piña Colada," and "Peach Schnapps."[244]



162.    Flavors like this work to attract youth. A survey of teenagers between the ages of 13 to 17 years old from 2014-2015 showed that this age group was 6 times more interested in trying e-cigarettes in fruity flavors than they were in trying e-cigarettes with only tobacco flavor.[245]

163.    And Lorillard knew that the particular flavors of blu e-cigarettes were attractive to

---

[242] Richtel, *The E-Cigarette Industry, Waiting to Exhale*, *supra* note 235.
[243] *Id.*
[244] Durbin et al., *Gateway to Addiction?*, *supra* note 138 at 12.
[245] J.K. Pepper et al., *Adolescents' interest in trying flavored e-cigarettes*, 25 Tobacco Control ii62 (Sept. 15, 2016), https://tobaccocontrol.bmj.com/content/25/Suppl_2/ii62.

youth. In a 2014 Senate Hearing on Aggressive E-Cigarette Marketing and Potential Consequences for Youth, then-Senator Barbara Boxer told Healy, the then-president of blu, that his claims that blu did not market to youth did not make sense. She cited a youth smoking prevention website sponsored by Lorillard which admitted that "[k]ids may be particularly vulnerable to trying e-cigarettes due to an abundance of fun flavors such as cherry, vanilla, piña-colada, and berry."[246] Senator Boxer confronted Healy, stating, "You sell cigarettes in three of those flavors. How can you sit here and say you're not marketing to children?"[247] Healy's first response was, "Senator, it's a good question."[248]

164.    Lorillard aggressively courted youth attention by taking full advantage of the lack of regulation of e-cigarettes, including by sponsoring events, hiring celebrities to market blu e-cigarettes, and advertising everywhere from television and radio to social media.

165.    In 2014, members of the United States Congress, led by Senator Richard Durbin, launched an investigation into the marketing and advertising practices employed by e-cigarette companies to market to youth.[249] As part of the investigation, Lorillard admitted to Congress that it had sponsored a number of parties, festivals, and other events where youth are likely to attend:

> Lorillard . . . sponsored at least 13 high profile music festivals, parties, and motorsports events, including the Bonnaroo Music Festival and numerous Grand Prix auto racing events. In the past two years, Lorillard alone participated in or provided free e-cigarette samples to attendees at 227 events. A review of publicly available websites found that Lorillard was also the exclusive sponsor of the Freedom Project . . ., a nationwide tour starring a number of bands and musicians.[250]

---

[246] *Aggressive E-Cigarette Marketing and Potential Consequences for Youth*, U.S. Senate Committee on Com., Sci. & Transp. at 1:34:04 (June 18, 2014), https://www.commerce.senate.gov/2014/6/commerce-committee-announces-hearing-to-examine-marketing-of-e-cigarettes-to-youth#; Stanton A. Glantz, *Lorillard Tobacco Admits that Flavored E-cigarettes Attract Youth: FDA Should Use This Information to Prohibit Flavors as Part of the Current Rulemaking*, U.C.S.F. *Ctr. for Tobacco Control Res. & Educ.* (May 31, 2014), https://tobacco.ucsf.edu/sites/g/files/tkssra4661/f/u9/FDA-comment-Lorillard-admits-flavors-1jy-8cep-qnbg.pdf.

[247] *Id.*

[248] *Id.*

[249] Durbin et al., *Gateway to Addiction?*, *supra* note 138 at Executive Summary.

[250] *Id.* at 9.

166.    Lorillard also sponsored an event at the Charlotte Fashion Week and the popular Sasquatch! Music Festival in Washington State, and paid for product placement in music videos.[251] These same tactics were previously employed by Big Tobacco to sell traditional cigarettes—but then prohibited by the Master Settlement Agreement.[252]

 

167.    Like Philip Morris with Marlboro before it, Lorillard also promoted blu e-cigarettes at IndyCar events, sponsoring race cars and using racecar drivers Graham Rahal and Mike Conoway to advertise e-cigarettes.[253] In 2010, the FDA had banned tobacco companies from advertising their traditional cigarettes by sponsoring sporting events.[254] But because blu e-cigarettes were not yet being regulated by the FDA, nothing prevented Lorillard from advertising blu on racecars:

 

---

[251] *blu eCigs Announces Sponsorship of Sasquatch! Music Festival*, PR Newswire (May 20, 2013), https://www.prnewswire.com/news-releases/blu-ecigs-announces-sponsorship-of-sasquatch-music-festival-208127521.html.

[252] The Master Settlement Agreement: An Overview, Tobacco Control Legal Consortium 2 (2015), https://www.publichealthlawcenter.org/sites/default/files/resources/tclc-fs-msa-overview-2015.pdf.

[253] Chris Estrada, *Rahal "surprised" that Dale Jr. responded to idea of ride swap*, NBC Sports (Mar. 25, 2014), https://motorsports.nbcsports.com/2014/03/25/rahal-surprised-that-dale-jr-responded-to-idea-of-ride-swap/comment-page-1/.

[254] 21 C.F.R. 1140 at 13226.

168.    Lorillard also advertised blu e-cigarettes on television. As Lorillard, and the rest og Big Tobacco, knows well the most effective advertisements were those that used attractive actors and attempted to make the product seem "cool" and desirable to youth who wanted to emulate adults. blu's e-cigarette advertisements followed this playbook. In one advertisement calling to mind Philip Morris' Marlboro Man, actor Stephen Dorff is seen vaping a blu e-cigarette and saying "We're all adults here, it's time we take our freedom back."[255] He also promises that blu does not pose a danger of second-hand smoke: "Blu lets me enjoy smoking without it affecting the people around me, because it's vapour, not tobacco smoke."[256]

 

169.    This advertisement was familiar territory for Lorillard. As United States District Court Judge Gladys Kessler found in her opinion in a lawsuit against Big Tobacco for advertising to youth, "both Lorillard's and Philip Morris's media campaigns promote the message that smoking is an adult decision. Emphasizing that smoking is an adult activity underscores the desirability of engaging in adult behavior for adolescents who are particularly motivated to appear mature."[257]

---

[255] Nasaw, supra note 236.
[256] Id.
[257] Philip Morris, 449 F. Supp. 2d at 669.

170.    In another advertisement, blu hired celebrity Jenny McCarthy to advertise its product, telling viewers that she "love[s] being single" but does not love a "kiss that tastes like an ashtray" and that blu e-cigarettes contain "only vapor, not tobacco smoke":[258]



171.    Lorillard admitted that these "commercials have aired thousands of times at various times of the day and night on 48 networks."[259] According to the congressional investigation, "Blu ads have aired nationally between episodes of the popular show 'Breaking Bad' and on Comedy Central where the target audience is young males."[260] These commercials also ran on cable TV channels and during network shows that are popular among teens, including "The Bachelor," "Big Brother" and "Survivor."[261] According to a study published in the official journal of the American Academy of Pediatrics, "[t]elevision remains the primary media channel through which advertisers reach US youth with messages."[262] This study found than between 2011 to 2013, youth exposure to television e-cigarette advertisements increased by 256%.[263] 24 million youth between the ages of 12 and 17 were

---

[258] Durbin et al., *Gateway to Addiction?*, *supra* 138 at 16; *see also* Regan Bartley, *blu eCigs 2013 TV Commercial featuring Jenny McCarthy for blu Electronic Cigarettes*, YouTube (Aug. 17, 2013), https://www.youtube.com/watch?v=A5rBDwliN8E.

[259] Durbin et al., *Gateway to Addiction?*, *supra* 138 at 17.

[260] *Id.*

[261] Jennifer C. Duke et al., *Exposure to Electronic Cigarette Television Advertisements Among Youth and Young Adults* at 4, 134 Pediatrics 1 (July 2014), https://pediatrics.aappublications.org/content/pediatrics/early/2014/05/27/peds.2014-0269.full.pdf.

[262] *Id.* at 2.

[263] *Id.* at 3.

likely exposed to e-cigarette advertisements and according to the study, "[m]ore than 76% of all youth e-cigarette advertising exposure occurred on cable networks and was driven primarily by an advertising campaign for 1 e-cigarette brand[:]" blu. Of the advertisements that reached youth, the overwhelming majority, 81.7%, were advertisements for blu.[264]

172.    blu also advertised in print, its ads evoking several of Big Tobacco's best-known marketing campaigns:[265]







---

[264] *Id.* at 1.
[265] *7 Ways E-Cigarette Companies Are Copying Big Tobacco's Playbook*, Campaign for Tobacco Free-Kids (Oct. 2, 2013), https://www.tobaccofreekids.org/blog/2013_10_02_ecigarettes.

173.   Like Big Tobacco's ads, blu's advertisements have tried to cast the product as "sexy."[266] Big Tobacco has known for decades that "to reach young smokers . . . . [t]o the best of your ability (considering some legal constraints) relate the cigarette to . . . sex."[267]

 

174.   blu even created and used a cartoon character, "Mr. Cool," on its website, reminiscent of R.J. Reynolds' infamous Joe Camel:

 

---

[266] *Id.*

[267] *Philip Morris*, 449 F. Supp. 2d at 626-27; *see also id.* at 673 (summarizing the 1964 Cigarette Advertising and Promotion Code adopted by Big Tobacco in an attempt to avoid FTC regulation, which prohibited advertising "that represents cigarette smoking as essential to social prominence, distinction, success, *or sexual attraction*") (emphasis added).

175.     As the Attorney General for Indiana stated when Brown & Williamson launched their "B Kool" advertising campaign in the 1990s, "kids age 10-14 are more interested in 'being cool' than the older, more mature 21-30 age group."[268] Like blu, Brown & Williamson argued that its "B Kool" campaign targeted adult smokers. However, as the Attorney General of Oklahoma recognized, even if this was true, it was foreseeable that a campaign emphasizing how to be "cool" would appeal to youth:

> [I]t is foreseeable and inevitable that a marketing strategy directed at young adults which employs themes with particular appeal to adolescents (e.g. independence, desire to appear older, desire to be cool), . . . will, in fact, both appeal to and reach a large number of youth.[269]

176.     Decades later, Lorillard once again expressed no concern about the potential blu's advertisements had to attract youth. In response to criticism of blu's advertisements, Robert Bannon, the head of Investor Relations at Lorillard, said the company was just "trying to make the products as attractive to consumers as possible, and we don't think there is a problem with that."[270]

177.     In 2014, the original purveyor of Joe Camel, R.J. Reynolds, purchased Lorillard for $27 billion. Because Reynolds American already had its own e-cigarette brand, Vuse, which it believed could compete against blu,[271] Reynolds American sold blu to Imperial Brands for $7.1 billion, along with two menthol cigarette brands, Kool and Salem.[272] Imperial Brands was formerly known as the Imperial Tobacco Group and is the fourth-largest international cigarette company in the world. An Imperial Brands subsidiary, Fontem Ventures, now markets and sells blu e-cigarettes. By the time of

---

[268] *Philip Morris*, 449 F. Supp. 2d at 628.
[269] *Id.* at 629.
[270] Richtel, *A Bolder Effort by Big Tobacco on E-Cigarettes*, *supra* note 235.
[271] Michael J. de la Merced & Chad Bray, *To Compete with Altria, Reynolds American is Buying Lorillard*, N.Y. Times DealBook (July 15, 2014), https://dealbook.nytimes.com/2014/07/15/reynolds-american-to-buy-lorillard-for-27-4-billion.
[272] Dan Mangan, *Feeling blu? E-cig company spun off in major tobacco deal*, CNBC (July 15, 2014), https://www.cnbc.com/2014/07/15/feeling-blu-e-cig-company-spun-off-in-major-tobacco-deal.html.

the sale, Lorillard had taken blu from relatively small sales to the number one best-selling e-cigarette product.[273]

178.     Imperial Brands and Fontem Ventures continued blu's aggressively youth-oriented advertising. In fact, Fontem Ventures thumbed its nose directly at the FDA by running an advertising campaign for blu called "Something Better," featuring bright colors and young-looking models posing with blu products and fake warning labels design to mimic the warning labels required by the FDA.[274] Rather than warn that the product contained nicotine, the mock "warning labels" promoted features of blu that would appeal to teens: "Important: Contains Flavor," "Important: Less harmful to your wallet," "Important: Vaping blu smells good," and " Important: No ashtrays needed:"[275]



179.     Not only are these messages likely to resonate with adolescents, but they also distract youth from the real dangers of e-cigarettes.[276] According to a study done of these advertisements by researchers at Ohio State University's College of Public Health, teenage boys who viewed blu's

---

[273] Id.

[274] blu Puts Spotlight on the Truths Around Vaping Category with the "Something Better" Campaign, Bus. Wire (Sept. 28, 2017), https://www.businesswire.com/news/home/20170928005437/en/blu-Puts-Spotlight-Truths-Vaping-Category-%E2%80%9CSomething.

[275] Id.; see also Olivia A. Wackowski & M. Jane Lewis, E-cigarette brand mocks tobacco control warning labels, 27 Tobacco Control 717 (2018), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6342263/.

[276] Brittney Keller-Hamilton et al., Adolescent males' responses to blu's fake warnings, Tobacco Control (Feb. 16, 2019), https://tobaccocontrol.bmj.com/content/early/2019/02/15/tobaccocontrol-2018-054805.

advertisements were "less likely to recall the advertisement's actual warning or health risks" than those who viewed an e-cigarette advertisement without a fake warning.[277]

180.    blu's status as a market leader during the first surge in youth vaping was not a coincidence. From 2012 to 2015, before JUUL entered the market, blu had the largest social media presence of the major e-cigarette brands, making up 65% of posts.[278] blu most frequently posted on Facebook and Instagram, the same platforms that youth use most often.[279] At this time, "blu was the king of the e-cigs. Now it's JUUL," according to Dr. Daniel Conklin, a University of Louisville Medical School professor and researcher studying the effects of vaping on the cardiovascular system.[280]

### 2.    Targeting Youth, Reynolds American marketed an e-cigarette with high nicotine content and sweet flavors

181.    R.J. Reynolds, the maker of Camel cigarettes, was one of the worst offenders when Big Tobacco was caught marketing cigarettes to youth, infamous for its cartoon character, Joe Camel. Documents from the litigation against Big Tobacco in the 1990s showed that R.J. Reynolds had an explicit policy of targeting youth: Young people "represent tomorrow's cigarette business. . . . As this 14-24 age group matures, they will account for a key share of the total cigarette volume for at least the next 25 years. . . . Our strategy becomes clear for our established brands: 1. Direct advertising appeal to the younger smokers."[281] Even as recently as 2006, R.J. Reynolds was forced to settle a lawsuit after 41 State Attorneys General sued the company for targeting youth by selling candy, fruit, and alcohol

---

[277] *Id.*
[278] Elizabeth A. Vandewater et al., *Whose Post Is It? Predicting E-Cigarette Brand from Social Media Posts*, 4 Tobacco Regulatory Sci. 30 (2018), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6335043/.
[279] *Id.*
[280] Jeremey Hobson et al., *Vaping Could Cause Cardiovascular Harm, Researcher Says*, WBUR (June 18, 2019), https://www.wbur.org/hereandnow/2019/06/18/vaping-cardiovascular-harm-research.
[281] John Mintz & Saundra Torry, *Internal R.J. Reynolds Documents Detail Cigarette Marketing Aimed at Children*, Wash. Post (Jan. 15, 1998), https://www.washingtonpost.com/wp-srv/national/longterm/tobacco/stories/memos1.htm.

flavored cigarettes in violation of the Master Settlement Agreement.[282] Because these lawsuits have prevented R.J. Reynolds from advertising cigarettes to youth, it comes as no surprise that it was eager to enter the new, and unregulated, e-cigarette industry.

182.    Reynolds American first launched its e-cigarette, called Vuse, on June 6, 2013, in Colorado.[283] British American Tobacco, at the time, owned 42.2% of Reynolds American.[284] Stephanie Cordisco, the president of Reynold American subsidiary R.J. Reynolds Vapor, announced that this was "a game-changing product in the e-cigarette category" and that the company "plan[ed] to be a large, strong national leader in a very short period of time."[285] Reynolds American President and CEO Daniel Delen added that it was "a fantastic business opportunity for us."[286] Like JUUL, Vuse's marketing focused on its status as a technology product, advertising itself as "the first and only digital vapor cigarette" and "microprocessor controlled."[287]

183.    Vuse was initially offered in only "original" and "menthol" flavors.[288] But Reynolds American understood what was needed to get customers addicted to its products: high nicotine and flavors. Vuse contained 4.8% nicotine, a higher level than many of its competitors.[289] It also quickly began offering more flavors. In 2014, the Congressional Investigation into the marketing and

---

[282] *Forty-One Attorneys General and R.J. Reynolds Reach Historic Settlement to End the Sale of Flavored*, Nat'l Ass'n of Att'ys Gen. (Oct. 11, 2006), https://www.naag.org/naag/media/naag-news/flavored.php.

[283] Dan Mangan, *Reynolds American Sees E-Cigarette Launch as a 'Game Changer'*, CNBC (June 6, 2013), https://www.cnbc.com/id/100796458.

[284] Reynolds American Inc. Form 8-K at 2, Securities and Exchange Commission (July 30, 2004), https://www.sec.gov/Archives/edgar/data/1275283/000095014404007924/g90345e8vk.htm.

[285] Magnan, *supra* note 283.

[286] *Id.*

[287] *Vuse Digital Vapor Cigarette TV Commercial, 'Tomorrow'*, iSpot.tv (2014), https://www.ispot.tv/ad/7XZ3/vuse-digital-vapor-cigarette-tomorrow (last visited Dec. 9, 2019).

[288] Richard Craver, *Vuse overwhelming e-cig competition*, Richmond Times-Dispatch (June 1, 2015), https://www.richmond.com/business/vuse-overwhelming-e-cig-competition/article_81e82938-f696-577b-9678-95b6e5b2c3da.html.

[289] Richard Craver, *Reynolds adds four Vuse flavorings nationwide*, Winston-Salem J. (Oct. 14, 2015), https://www.journalnow.com/business/reynolds-adds-four-vuse-flavorings-nationwide/article_14299f16-6a1f-53ea-82df-072c3c4168cb.html.

advertising practices employed by e-cigarette companies, including Reynolds American, to target youth, found that Vuse was offered in "a wide range" of flavors "that could appeal to youth."[290] Vuse has been offered in flavors such as "berry" "mint" "crema" and "chai."[291] The Congressional Investigation also found that Vuse promoted these products by sponsoring musical festivals and other events and hosting more than 90 sampling events.[292]



184.    As the e-cigarette market grew and Reynolds American began creating new versions of Vuse, it expanded its flavor offerings. For example, the "Vuse Vibe" came in fruity flavors like "melon" as well as classic "mint," and was advertised with bright colors and eye-popping visual effects.[293] After viewing the advertisement below, one person commented that Reynolds American's e-cigarette advertisement "look[ed] like an ad for Skittles."[294]



---

[290] Durbin et al., *Gateway to Addiction?*, *supra* note 138 at 11;
[291] *See VUSE Digital Vapor Cigarette TV Commercial, 'Awaken Your Senses'*, iSpot.tv (2015), https://www.ispot.tv/ad/A7Zo/vuse-digital-vapor-cigarette-awaken-your-senses (last visited Dec. 9, 2019); *VUSE TV Commercial, 'Choose Your VUSE'*, iSpot.tv (2015), https://www.ispot.tv/ad/Aof4/vuse-choose-your-vuse (last visited Dec. 9, 2019).
[292] Durbin et al., *Gateway to Addiction?*, *supra* note 138 at 9, 24-29.
[293] Best cases Advertising, *Vuse Vibe Commercial*, YouTube (June 11, 2018), https://www.youtube.com/watch?v=nOh5J-luLBY.
[294] *Id.*

185.    By mid-2015, Vuse had captured 46.9% of the market.[295] That year, then-Senator Barbara Boxer of California sent a letter to Reynolds American, as well as four other e-cigarette companies, including Altria and Lorillard, asking them to stop advertising on television.[296] As mentioned above, the CDC had recently found that millions of youth were being exposed to e-cigarette advertisements.[297] In 2014, approximately 9.3 million youth between the ages of 12-17 saw advertisements for Vuse specifically.[298] In addition, active e-cigarette use among high schoolers had climbed from 4.5% in 2013 to 13.4% in 2014, an increase of 198%.[299] Then-Senator Boxer asked Reynolds American to stop advertising on television in order to combat this growing problem, warning it that if it did not, it would be responsible for the consequences:

> Considering these risks, youth exposure to advertising, particularly on television, is happening at an alarming rate . . . For nearly 45 years, manufacturers of [T]raditional cigarettes have agreed to a ban on television advertising. I merely ask that you restrict advertising of e-cigarettes in the same manner. . . . Believe me, your positive response will save lives . . . if you don't agree, your industry will be responsible for the consequences.[300]

These warning feel on deaf ears.

186.    The investments by Lorillard and Reynolds American in the e-cigarette market expanded it significantly—through a substantial increase in youth e-cigarette use. According to data published by the CDC, current e-cigarette use among middle and high school students tripled from

[295] Richard Craver, *Vuse falls further behind Juul on e-cig sales*, Winston-Salem J. (Dec. 14, 2017), https://www.journalnow.com/business/vuse-falls-further-behind-juul-on-e-cig-sales/article_ed14c6bc-5421-5806-9d32-bba0e8f86571.html.

[296] Richard Craver, *U.S. Senator asks e-cig makers to cut TV ads*, Winston-Salem J. (Apr. 16, 2015), https://www.journalnow.com/business/business_news/local/u-s-senator-asks-e-cig-makers-to-cut-tv/article_5b866ef0-5e7b-5d4b-941b-cdced8280d18.html.

[297] *Youth Tobacco Use Infographics*, CDC (June 15, 2018), https://www.cdc.gov/tobacco/infographics/youth/index.htm#youth-tobacco (last visited Dec. 9, 2019).

[298] *Vaporized: Youth and young adult exposure to e-cigarette marketing* at 18, Truth Initiative (Nov. 2015), https://truthinitiative.org/sites/default/files/media/files/2019/03/Vaporized-Youth-Exposure-To-E-Cigarette-Marketing.pdf.

[299] Craver, *U.S. Senator asks e-cig makers to cut TV ads*, *supra* note 296.

[300] *Id.*

2013 to 2014.[301] By 2014, 16.2% of high school seniors reported using e-cigarettes within the past thirty days.[302]

187.    But this dramatic increase would itself soon be eclipsed by the runaway success of JUUL's design combined with viral social media marketing. Big Tobacco found itself scrambling to compete with JUUL. As described below, despite knowledge that JUUL's skyrocketing market share came from youth sales, Imperial Brands and Reynolds American were all too happy to copy JUUL's popular design and went after the same customers. Altria did the same with the MarkTen Elite and Apex by MarkTen prior to pulling those products off the shelves as part of its strategy to purchase a nearly $13 billion stake in JUUL.

**E.    Big Tobacco Copies JUUL's Design**

188.    As JUUL's sales skyrocketed in 2017 and 2018, Defendants Imperial Brands and Reynolds American launched their own products with the key elements of JUUL's design: pod-based, nicotine salt formulation, USB-chargeable, slim, discreet, with a tech-like appearance.

**1.    Imperial Brands' *my*blu**

189.    On February 1, 2018, Imperial Brands launched a pod-based vaping device like JUUL's, called "*my*blu."[303] This device has been sold for just $1 at times and mimics JUUL, not just in its USB-like appearance, but also by using nicotine salts as opposed to freebase nicotine.[304]  According

---

[301] *E-cigarette use triples among middle and high school students in just one year*, CDC (Apr. 16, 2015), https://www.cdc.gov/media/releases/2015/p0416-E-cigarette-use.html.
[302] *Monitoring the Future 2015 Survey Results*, Nat'l Inst. on Drug Abuse, https://www.drugabuse.gov/related-topics/trends-statistics/infographics/monitoring-future-2015-survey-results (last visited Dec. 9, 2019).
[303] *Imperial Brands launches new vaping product in USA*, Imperial Brands (Feb. 1, 2018), https://web.archive.org/web/20180701164420/https://www.imperialbrandsplc.com/Media2/Key-announcements/key-announcements/imperial-brands-launches-new-vaping-product-in-usa.html (last visited Dec. 9, 2019).
[304] Rachel Becker, *Juul's Nictoine Salts Are Dominating the Market – And Other Companies Want In*, The Verge (Nov. 21, 2018), https://www.theverge.com/2018/11/21/18105969/juul-vaping-nicotine-salts-electronic-cigarettes-myblu-vuse-markten; Angelica LaVito, *Juul's momentum slips as NJOY woos customers with dollar e-cigarettes*, CNBC (Aug. 20, 2019),

to Grant O'Connel, head of Scientific Affairs at Imperial Brands, the nicotine salts in *my*blu's new "Intense" flavor pods are able to travel more deeply into the lung than with freebase nicotine so that the nicotine is absorbed faster.[305] As Alice Cooper, the CEO of Imperial Brands, explained, "The type of experience JUUL delivered was definitely a step forward."[306]





190.    The launch of Imperial Brands' *my*blu as a "JUULalike" product concerned Vince Willmore, Vice President of Communications for the Campaign for Tobacco-Free Kids. According to Willmore, "Juul is our biggest concern right as it is being widely used by kids across the country . . . [b]ut we are also concerned that the introduction of a growing number of Juul-like products could

---

https://www.cnbc.com/2019/08/20/juuls-momentum-slips-as-njoy-woos-customers-with-dollar-e-cigarettes.html.

[305] Becker, *supra* note 304.

[306] Steve Birr, *The Makers of Blu E-Cigarettes Are Taking On JUUL With A New Vape Device*, Daily Caller (July 5, 2018), https://dailycaller.com/2018/07/05/blu-e-cigarette-juul-vape/.

make the problem even worse."[307] Willmore is not the only one worried. Then-Commissioner Gottlieb of the FDA expressed concern about products like *my*blu, stating that such products "closely resemble a USB flash drive, have high levels of nicotine and emissions that are hard to see. These characteristics may facilitate youth use, by making the products more attractive to children and teens."[308]

191.    Since *my*blu's launch, Imperial Brands has been working hard to market *my*blu as a product for the young and trendy. In February 2018, Imperial Brands helped sponsor Maxim's Super Bowl party to promote its product. It hired models to advertise its product at the event, offering $350 to "attractive, fit ladies that are comfortable working at a Maxim Party during the Super Bowl while smoking a vapor."[309] The event featured musicians and celebrities popular with teens, such as hip-hop star Post Malone, Electronic Dance Music DJ Marshmello, and rapper Cardi B, as well as a showcase of a Polaris Slingshot racecar and drinks from Rockstar Energy Drink and Captain Morgan.[310]



---

[307] Ben Tobin, *FDA targets e-cigarettes like Juul as teachers fear 'epidemic' use by students*, USA Today (Aug. 16, 2018), https://www.usatoday.com/story/money/2018/08/16/juul-labs-back-school-teachers-e-cigarettes/917531002/.

[308] Gottlieb, Statement April 23, 2018, *supra* note 111.

[309] Betsy Brock, *E-cigarette brand blu hosts Super Bowl party*, Project Watch (Apr. 1, 2018), https://projectwatch.org/2018/04/01/e-cigarette-brand-blu-hosts-super-bowl-party/.

[310] *Id.*; *see also Post Malone and DJ Marshmello Are Headlining 2018 Maxim Party with Special Performance by Cardi B*, Maxim (Jan. 29, 2018), https://www.maxim.com/entertainment/post-malone-dj-marshmello-2018-maxim-party-cardi-b-2018-1.

192.    According to promotions, the event "brings together art, fashion, music and sports for the ultimate party experience." [311] As part of the event, blu offered "specialty cocktails inspired by the brand's new 'my blu' e-cig flavor lineup" and gave away my blu "starter kit[s]" and 5 packs of liquid pods to partygoers over the age of 21.[312]



193.    Unsurprisingly, Imperial Brands' my blu has begun to be used by teenagers and has attracted the notice of federal regulators. On September 12, 2018, the FDA sent Fontem Ventures a Warning Letter, like the ones it sent to JUUL and Altria.[313] The FDA stated that it had confirmed that blu products were being sold to minors and asked the company to take "prompt action to address the rate of youth use of Blu products."[314]  In response, the company took only minimal and ineffective steps, raising the minimum age requirement to buy flavor pods on its website from 18 to 21, but refusing to stop selling youth-oriented flavors, such as "neon dream," "blue ice" and "melon time."[315]

---

[311] *Post Malone*, *supra* note 310.

[312] *Id.*; Brock*, supra* note 309.

[313] Letter from Scott Gottlieb, M.D., Commissioner of Food and Drugs, to J. Christopher Prue, Vice President Product and Regulatory Science, Fontem Ventures ("Fontem Warning Letter") (Sept. 12, 2018), https://www.fda.gov/media/119667/download.

[314] *Id.* at 3.

[315] Angelica LaVito, *Blu e-cigarette maker plans to restrict online sales amid FDA crackdown on teen use*, CNBC (Nov. 13, 2018), https://www.cnbc.com/2018/11/13/imperial-brands-blu-e-cigarette-maker-plans-to-restrict-online-sales.html; *my*blu Intense, blu, https://www.blu.com/en/US/myblu-intense?utm_source=affiliate&utm_campaign=tradedoubler&utm_medium=1806294.

194.   Imperial Brands has also been inspired to partner with young-looking social media influencers like Josephine Wendel, a pop singer from Greece with over 200,000 followers on Instagram, who used several myblu hashtags (i.e., #MyBlu, #blunation, #myblufans) in this post from October 2019:[316]



195.   On February 19, 2019, blu announced that it would launch a "Pledge World" campaign, working with influencers and claiming want to inspire people to embark on "life-changing journeys."[317] For example, blu teamed up with 27-year-old social media influencer and former reality TV star Corinne Olympios. Olympios has more than 737,000 followers on Instagram and gained her

---

[316] Post by Instagram user @josephinewendel (Oct. 25, 2019), https://www.instagram.com/p/B4Cwyt-lqTX/?hl=en.
[317] *blu Launches "Pledge World" Campaign to Help Adult Smokers and Vapers Embark on Life-Changing Journeys*, PR Newswire (Feb. 19, 2019), https://www.prnewswire.com/news-releases/blu-launches-pledge-world-campaign-to-help-adult-smokers-and-vapers-embark-on-life-changing-journeys-300797533.html.

fame through a show popular with teenage girls, "The Bachelor."[318] In a post on Instagram, Olympios is seen snowboarding and vaping blu's product between jumps:[319]



196.    As "risky independent outdoors activit[y]," activities like snowboard jumping have been known since the litigation against Big Tobacco as a "theme[] known to be attractive to youth."[320]

197.    Like JUUL did so successfully, Imperial Brands and Fontem's *my*blu campaign has "leveraged sophisticated internet campaigns, relying heavily on Instagram, the photo-sharing platform used by about three-quarters of American teenagers. They have marketed from their own accounts but now benefit from the free advertising provided by influencers: seemingly unaffiliated people who promote vapes to their sizable online audiences."[321] Imperial Brands and its subsidiaries have not

---

[318] Post by Instagram user @colympios, https://www.instagram.com/colympios/?hl=en; Mitchel Metcalf, *Audience Map: ABC Primetime*, Showbuzz Daily (Jan. 22, 2015), http://www.showbuzzdaily.com/articles/audience-map-abc-primetime.html (reporting that 24.9% of the Bachelor's female audience is girls under the age of 18).
[319] Post by Instagram user @colympios (Apr. 11, 2019), https://www.instagram.com/p/BwIgWDyHhSu/?hl=en.
[320] *Philip Morris*, 449 F. Supp. 2d at 624.
[321] Shefali Luthra & Chaseedaw Giles, *A Regulatory Haze: Vape Marketers are Online, Creating New Headaches for Feds*, Kaiser Health News (Nov. 14, 2019), https://khn.org/news/a-regulatory-haze-vape-marketers-are-online-creating-new-headaches-for-feds/.

posted on the *my*blu Instagram page since last October, but like JUUL, they do not need to.[322] The Instagram community they cultivated is self-sustaining.

198.    According to Michael Kamins, a vising professor of marketing at Claremont Graduate University in Claremont, California, and a former expert witness in cases involving tobacco advertising, the use of social media like this is designed to catch the attention of a young crowd. Kamins explained that social media advertisements today work the same way old cigarette advertisements worked to target youth: "Now you combine it with these cool, young, good-looking kids, and you suddenly, under the radar, have a pack of cigarettes in front of them and people say, 'Wow, look at that cool person.'"[323] In a petition to the Federal Trade Commission against Imperial Brands for marketing its cigarette products to children in other countries with advertisements reaching and appearing to be aimed at the United States,  Tobacco-Free Kids wrote that "Public health authorities largely agree that exposure to tobacco marketing causes youth to start and keep using tobacco . . . These companies' actions of flooding social media with cigarette images may be the single greatest threat to youth perception of tobacco use in the United States today."[324]

199.    Even as increasing awareness of the youth vaping epidemic has begun to put pressure on vaping companies, blu has continued to spread its advertising and its message. In 2019, Imperial Brands made almost $8 billion from its e-cigarette and vapor-based products, including blu.[325] Moreover, even though JUUL stopped advertising due to this pressure from government investigations and the vaping related illness and deaths that struck the United States this fall, blu—apparently sensing

---

[322] *Id.*

[323] Alyssa Newcomb, *Behind Instagram-friendly photos, an e-cigarette company collects valuable data*, NBC News (Mar. 27, 2019), https://www.nbcnews.com/tech/tech-news/behind-instagram-friendly-photos-e-cigarette-company-collects-valuable-data-n987776.

[324] *Id.*

[325] Reuters, *Imperial Brands Issues Cautious 2020 Forecast Appoints Esperdy Chairman*, N.Y. Times (Nov. 5, 2019), nytimes.com/reuters/2019/11/05/business/05reuters-imperialbrands-results.html?searchResultPosition=4.

a market opportunity—has been happy to continue flooding the market with TV advertisements. In just two weeks in early September 2019, blu spent nearly $3.4 million on TV advertisements on networks popular with youth, such as Comedy Central, TNT, and AMC.[326] blu, and its Big Tobacco owners, have shown that they are not going to stop trying to attract young customers regardless of the costs.

### 2. Reynolds American's Vuse Alto

200. In mid-2015, Vuse had captured almost half of the e-cigarette market.[327] But once JUUL entered the scene, Vuse's market share dropped dramatically. By 2017, JUUL had captured 40% of the market, while Vuse's market share fell to 24.3%.[328]

201. British American Tobacco stepped in to help. On July 25, 2017, British American Tobacco purchased the remaining shares of Reynolds American and strengthened its support for the Vuse product.[329]

202. Until 2018, Vuse's marketing had been relatively subdued in comparison to blu or JUUL. But after seeing JUUL dominate the market, Reynolds American and British American Tobacco seemingly decided, "if you can't beat 'em, join em" and launched its own-pod based system: the Vuse Alto. By this time, newspapers and public health officials had made it clear that JUUL was addicting a new generation to nicotine. Nevertheless, the CEO of Reynolds American and former British American Tobacco executive Ricardo Oberlander told reporters that "Juul has achieved tremendous progress over the last 18 months" and that JUUL's success shows "the great potential for growth" in the e-cigarette industry—an industry that has addicted youth to nicotine in record

---

[326] Megan Graham & Angelica LaVito, *House subcommittee asks e-cigarette companies to stop advertising*, CNBC (Sept. 26, 2019), https://www.cnbc.com/2019/09/26/house-subcommittee-asks-e-cigarette-companies-to-stop-advertising.html.

[327] Craver, *Vuse falls further behind Juul on e-cig sales*, *supra* note 296.

[328] *Id.*

[329] Richard Craver, *BAT remains in stride with low-key approach to first year of fully owning Reynolds*, Winston-Salem J. (July 22, 2018), https://www.journalnow.com/business/bat-remains-in-stride-with-low-key-approach-to-first/article_d29b3fa9-8b53-5d0f-aa02-c9e22fd2bb71.html.

numbers.[330]  Oberlander said that his company wanted to "continue to develop Vuse for the U.S. market and continue to help it grow as successful and important in the vaping category."[331]

203.    The Vuse Alto copied the very design and features that made JUUL such a success with youth. Industry experts expected the Vuse Alto to be a "crowd favorite because it combines stealth, ease of use and great flavors."[332] Reynolds American and British American Tobacco designed the Vuse Alto to be sleek and to look like a USB drive, like JUUL, despite the fact that this design has proven to be significantly more popular with youth than with adults. In 2018, only 7.9% of American adults had ever used USB shaped vape devices, and only 2% of adults currently used them.[333] And as mentioned above, youth were 16 times more likely to use the USB-shaped JUUL than adults.[334] Reynolds American and British American Tobacco sold the Vuse Alto in flavors that appeal to youth, like "mixed berry."[335]



[330] Richard Craver, *Reynolds Vapor prepares national launch of new e-cig rival to JUUL*, Winston-Salem J. (July 17, 2018), https://www.journalnow.com/business/reynolds-vapor-prepares-national-launch-of-new-e-cig-rival/article_7ba10442-d438-575e-af23-794173089a8a.html.
[331] *Id.*
[332] *Id.*
[333] Kristy L Marynak et al., *Use and reasons for use of electronic vapour products shaped like USB flash drivers among a national sample of adults*, 28 Tobacco Control 685 (Nov. 2019), https://tobaccocontrol.bmj.com/content/28/6/685.
[334] Vallone, *supra* note 109.
[335] Angelica LaVito, *Reynolds tobacco debuts e-cigarette commercial, tightens online vape sales to combat teen use*, CNBC (Mar. 4, 2019), https://www.cnbc.com/2019/03/04/reynolds-tobacco-debuts-e-cigarette-commercial-tightens-online-sales.html.

204.    Unsurprisingly, youth began to use this product. On September 12, 2018, the FDA sent Reynolds American a Warning Letter, like the ones it sent to JUUL, Altria, and blu's Fontem Ventures.[336] The FDA stated that it had confirmed that Vuse products were being sold to minors and asked the company to take "prompt action to address the rate of youth use of Vuse products."[337]

205.    However, when Altria invested $12.8 billion in JUUL at the end of 2018, it put additional pressure on British American Tobacco and Reynolds American.[338] Instead of pulling flavored products from the market or limiting advertisements, in 2019, Reynolds American expanded its advertising and began marketing its JUUL-like vape on Twitter, Instagram, and Facebook.[339] Instagram and Facebook are the most popular social media platforms for youth.[340]

206.    In addition, when the FDA proposed limiting sales of fruity flavored e-cigarettes to websites, vape shops and other retailers that impose age restrictions due to the youth vaping epidemic, Reynolds American opposed the plan.[341] Reynolds American has also spent hundreds of thousands of

---

[336] Letter from Scott Gottlieb, M.D., Commissioner of Food and Drugs, to Mike Ogden, Senior Vice President, Scientific & Regulatory Affairs, Reynolds American ("Reynolds Warning Letter") (Sept. 12, 2018), https://www.fda.gov/media/119670/download.

[337] *Id.*

[338] Richard Craver, *Altria-Juul partnership puts additional pressure on BAT, Reynolds*, Winston-Salem J. (Dec. 24, 2018), https://www.journalnow.com/business/altria-juul-partnership-puts-additional-pressure-on-bat-reynolds/article_c1af871d-5c08-5d0e-94fb-3284df1d636b.html.

[339] Jennifer Maloney, *Reynolds, With an Eye on Juul, Wades into Social Media*, Wall Street J. (May 15, 2019), https://www.wsj.com/articles/reynolds-with-an-eye-on-juul-wades-into-social-media-11557921721.

[340] Vandewater et al., supra note 278 (Although Reynolds American claims to not allow youth users to follow its company pages or view its social media posts, on information and belief, it relies on ages self-reported by Facebook users.).

[341] Angelica LaVito, *Tobacco company Reynolds blames teen vaping crisis on Juul in fighting FDA plan to rein in e-cigarettes*, CNBC (May, 2, 2019), https://www.cnbc.com/2019/05/02/reynolds-blames-teen-vaping-on-juul-in-fighting-fda-e-cigarette-rules.html (Reynolds also spent more than $11.6 million in an attempt to overturn a San Francisco law prohibiting the sale of flavored tobacco products, including menthol flavored products.); *see also Statement of Matthew L. Meyers, President, Campaign for Tobacco-Free Kids: Putting Profits Before Kids, R.J. Reynolds Spends Over $11.6 Million in Effort to Overturn San Francisco Ban on Flavored Tobacco Products*, Campaign for Tobacco-Free Kids (May 30, 2018), https://www.tobaccofreekids.org/press-releases/2018_05_30_sanfrancisco.

dollars lobbying against a New York ban on flavored tobacco products.[342] The ban failed to pass.[343] Flavored e-cigarettes play a large role in the youth vaping epidemic. As mentioned above, flavors motivate e-cigarette initiation among youth and youth are much more likely to use flavored tobacco products than adults.[344] According to the FDA, 96% of 12- to 17-year-olds who recently begun using e-cigarettes reported using a flavored e-cigarette the first time they tried the product.[345]

207.    British American Tobacco also began to heavily promote its product using sales and discounts. For example, in one promotion, customers could buy a Vuse Alto for just 99 cents, down from $24.99, when someone buys a pack of pods.[346]



[342] Marina Villeneuve, *Mint, menthol: Vape Industry has dug heels in on flavor bans*, Star Tribune (Sept. 12, 2019), http://www.startribune.com/mint-menthol-vape-industry-has-dug-heels-in-on-flavor-bans/560104332/?refresh=true.
[343] *Id.*
[344] *See E-Cigarette Use Among Youth and Young Adults*, *supra* note 100; Paul, *supra* note 101; Villanti, *supra* note 102.
[345] *Modifications to Compliance Policy for Certain Deemed Tobacco Products*, FDA (Mar. 2019), https://www.fda.gov/media/121384/download.
[346] LaVito, *Juul's momentum*, *supra* note 304; Post by Instagram user @upinsmokeduluth (Nov. 1, 2019), https://www.instagram.com/p/B4VEBG9pOzt/

208.    This is a tactic that was also used to addict youth to traditional cigarettes. Both Congress and scholars have confirmed that "children and teens are more price sensitive than adults and that pricing has an immediate and direct impact on cigarette sales to minors."[347] Big Tobacco's previous choice to "sharply drop[] the wholesale prices of cigarettes most popular with young people . . . reduced the rate of decline in overall cigarette smoking and contributed to the increases in youth smoking incidence and prevalence observed during much of the 1990s."[348]

209.    In another move directly from the Big Tobacco playbook, British American Tobacco signed a multi-year deal with McLaren to advertise Vuse on Formula One racecars:[349]



---

[347] *Philip Morris*, 449 F. Supp. 2d at 639 ("[Y]outh and young adults are more responsive to increases in cigarette and other tobacco prices, and will not try smoking or continue to smoke if cigarette prices rise.") (citing David A. Kessler et al., *The Food and Drug Administration's Rule on Tobacco: Blending Science and Law*, 99 Pediatrics 884 (1997), https://pediatrics.aappublications.org/content/99/6/884)); *see also* 21 U.S.C. § 387(24) ("Children, who tend to be more price sensitive than adults, are influenced by advertising and promotion practices that result in drastically reduced cigarette prices.").
[348] *Philip Morris*, 449 F. Supp. 2d at 639.
[349] Luke Murphy, *Exploiting a loophole? McLaren announces partnership with British American Tobacco*, Motosport.com (Feb. 11, 2019), https://www.motorsport.com/f1/news/exploiting-a-loophole-mclaren-announces-partnership-with-british-american-tobacco-66914/3223442/; Ed Dixon, *McLaren's IndyCar livery features Vuse e-cigarette branding*, SportsPro (Apr. 10, 2019), http://www.sportspromedia.com/news/mclaren-indycar-indy500-sponsorship-british-american-tobacco.

210.    For decades, Big Tobacco "sponsor[ed] televised racing events which have great appeal with youth. As a result, millions of youth watching these events [we]re exposed to [Big Tobacco]'s cigarette marketing imagery."[350] "Susan Ivey, [the former] President and CEO of Reynolds American, acknowledged that one of the benefits of brand sponsorship of televised sporting events is exposure of the brand name on television."[351] Historically, this has been valuable to Big Tobacco because "millions of young people under the age of eighteen watch[ed their] racing events." Defendants knew that sponsoring race cars would allow them to reach youth specifically. For example, companies like Philip Morris have "long understood how important its use of racing imagery is to attracting young smokers."[352]

211.    Formula One banned tobacco advertising in 2006, but like with other tobacco regulations, there is a still a loophole for e-cigarettes.[353] Reporters covering the British American Tobacco/Reynolds American and McLaren partnership stated that, like the tobacco advertising of old, this branding would allow Vuse to get "significant exposure" at races like the Indy500 in Indianapolis, one of the most watched sporting events in the county.[354] In recent years, "many efforts have been

---

[350] *Philip Morris*, 449 F. Supp. 2d at 664.

[351] *Id.* at 665.

[352] *Id.* at 666.

[353] Alice Hancock & Murad Ahmed, *Vaping backlash threatens to slam brakes on F1 sponsorship*, Fin. Times (Oct. 17, 2019), https://www.ft.com/content/9a510dda-efe2-11e9-ad1e-4367d8281195.

[354] Dixon, *supra* note 349 (Although McLaren's team and driver ultimately did not qualify for this year's Indy500 race, British American Tobacco expected the car to enter and the car and its Vuse branding were featured on media stories regarding the race despite driver Fernando Alonso's failure to qualify.). *See* Bruce Martin, *Alonso, McLaren test IndyCar at Texas Motor Speedway on Tuesday*, NBC Sports (Apr. 9, 2019), https://motorsports.nbcsports.com/2019/04/09/alonso-mclaren-test-indycar-at-texas-motor-speedway-tuesday/; *see also* Andrew Benson, *Fernando Alonso fails to qualify for Indianapolis 500*, BBC News (May 19, 2019), https://www.bbc.com/sport/motorsport/48330676.

made by Formula 1 in the last two years to bring more and more fans to the cent[er] of the sport and attract a new and younger audience."[355]

212.    And despite then-Senator Boxer's warning that television advertisements were reaching youth audiences, Reynolds still advertises its product on television. Congress has continued to ask the company to stop in the face of the youth vaping epidemic, to no avail. The latest attempt came from Representative Raja Krishnamoorthi of Illinois, Chairman of the House Oversight and Reform Committee's Panel on Consumer Products.[356] On September 25, 2019, Representative Krishnamoorthi sent a letter to each of the leading e-cigarette manufacturers, including Reynolds American, asking them to voluntarily stop advertising their products in the face of this crisis.[357] On October 8, 2019, Richard Haselwood, RAI Services Company, Vice President, Federal Government Relations, responded.[358] Apparently seeing an opportunity to gain ground now that JUUL has stopped marketing its products, Reynolds American gave Representative Krishnamoorthi "no indication that it would make any changes in its advertising practices."[359] Representative Krishnamoorthi's recognized that if

---

[355] *Formula 1's TV and digital audiences grow for the second year running*, F1 (Jan. 18, 2019), https://www.formula1.com/en/latest/article.formula-1s-tv-and-digital-audiences-grow-for-the-second-year-running.OqTPVNthtZKFbKqBaimKf.html.

[356] Letter from Representative Raja Krishnamoorthi, Chairman of the House Oversight and Reform Committee's Panel on Consumer Products, to Ricardo Oberlander, President and Chief Executive Officer, Reynolds American (Sept. 25, 2019), https://oversight.house.gov/sites/democrats.oversight.house.gov/files/2019-09-25%20RK%20to%20Four%20E-Cigarette%20Companies%20re%20Ad%20Ban%20Request.pdf.

[357] *Id.*

[358] Letter from Richard Haselwood, Vice President, Federal Government Relations, RAI Services Company, to Representative Raja Krishnamoorthi, Chairman of the House Oversight and Reform Committee's Panel on Consumer Products (Oct. 8, 2019), https://oversight.house.gov/sites/democrats.oversight.house.gov/files/2019-10-08%20RAI%20Letter%20to%20Chairman%20Krishnamoorthi%20%281%29.pdf.

[359] Letter from Representative Raja Krishnamoorthi, Chairman of the House Oversight and Reform Committee's Panel on Consumer Products, to Ricardo Oberlander, President and Chief Executive Officer, Reynolds American at 1 (Oct. 10, 2019), https://oversight.house.gov/sites/democrats.oversight.house.gov/files/2019-10-10.RK%20to%20Vuse%20re%20E-Cigarette%20Product%20Advertising.pdf.

Reynolds American was serious about combating the youth vaping epidemic, stopping advertisements would be a logical first step:

> With increasing federal attention on the epidemic of youth use of e-cigarettes, one would expect to see e-cigarette companies taking steps on their own to avoid making the problem worse. Instead, Americans of all ages are bombarded by ads for e-cigarettes. Studies show that youth exposure to e-cigarette advertising increases the likelihood of youth-cigarette use. . . . e-cigarette use among teenagers is an epidemic.[360]

213.     Due to Oberlander's refusal to provide assurances, Representative Krishnamoorthi requested that Reynolds American produce information about its advertising practices and products, including "[a]ll documents referring or relating to . . . [t]he impact of [Reynolds American's] marketing strategy on individuals under the age of 18."[361] He warned the company:

> For generations of Americans who have never seen cigarette ads on television or heard them on the radio, the ubiquitous vaping advertisements are disturbing and dangerous. Some may view your current advertising push as an attempt to reach more consumers before the Food and Drug Administration (FDA) imposes regulation on such products. [362]

214.     Defendants have each claimed that they do not market to youth. But they know their product and designs have great appeal to youth and sell them anyway. In the litigation against Big Tobacco, many of these same companies "denied, over and over, with great self-righteousness, that they have marketed to youth," despite documents later being uncovered showing that they did just that.[363]

F.     **The Cost of E-Cigarettes' Success**

215.     In addition to designing its devices to be particularly attractive to youth, JUUL designed its devices to be highly addictive. As described above, JUUL uses patented nicotine salts rather than freebase nicotine.[364] Similarly, Big Tobacco launched their own JUUL lookalikes, using the same high

---

[360] *Id.* at 1-2.
[361] *Id.* at 3.
[362] *Id.* at 2.
[363] *Id.* at 692.
[364] Becker, supra note 304.

concentrations of nicotine, formulated in the same manner; the *my*blu contains 4.0% nicotine salts, and the Vuse Alto contains 5.0% nicotine salts.[365] Between 2013 and 2018, the average nicotine concentration in e-cigarettes more than doubled.[366]

216.     The increased nicotine exposure facilitated by the JUUL, blu, Vuse, and Eonsmoke devices has serious health consequences. The ease of use and "smoothness" strip away external inhibitors and enable extreme levels of unfettered use. Using the JUUL's own calculations, consuming two JUULpods in a day is the equivalent of consuming two to four packs of cigarettes a day. In this way, JUUL has not only cultivated a new generation of e-cigarette smokers, but has also accelerated a new style of smoking—vaping—that is more nicotine-saturated than ever before.

217.     Increased rates and duration of vaping lead to greater overall exposure to nicotine. Nicotine is a neurotoxin. A highly addictive, psychoactive substance that targets brain areas involved in emotional and cognitive processing, nicotine poses a particularly potent threat to the adolescent brain, as it can "derange the normal course of brain maturation and have lasting consequences for cognitive ability, mental health, and even personality."[367] Animal researchers from the Yale University School of Medicine has found that vaping during adolescence can lead to long-term brain changes, like attention deficit hyperactivity disorder.[368]

---

[365] *About INTENSE Flavors*, blu, https://www.blu.com/en/US/explore/explore-vaping/about-blu-products/about-blu-intense-flavors (last visited Dec. 9, 2019); faqs, Vuse Vapor, https://vusevapor.com/faqs/product/ (last visited Dec. 9, 2019).

[366] Alexa R. Romberg et al., *Patterns of nicotine concentration in electronic cigarettes sold in the United States, 2013-2018*, 203 Drug & Alcohol Dependence 1 (2019), https://www.sciencedirect.com/science/article/abs/pii/S0376871619302571.

[367] N.A. Goriounova & H.D. Mansvelder, *Short- and Long-Term Consequences of Nicotine Exposure during Adolescence for Prefrontal Cortex Neuronal Network Function*, Cold Spring Harbor Persp. in Med. 2(12) (Dec. 2012), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3543069/.

[368] Jon Hamilton, *How Vaping Nicotine Can Affect A Teenage Brain*, NPR (Oct. 10, 2019), https://www.npr.org/sections/health-shots/2019/10/10/768588170/how-vaping-nicotine-can-affect-a-teenage-brain.

218.     Studies also show that exposure to nicotine as a teen—even minimal exposure—biologically primes the brain for addiction and greatly increases likelihood of dependence on nicotine as well as other substances later in life.[369] In a study done on mice, even "very brief, low-dose exposure to nicotine in early adolescence increases the rewarding properties of other drugs, including alcohol, cocaine, methamphetamine—and these are long-term changes."[370] E-cigarette use also puts adolescents at increased risk for cigarette smoking. Compared to adolescents who do not use e-cigarettes, those who do are four times more likely to begin smoking cigarettes.[371]

219.     The use of flavors only amplifies these device's addictive qualities. Research done by Nii Addy, associate professor of psychiatry and cellular and molecular physiology at the Yale University School of Medicine, found that "sweet flavors can make the nicotine more palatable . . . but also act in the brain to increase nicotine taking."[372] This effect is especially troubling for teenage brains, which are more sensitive than adult brains to rewards. According to University of Pennsylvania psychologist Janet Audrain-McGovern, research shows that "if the first e-cigarette you used was flavored, then you're more likely to go on and use an e-cigarette again."[373]

220.     According to congressional testimony from Dr. Jonathan Winickoff, a professor of pediatrics at Harvard Medical School and the Director of Pediatric Research in the Tobacco Research and Treatment Center, "[n]icotine addiction can take hold in only a few days, especially in the developing adolescent brain that is particularly vulnerable to addiction to nicotine. . . Many of my patients find Juul nearly impossible to stop. Nicotine withdrawal can cause headaches, insomnia,

---

[369] *Principles of Adolescent Substance Use Disorder: A Research Based Guide*, Nat'l Inst. on Drug Abuse (2014), https://www.drugabuse.gov/publications/principles-adolescent-substance-use-disorder-treatment-research-based-guide/introduction.
[370] Hamilton, *supra* note 368.
[371] Kaitlyn M. Berry et al., *Association of Electronic Cigarette Use with Subsequent Initiation of Tobacco Cigarettes in US Youths*, JAMA Network Open (Feb. 1, 2019), https://jamanetwork.com/journals/jamanetworkopen/fullarticle/2723425.
[372] Hamilton, *supra* note 368.
[373] *Id.*

irritability, anxiety, and depression, and these withdrawal symptoms are one of the primary reasons a nicotine addiction is difficult to overcome."[374] Moreover, there is a lack of effective tools to help adolescents overcome nicotine addiction: there is no good data on how to treat adolescents with e-cigarette dependence; there has not been enough research on youth tobacco cessation strategies; and most of the pharmacological therapies approved for adults have been shown to be ineffective or only marginally effective in adolescents.[375]

221.    Research indicates that daily e-cigarette use is much more likely to continue than daily cigarette smoking. Out of surveyed students who reported ever using cigarettes daily, only 17% indicated that they remained daily smokers.[376] Out of surveyed students who reported ever using e-cigarettes daily, 58% remained daily users.[377] This data demonstrates both that e-cigarette use in teens is very persistent, a result consistent with the addictiveness of these products and the difficulty teens have in trying to quit.[378]

222.    The dangerous and destructive nature of nicotine is no recent discovery. As a key ingredient in tobacco products, the drug and its deleterious effects have been the subject of scientific research and public health warnings for decades. Nicotine causes cardiovascular, reproductive, and immunosuppressive problems with devastating effects. Part of the reason the national decline in cigarette use in recent years was such a victory for public health was because there was a corresponding decline in teen exposure to nicotine. From 2000 to 2017, the smoking rate among high school students fell by 73%.[379]

---

[374] Winickoff Testimony, *supra* note 176 at 2.
[375] *Id.*
[376] *Id.*
[377] *Id.*
[378] *Id.*
[379] Matthew L. Myers, *On 20th Anniversary of State Tobacco Settlement (the MSA), It's Time for Bold Action to Finish the Fight Against Tobacco*, Campaign for Tobacco-Free Kids (Nov. 26, 2018), https://www.tobaccofreekids.org/press-releases/2018_11_26_msa20.

223.    That trend has completely reversed. In 2018, more than one in four high school students in the United States reported using a tobacco product in the past thirty days, a dramatic increase from just one year before.[380] But there was no increase in the use of cigarettes, cigars, or hookahs during that same time period.[381] There was only increased use in a single tobacco product: e-cigarettes. While use of all other tobacco products continued to decrease as it had been for decades, e-cigarette use increased 78% in just one year.[382] This drastic reversal caused the CDC to describe youth vaping an "epidemic."[383]



**Teen vaping is surging**

Trends in use of cigarettes and vape devices in the past 30 days among 12th-graders

Source: "National Adolescent Drug Trends in 2018," NEJM

---

[380] *Progress Erased: Youth Tobacco Use Increased During 2017-2018*, CDC (Feb. 11, 2019), https://www.cdc.gov/media/releases/2019/p0211-youth-tobacco-use-increased.html.

[381] *Tobacco Use By Youth Is Rising: E-Cigarettes are the Main Reason*, CDC (Feb. 2019), https://www.cdc.gov/vitalsigns/youth-tobacco-use/index.html.

[382] Scott Gottlieb, Statement from FDA Commissioner Scott Gottlieb, M.D., on proposed new steps to protect youth by preventing access to flavored tobacco products and banning menthol in cigarettes, FDA (Nov. 15, 2018), https://www.fda.gov/news-events/press-announcements/statement-fda-commissioner-scott-gottlieb-md-proposed-new-steps-protect-youth-preventing-access.

[383] Adams, *supra* note 2.

224.     The teen vaping epidemic has had, and will continue to have, significant costs for individual users and society alike. Nicotine addiction alone carries significant health consequences, and these are exacerbated when adolescents are involved. Adolescent nicotine addiction leads to memory and attention problems, and increase chances of addiction later in life, all of which will continue to have long-lasting impacts on society.

225.     Science is also beginning to show that e-cigarettes have the potential to cause even more distinct health risks and costs. E-cigarettes were initially considered to be a safer alternative to cigarettes, but recent studies done on rats and mice have demonstrated results that they are "as damaging to pulmonary structures as traditional tobacco cigarettes."[384] Mice exposed to e-cigarette fluids containing nicotine experienced effects that are associated with chronic obstructive pulmonary disease, such as cytokine expression, airway hyper-reactivity, and lung tissue destruction.[385] The use of e-cigarettes also caused inflammation in mice and impaired their immune defenses against various bacterial and viral infections.[386] Moreover, a recent study that monitored 32,000 adults in the U.S. for three years found that e-cigarette users were 30% more likely to develop a chronic lung disease, such as asthma, bronchitis, and emphysema, than people who did not smoke either e-cigarettes or traditional cigarettes.[387]

226.     It is not just these consequences that raise public health concerns. The CDC and FDA are currently investigating an outbreak of e-cigarette, or vaping, product use associated lung injuries,

[384] V. Reinikovaite et al., *The effects of electronic cigarette vapour on the lung: direct comparison to tobacco smoke* at 2, 51 Eur. Respiratory J. (Jan. 23, 2018), https://erj.ersjournals.com/content/erj/51/4/1701661.full.pdf.
[385] Itsaso Garcia-Arcos et al., *Chronic electronic cigarette exposure in mice induces features of COPD in a nicotine-dependent manner*, 71 Thorax, 1119, 1119-1129 (Aug. 24, 2016), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5136722/pdf/thoraxjnl-2015-208039.pdf.
[386] *Id.*
[387] Dharma N. Bhatta & Stanton A. Glantz, *Association of E-Cigarette Use with Respiratory Disease Among Adults: A Longitudinal Analysis*, Am. J. Preventive Med. (Dec. 16, 2019), https://www.sciencedirect.com/science/article/abs/pii/S0749379719303915.

now known as EVALI. Public health officials reported the first known death from a vaping-related illness on August 23, 2019; the numbers have been increasing steadily since then.[388] As of December 10, 2019, there were over 2,400 reported cases of hospitalization due to EVALI in all 50 states and 52 deaths had been confirmed by the CDC. More than 75% of patients with EVALI are under age 35, and 16% are children under 18 years old.[389] While public health officials suspect an association with vitamin E acetate which is often used in connection with vaping marijuana, 13% of patients have reported vaping nicotine only.[390]

227.    Many teenagers are simply unaware of these risks, an ignorance that Defendants have capitalized on. According to Dr. Winickoff, many of his patients believe JUULing is harmless:

> Counseling teens and preteens on e-cigarette use is challenging. Many of my patients have wildly incorrect beliefs about e-cigarettes. They know that cigarettes are dangerous, but assume that Juul—since it's ubiquitous, comes in child-friendly flavors, and is marketed as a healthier alternative to smoking—must be harmless. I have to explain to kids that e-cigarettes do not have the same positive health benefits as the fruits whose flavor they copy. Even the term vapor calls to mind harmless water vapor. There is no water in these products.[391]

## G.    Vaping in Schools

228.    In addition to severe health consequences, widespread vaping and "JUULing" has placed severe burdens on society and schools in particular. It is not an overstatement to say that JUUL has changed the educational experience of students across the nation. As one vape shop manager told KOMO News, "It's the new high school thing. Everyone's got the JUUL."[392]

229.    According to a student at Eastlake High School in Washington, JUUL is "[v]ery

---

[388] Matt Richtel & Sheila Kaplan, *First Death in a Spate of Vaping Sicknesses Reported by Health Officials*, N.Y. Times (Aug. 23, 2019), https://www.nytimes.com/2019/08/23/health/vaping-death-cdc.html.
[389] *Outbreak of Lung Injury Associated with the Use of E-Cigarette, or Vaping, Products*, CDC (Dec. 15, 2019), https://www.cdc.gov/tobacco/basic_information/e-cigarettes/severe-lung-disease.html.
[390] *Id.*
[391] Winickoff Testimony, *supra* note 176 at 1.
[392] *Juuling at School*, *supra* note 89.

popular. Every grade at my school. I'm a senior and all the freshmen, sophomore, junior, we all do 'em."[393] Another student at a Seattle-area high school told a news reporter, "Everyone I know who has had access to nicotine has done it through a JUUL," and that her friends use JUUL even though they would not smoke cigarettes.[394]  One public health educator was clear about why this is happening: "Big Tobacco companies are targeting youth in their marketing strategies."[395]

230.    E-cigarette use has completely changed school bathrooms—now known as "the Juul room."[396] As one high school student explained, "it's just a cloud."[397] The ubiquity of e-cigarette use in high school bathrooms has generated numerous online spoofs about "the juul room."



[398]

---

[393] *Id.*

[394] Alison Grande, *'Juuling': Vaping device that looks like USB drive popular with teens*, KIRO 7 News (Dec. 8, 2017), https://www.kiro7.com/news/local/juuling-vaping-device-that-looks-like-usb-drive-popular-with-teens/660965605.

[395] Alyssa Sobotka, *Public health official: Youths are target audience for big tobacco companies' electronic vaping devices*, The Globe (Oct. 27, 2018), https://www.dglobe.com/lifestyle/4519998-public-health-official-youths-are-target-audience-big-tobacco-companies.

[396] Moriah Balingit, *In the 'Juul room': E-cigarettes spawn a form of teen addiction that worries doctors, parents and schools*, Wash. Post (July 26, 2019), https://www.washingtonpost.com/local/education/helpless-to-the-draw-of-nicotine-doctors-parents-and-schools-grapple-with-teens-addicted-to-e-cigarettes/2019/07/25/e1e8ac9c-830a-11e9-933d-7501070ee669_story.html.

[397] Greta Jochem, *Juuling in School: e-Cigarette Use Prevalent Among Local Youth*, Daily Hampshire Gazette (Nov. 13, 2018), https://www.gazettenet.com/Juuling-in-Schools-21439655.

[398] *Juul Hashtag Meme*, Stan. U. Res. into the Impact of Tobacco Advert. (2018), http://tobacco.stanford.edu/tobacco_main/images_pods.php?token2=fm_pods_st681.php&token1=fm

231.    As another high school student explained, "You can pull it out, you can have it anywhere. To smoke a cigarette you have to hit the bus stop. You want a Juul you hit the bathroom, it's easy."[399] He added that JUUL "market[s] it as an alternative to cigarettes but really it's a bunch of kids who have never picked up a pack and they're starting their nicotine addiction there."[400] Students at another high school stated that classmates had "set off the fire alarm four times last year from vaping in the bathrooms [at school]," adding that it is commonplace to see students vaping in school bathrooms or in the parking lot.[401]

232.    Kids have also coined the term "nic sick"—which, as one high school student explained to CBS News, "kinda seems like a really bad flu, like, just out of nowhere. Your face goes pale, you start throwing up and stuff, and you just feel horrible."

233.    Such rampant vapor product use has effectively added another category to teachers' and school administrators' job descriptions; many now receive special training to respond to the various problems that vaping presents, both in and out of the classroom. A national survey of middle schools and high schools found that 43.3% of schools have had to implement not only an e-cigarette policy but a e-cigarette-specific policy. Participants in the survey reported multiple barriers to enforcing these policies, including the discreet appearance of the product, difficulty pinpointing the vapor or scent, and the addictive nature of the product.

234.    Across the United States, schools have had to divert resources and administrators have had to go to extreme lengths to respond to the ever-growing number of students vaping on school grounds. According to the Truth Initiative, more than 40% of all teachers and administrators reported

---

_pods_img37610.php&theme_file=fm_pods_mt068.php&theme_name=JUUL&subtheme_name=%23juul.
[399] Grande, *supra* note 394.
[400] *Id.*
[401] Manisha Jha, *'You need to stop vaping right now': Students and faculty react to Washington vape ban*, The Daily, U. of Wash. (Sept. 30, 2019), http://www.dailyuw.com/news/article_960d8692-e324-11e9-870c-9f9d571115d6.html.

that their school uses camera surveillance near the school's restroom, almost half (46%) reported camera surveillance elsewhere in the school, and 23% reported using assigned teachers for restroom surveillance. Some schools have responded by removing bathroom doors or even shutting bathrooms down, and schools have banned flash drives to avoid any confusion between flash drives and JUULs or the new "JUULalike" products—Imperial Brands' *my*blu, Reynolds American and British American Tobacco's Vuse Alto, and Eonsmoke's device. Schools have also paid thousands of dollars to install special monitors to detect vaping, which they say is a small price to pay compared to the plumbing repairs otherwise spent as a result of students flushing vaping paraphernalia down toilets. Other school districts have sought state grant money to create new positions for tobacco prevention supervisors, who get phone alerts when vape smoke is detected in bathrooms.

235.    Many schools have also shifted their disciplinary policies in order to effectively address the youth vaping epidemic. Rather than immediately suspending students for a first offense, school districts have created anti-vaping curricula which students are required to follow in sessions held outside of normal school hours, including on Saturdays. Teachers prepare lessons and study materials for these sessions with information on the marketing and health dangers of vaping—extra work which requires teachers to work atypical hours early in the mornings and on weekends. Some schools will increase their drug testing budget to include random nicotine tests for students before they join extracurricular activities. Under this drug-testing protocol, first offenders will undergo drug and alcohol educational programming; second and third offenders with be forced to sit out from extracurriculars and attend substance abuse counseling.

236.    JUUL's prevalence in schools is not a coincidence; JUUL actively sought to enter school campuses. The Subcommittee on Economic and Consumer Policy ("Subcommittee") conducted a months-long investigation of JUUL, including reviewing tens of thousands of internal documents, and concluded that JUUL "deliberately targeted children in order to become the nation's largest seller

of e-cigarettes."[402]  The Subcommittee found that "(1) JUUL deployed a sophisticated program to enter schools and convey its messaging directly to teenage children; (2) JUUL also targeted teenagers and children, as young as eight years-old, in summer camps and public out-of-school programs; and (3) JUUL recruited thousands of online 'influencers' to market to teens."[403]

237.    According to the Subcommittee, JUUL was willing to pay schools and organizations hundreds of thousands of dollars to have more direct access to kids. Such attempts included paying a Baltimore charter school organization $134,000 to start a summer camp to teach kids healthy lifestyles, for which JUUL itself would provide the curriculum; offering schools $10,000 to talk to students on campus; and giving the Police Activities League in Richmond, California, $90,000 to provide JUUL's own vaping education program, "Moving On," to teenage students suspended for using cigarettes. Meanwhile, JUUL would collect data about test scores, surveys, and activity logs about the students.

238.    Among the more egregious incidents reported by the Subcommittee was a July 24, 2019 presentation in which no parents or teachers were in the room for the presentation, the message conveyed was that the JUUL product was "totally safe," and the presenter even demonstrated to the students how to use a JUUL. The school was presumably paid for this meeting, which was marketed to the school as an anti-smoking initiative. A JUUL spokesman said JUUL is no longer funding such programs.

## H.    Impact of the Youth Vaping Epidemic on Whatcom County

239.    Plaintiff Whatcom County, located in the top northwest corner of Washington State, has approximately 226,000 residents.[404] Whatcom County shares a border with Canada and is known for

---

[402] *Memorandum*, U.S. House Subcommittee on Econ. & Consumer Policy (July 25, 2019), https://oversight.house.gov/sites/democrats.oversight.house.gov/files/Supplemental%20Memo.pdf.
[403] *Id*.
[404] *Quick Facts Whatcom County, Washington*, U.S. Census Bureau, https://www.census.gov/quickfacts/fact/table/whatcomcountywashington/PST045218 (last visited Dec. 9, 2019).

its agricultural industry. Whatcom County is also home to Western Washington University, which has an enrollment of approximately 16,000 undergraduate students.[405] Approximately 19.5% of Whatcom County's residents are under the age of 18.[406]

240.    Whatcom County has been hit hard by the youth vaping epidemic. Vapor product use among Whatcom County 8th, 10th, and 12th graders are each higher than the statewide average, and use among 10th graders more than doubled in just two years, surging from 12% in 2016 to 27% in 2018.[407] The latest state survey shows that 38% of Whatcom County 12th graders report vaping within the last thirty days.[408] Almost 2 in every 5 Whatcom County 12th graders now use vapor products.[409] Many Whatcom County youth also do not understand the dangers of vaping. Two thirds of Whatcom County teenagers do not think vaping is a health risk.[410]

241.    This rapid increase is consistent with the rise in youth vaping throughout Washington State. Although the percentage of teens reporting cigarette smoking in 2018 is less than half of what it was a decade ago, youth vapor product use increased significantly between 2016 and 2018.[411] In addition, survey results statewide indicate that certain populations already affected by health disparities may be significantly affected by the spread of vaping, with the highest rate of vaping among 8th graders reported by Hispanic youth and the highest rate among both 10th and 12th graders reported by Non-Hispanic American Indian/Alaska Native students.[412]

---

[405] *Quick Facts: Student Demographics*, W. Wash. U., https://admissions.wwu.edu/quick-facts (last visited Dec. 9, 2019).
[406] *Id.*
[407] *Vaping and e-cigarettes*, *supra* note 9; *County-level HYS 2016 press release*, *supra* note 9; *County-level HYS 2018 press release estimates*, *supra* note 9.
[408] *Id.*
[409] *Id.*
[410] *Vaping and e-cigarettes*, *supra* note 9.
[411] Amy Blondin & Kristen Maki, *Alcohol use remains at an all time low while vaping use increases among Washington youth*, Wash. State Health Youth Survey (Mar. 18, 2019), http://www.askhys.net/Docs/Healthy%20Youth%20Survey%20Substance%20Use%20Press%20Release%20Final.pdf.
[412] *Id.*

242.   Washington State has recognized the urgency of the youth vaping crisis and taken steps to address it. On September 27, 2019, Governor Jay Inslee ordered the Washington State Department of Health to ban all flavored vapor products.[413] Governor Inslee agreed with the FDA: "e-cigarette use among youth has reached epidemic proportions and this epidemic presents a clear and present danger."[414] He explained that "vapor products containing nicotine are the most commonly used nicotine products in Washington among youth," that "vapor product use increased dramatically among 8th, 10th, and 12th graders between 2016 and 2018" and that "an overwhelming majority" of youth who use vape using flavored products."[415] Inslee found that "the appeal of flavored nicotine products, as well as advertising and promotional activities targeted at youth, are contributing to the dramatic increase in youth vaping."[416]

243.   On October 9, 2019, the Washington State Board of Health approved an emergency ban on the sale of flavored vapor products.[417] Inslee welcomed the decision, saying that it was necessary to "act on this very important public health issue" to "protect the health of Washingtonians, especially young people. These emergency rules will help protect public health and save lives."

244.   Plaintiff Whatcom County has been proactive in trying to combat the youth vaping epidemic. The Whatcom County Health Department first noticed a significant increase in youth vaping crisis in 2015, when data from the Washington State Healthy Youth Survey revealed an alarming rise

---

[413] Jay Inslee, Executive Order 19-03: Addressing the Vaping Use Public Health Crisis, State of Wash. Office of the Governor (Sept. 27, 2019), https://www.governor.wa.gov/sites/default/files/19-03%20-%20Addressing%20the%20Vaping%20Public%20Health%20Crisis%20%28tmp%29.pdf?utm_medium=email&utm_source=govdelivery.
[414] Id.
[415] Id.
[416] Id.
[417] King 5 Staff, *Washington Board of Health bans flavored vaping products*, King 5 News (Oct. 9, 2019), https://www.king5.com/article/news/local/washington-board-of-health-bans-flavored-vaping-products/281-ddad5104-7d18-4f96-a2c5-6ff1ed162428.

in the numbers of Whatcom County /middle and high schools students using vapor products from 2012 to 2014.

245.    Plaintiff Whatcom County invested significant time and resources responding to this increase in youth vaping. Plaintiff prioritized educational efforts because of widespread misperceptions about vaping. Program specialists and managers at the Whatcom County Health Department developed educational resources, including infographics, fact sheets, and training tool kits, to help the community understand the risks of vaping.

246.    Plaintiff also focused on addressing the issue of vaping in public places. For youth, seeing people vape in places where traditional cigarettes are not allowed contributes to the false impression that vaping is safe and creates social norms around vaping. To combat these norms and perceptions, the Whatcom County Health Department proposed a new county ordinance that would treat vaping like traditional cigarettes and ban vape use in public places, like bars and restaurants. According to a prevention specialist at the Whatcom County Health Department, the ban was needed because Whatcom County "youth use has dramatically increased" and that many youth believed vaping was harmless.[418]

247.    Over the course of approximately a year, Whatcom County Health Department staff attended community meetings, engaged stakeholders, held public listening sessions, and developed and conducted community surveys regarding the proposed ordinance. The Department collected data from hundreds of Whatcom County residents to gauge levels of support for banning vaping in different locations. Plaintiff then analyzed this data, held additional public listening sessions, and discussed the issue with community health partners. Once it became clear that much of the community supported this plan, Plaintiff worked with a consultant to draft the language for the ordinance. Finally, Health

---

[418] Kie Relyea, *E-cigs could be banned in all bars, restaurants in Whatcom County*, Bellingham Herald (May 16, 2016), https://www.bellinghamherald.com/news/local/article77983057.html.

Department staff attended and participated in public hearings on the ordinance and presented their findings to the Whatcom County Council, including their concerns about rising youth use of e-cigarettes, the health risks associated with nicotine addiction, and the risk of exposure to chemicals in the vapor by those around people vaping.[419] On October 11, 2016, the Whatcom County Council unanimously approved a new Smoking and Vaping in Public Places ordinance to ban vaping in public places, including in workplaces.[420]

248.    Plaintiff's efforts paid off, as the youth vaping rate in Whatcom County began to come down. This success was short-lived, however. As JUUL's popularity took off, so did the number of kids vaping throughout the County.

249.    At a meeting last fall of Whatcom County school districts, every school district reported that it was struggling with youth vaping. These school districts have asked the Whatcom County Health Department for training, presentations on vaping, and materials to share with parents and students. Schools have also requested that the Health Department help them organize parent nights and speak to students in high schools. Plaintiff is also responding to requests for information about vaping from other service providers in the area. There is an urgent need for information, training, and support about this issue, and the Whatcom County community relies on Plaintiff for information. As a result, Plaintiff spends substantial time and resources providing training on vapor products, working with schools to assess, develop, and update their vaping policies and discipline procedures, and tracking data about youth vaping and the outbreak of the vaping related illness, EVALI. Plaintiff also recently partnered with the local Educational Service District to develop a toolkit for vaping prevention.

250.    Whatcom County school and community organizations are also working together to bring awareness to the dangers of vaping. In Whatcom County, there are three coalitions established

---

[419] *Id.*

[420] Kie Relyea, *Council bans vaping in bars, restaurants throughout Whatcom County*, Bellingham Herald (Oct. 12, 2016), https://www.bellinghamherald.com/news/local/article107690537.html.

through the statewide Community Prevention and Wellness Initiative ("CPWI") and one additional

coalition established through local funding sources, all of which work to reduce youth substance abuse,

including youth use of vapor products. Plaintiff Whatcom County also helps operate the Youth

Marijuana Prevention Coalition, which is a made up of representatives from Whatcom County, Skagit

County, Island County, San Juan County, and Snohomish County. This initiative was initially focused

solely on reducing youth use of marijuana but has had to expand its mission to also address nicotine

vaping because the need is so great.

251.    Vaping is a significant problem in Whatcom County schools. Plaintiff funds prevention

and intervention specialists in high school and middle schools. These specialists are having to spend

more and more time addressing students use of vapor products in schools. For example, one prevention

and intervention specialist in a small school district in the County told the Health Department that she

is having to spending approximately 6 hours a week dealing with discipline issues from students

caught vaping on school grounds. Whatcom County Health Department has also been told that schools

are anticipating that the number of vaping-related discipline issues will be higher this year than they

ever have been.

252.    Washington State's emergency ban on flavored vapor products and the work Plaintiff

Whatcom County has done to combat the youth vaping epidemic are important steps, but these

measures cannot fully address the existing widespread use of vapor products and resulting nicotine

addiction among youth. Because of the potency of JUUL's nicotine salts and the ease of delivery—

allowing kids to take a puff as often as every few minutes—widespread "juuling" has created a

problem of addiction much greater than that caused by youth cigarette smoking. This in turn creates

behavioral as well as health issues that are affecting communities and youth in Whatcom County.

Treatment options are lacking. In addition, as mentioned above, youth nicotine use is associated with

addiction to other substances. Whatcom County data show significant correlations between student use of vapor products and other substance abuse and mental health problems.

253.    As the researchers conducting the national Monitoring the Future survey wrote in a letter to the New England Journal of Medicine in October 2019, current efforts are insufficient to address youth nicotine addiction from vaping:

> Current efforts by the vaping industry, government agencies, and schools have thus far proved insufficient to stop the rapid spread of nicotine vaping among adolescents. Of particular concern are the accompanying increases in the proportions of youth who are physically addicted to nicotine, an addiction that is very difficult to overcome once established. The substantial levels of daily vaping suggest the development of nicotine addiction. New efforts are needed to protect youth from using nicotine during adolescence, when the developing brain is particularly susceptible to permanent changes from nicotine use and when almost all nicotine addiction is established.[421]

254.    While Plaintiff has been working tirelessly to address the youth vaping crisis, there is much more that is needed to fully counter Defendants' conduct. For example, with additional resources, the Whatcom County Health Department would develop and implement a major youth-targeted education campaign about vaping and its harmful effects. Carrying out such a campaign effectively and countering Defendants' extensive marketing will require significant funding.as well as staff time. A comprehensive anti-vaping campaign would require subcontracting with a design firm, conducting focus groups with youth, and paid media including bus ads, movie theater ads, billboards, and social media.

255.    Importantly, funding is also needed to create a cohort of trained youth educators. Plaintiff has coordinated an anti-smoking peer campaign called Teens Against Tobacco Use (TATU), which involves training students on how to speak to their peers and younger students about the dangers of smoking cigarettes. Given the success of TATU with traditional cigarette smoking, Plaintiff has started a pilot peer coaching program relating to marijuana. However, more work is needed to develop

---

[421] Miech et al., *supra* note 4.

a nicotine-specific, peer-based program to address the harms and widespread use of vaping nicotine. Peer-to-peer messaging is crucial because it is necessary to change the social norms around vaping, just as previous efforts ultimately changed social norms around cigarette smoking. Defendants were adept at using peer-to-peer messaging to promote their addictive products to kids, through social media campaigns and paid influencers. Countering their conduct will require training and supporting youth to educate their peers.

256.    In addition, resources are needed to train professionals who work with youth, including additional teachers and service providers, and to develop treatment options specific to youth vaping. As mentioned above, specialists at schools and school administrative staff are spending significant amounts of time on prevention and intervention, reducing the amount of time they can spend to educating Whatcom County youth and helping students with other issues. This will continue until the youth vaping epidemic is abated and effective treatment options are developed.

257.    Fully addressing the harms to Whatcom County caused by Defendants' conduct will require a comprehensive approach. Without the resources to fund measures such as those described herein, Whatcom County will continue to be harmed by the ongoing consequences of Defendants' conduct.

## V.    CAUSES OF ACTION

### COUNT ONE — VIOLATIONS OF THE WASHINGTON PUBLIC NUISANCE LAW, RCW 7.48.010 *ET SEQ.*

258.    Plaintiff Whatcom County incorporates each preceding paragraph as though set forth fully herein.

259.    Plaintiff brings this claim under RCW 7.48.020 as to all Defendants except PAX Labs, Inc.

260.    Pursuant to RCW 7.48.010, an actionable nuisance is defined as, *inter alia*, "whatever is injurious to health or indecent or offensive to the senses . . ."

261.     Specifically, a "[n]uisance consists in unlawfully doing an act, or omitting to perform a duty, which act or omission either annoys, injures or endangers the comfort, repose, health or safety of others, offends decency . . . or in any way renders other persons insecure in life, or in the use of property." RCW 7.48.120.

262.     Under Washington law, conduct that substantially and/or unreasonably interferes with the Plaintiff's use of its property is a nuisance even if it would otherwise be lawful.

263.     Pursuant to RCW 7.48.130, "A public nuisance is one which affects equally the rights of an entire community or neighborhood, although the extent of the damage may be unequal."

264.     Whatcom County and its residents have a right to be free from conduct that endangers their health and safety. Yet Defendants have engaged in conduct which endangers or injures the health and safety of the residents of the County by their production, promotion, distribution, and marketing of JUUL, blu, Vuse, and Eonsmoke products for use by minors in Whatcom County and in a manner that substantially interferes with the functions and operations of Whatcom County and impacts the public health, safety, and welfare of the entire Whatcom County and Washington State communities.

265.     Each Defendant has created or assisted in the creation of a condition that is injurious to the health and safety of Plaintiff and its residents interferes with the comfortable enjoyment of life and property of the entire communities of Whatcom County and Washington State at large.

266.     Defendants' conduct has directly caused a severe disruption of the public health, order, and safety. Defendants' conduct is ongoing and continues to produce permanent and long-lasting damage.

267.     This harm to the Plaintiff outweighs any social utility of the Defendants' wrongful conduct because Defendants' conduct violates Washington's public policy against marketing vapor products to minors. This policy is expressed through Washington State Governor Jay Inslee's Executive Order 19-03, finding that "it is the policy of the state of Washington to support the health,

safety, and well-being of all Washingtonians" and that "e-cigarette use among youth has reached epidemic proportions and that this epidemic presents a clear and present danger."[422] This policy is also expressed through statutes and regulations, including but not limiting to

    A.    RCW 26.28.080, under which any person who sells, gives, or permits to be sold or given vapor products to a minor is guilty of a gross misdemeanor;

    B.    RCW 70.345.140, under which it is illegal for minors to purchase vapor products; and

    C.    RCW 70.345.090, under which it is illegal for any person to conduct a delivery sale or otherwise ship or transport, or cause to be shipped or transported, any vapor product ordered or purchased by mail or through the internet to a minor.

268.    Defendants' conduct violated this public policy, including by

    A.    Actively seeking to enter school campuses, targeting children as young as eight through summer camps and school programs, extensively targeting youth through social media campaigns, and recruiting "influencers" to market to teens;

    B.    Engaging in marketing tactics specifically designed to mislead children and youth and to ensnare minors into nicotine addiction, including by explicitly adopting tactics prohibited from Big Tobacco, with the knowledge that those tactics were likely to ensnare children and youth into nicotine addiction, including using billboards and outdoor advertising, sponsoring events, giving free samples, paying affiliates and "influencers" to push vapor products, and by selling vapor products in flavors designed to appeal to youth;

    C.    Engaging in advertising modeled on cigarette ads and featuring youthful-appearing models and designing advertising in a patently youth-oriented fashion;

    D.    Directing advertising to youth media outlets and media designed to appeal to children and youth, such as Instagram and other social media channels;

    E.    Hosting youth-focused parties across the United States, at which free samples were dispensed and in which vaping was featured prominently across social media;

    F.    Formulating vapor products with flavors with the knowledge that such flavors appealed to youth and with the intent that youth become addicted or dependent upon vapor products; and

---

[422] Inslee, *supra* note 413.

G.    Promoting and assisting the growth of the vapor product market and its availability with knowledge that vapor products were being purchased and used by large numbers of youth.

269.    The health and safety of the youth of Whatcom County, including those who use, have used, or will use vapor products, as well as those affected by others' use of vapor products, are matters of substantial public interest and of legitimate concern to the Plaintiff, as well as to the entire Whatcom County and Washington State communities.

270.    Defendants' conduct has affected and continues to affect a substantial number of people within Whatcom County and is likely to continue causing significant harm.

271.    But for Defendants' actions, vapor product, including JUUL, use by minors would not be as widespread as it is today, and the youth vaping public health epidemic that currently exists as a result of the Defendants' conduct would have been averted.

272.    Logic, common sense, justice, policy, and precedent indicate Defendants' unfair and deceptive conduct has caused the damage and harm complained of herein. Defendants knew or reasonably should have known that their statements regarding the risks and benefits of vaping were false and misleading, that its marketing methods were designed to appeal to minors, and that its false and misleading statements, marketing to minors, and active efforts to increase the accessibility of vapor product and grow JUUL's market share, or the market share of Defendants' products, were causing harm to minors and to counties, including minors in Whatcom County and the County itself.

273.    Thus, the public nuisance caused by Defendants was reasonably foreseeable, including the financial and economic losses incurred by Whatcom County.

274.    Alternatively, Defendants' conduct was a substantial factor in bringing about the public nuisance even if a similar result would have occurred without it. By directly marketing to youth and continuing marketing practices after it was evidence that children were using JUUL products in large numbers and were specifically using these products in school, JUUL directly facilitated the spread of

the youth vaping epidemic and the public nuisance affecting Whatcom County. By relying on the tactics shown in the tobacco litigation to target youth to market their vapor products to youth, the blu Defendants and Vuse Defendants, directly facilitated the spread of the youth vaping epidemic and the public nuisance affecting Whatcom County. By seeking to capitalize on JUUL's success in addicting minors to nicotine and by directly marketing to youth and continuing marketing practices after it was evident that children were using JUUL products and Eonsmoke products in large numbers and were specifically using these products in school, Eonsmoke directly facilitated the spread of the youth vaping epidemic and the public nuisance affecting Whatcom County. By investing billions of dollars in JUUL and actively working to promote the sale and spread of JUUL products with knowledge of JUUL's practice of marketing its products to youth and failure to control youth access to its products, Altria directly facilitated the spread of the youth vaping epidemic and the public nuisance affecting Whatcom County.

275.    In addition, engaging in any business in defiance of a law regulating or prohibiting the same is a nuisance per se under Washington law. Defendants' conduct described herein of deceptively marketing vapor products to minors violates RCW 7.48.010 and therefore constitutes a nuisance per se.

276.    Whatcom County has statutory authority to abate a public nuisance pursuant to RCW 7.48.220 as a public body authorized by RCW 36.32.120(10).

277.    Plaintiff has taken steps to address the harm caused by Defendants' conduct, including the following:

A.    Spending time and resources assembling information about the dangers of youth vaping and the extent of youth vaping in the County;

B.    Collecting and publishing information about the youth vaping epidemic;

C.    Developing infographics and factsheets about vaping and its dangers;

D.   Responding to requests for information from school districts and other service providers about how to help teenagers who are addicted to nicotine;

E.   Speaking to schools and training teachers and parents to recognize vapor products;

F.   Helping schools to assess, create, and update policies relating to vaping at school and vaping discipline procedures;

G.   Educating teachers, community groups, parents, and youth about the risks of vaping;

H.   Contracting with other organizations to develop a youth vaping prevention toolkit;

I.   Conducting research into youth vaping, developing and administering a survey of community opinion on banning vaping in public places, and holding public listen sessions to understand public opinion on vaping;

J.   Drafting and passing an ordinance to ban vaping in public places and places of employment to combat the impression cultivated by Defendants that vaping is safe, which contributes to youth vaping; and

K.   Updating Whatcom County's website to address the dangers of vapor product use.

278.   Fully abating the epidemic of youth vaping resulting from Defendants' conduct will require much more than these steps.

279.   Pursuant to RCW 7.48.020, Whatcom County requests an order providing for abatement of the public nuisance that Defendants have created or assisted in the creation of, and enjoining Defendants from future violations of RCW 7.48.010.

280.   Pursuant to RCW 7.48.020, Plaintiff also seeks the maximum statutory and civil penalties permitted by law, including actual and compensatory damages, as a result of the public nuisance created by Defendants.

281.   Pursuant to RCW 4.22.070, Defendants are jointly and severally liable because they have acted in concert with each other and because Plaintiff is not at fault.

**COUNT TWO — VIOLATIONS OF THE RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT ("RICO"), 18 U.S.C. § 1961 *ET SEQ.***

282.    Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this complaint.

283.    This claim is brought by Plaintiff against Defendant JUUL and the Altria Defendants ("JUUL Enterprise Defendants") for actual damages, treble damages, and equitable relief under 18 U.S.C. § 1964 for violations of 18 U.S.C. § 1961 *et seq.*

284.    At all relevant times, each JUUL Enterprise Defendant is and has been a "person" within the meaning of 18 U.S.C. § 1961(3), because they are capable of holding, and do hold, "a legal or beneficial interest in property."

285.    Plaintiff is a "person," as that term is defined in 18 U.S.C. § 1961(3), and has standing to sue as it was and is injured in its business and/or property as a result of the JUUL Enterprise Defendants' wrongful conduct described herein.

286.    Section 1962(c) makes it "unlawful for any person employed by or associated with any enterprise engaged in, or the activities of which affect, interstate or foreign commerce, to conduct or participate, directly or indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity . . . ." 18 U.S.C. § 1962(c).

287.    Section 1962(d) makes it unlawful for "any person to conspire to violate" Section 1962(c), among other provisions. *See* 18 U.S.C. § 1962(d).

288.    Each JUUL Enterprise Defendant conducted the affairs of an enterprise through a pattern of racketeering activity, in violation of 18 U.S.C. § 1962(c) and § 1962(d).

**A.    Description of the Defendants' Enterprise**

289.    RICO defines an enterprise as "any individual, partnership, corporation, association, or other legal entity, and any union or group of individuals associated in fact although not a legal entity." 18 U.S.C. § 1961(4).

290.     Under 18 U.S.C. § 1961(4) a RICO "enterprise" may be an association-in-fact that, although it has no formal legal structure, has (i) a common purpose, (ii) relationships among those associated with the enterprise, and (iii) longevity sufficient to pursue the enterprise's purpose. *See Boyle v. United States*, 556 U.S. 938, 946 (2009).

291.     Defendant JUUL and the Altria Defendants formed an association-in-fact enterprise— referred to herein as the JUUL Enterprise. The JUUL Enterprise is an ongoing and continuing business organization consisting of "persons" within the meaning of 18 U.S.C. § 1961(3) that created and maintained systematic links for a common purpose: to maintain and expand JUUL's massive, and ill-gotten, share of the e-cigarette market.

292.     As set forth above, Big Tobacco has long known the importance of targeting youth and addicting them to nicotine. This profits-above-public-health mentality applies with equal to force to e-cigarette market as well as the market for regular cigarettes. What was different here was that Big Tobacco was out-competed by a start-up, albeit a start-up using some of Big Tobacco's tried and true tactics. As set forth in the complaint, JUUL obtained its massive market share over a short time period by successfully targeting youth and addicting youth to nicotine.

293.     JUUL was well aware that its conduct was reprehensible, and that if it became established and widely known that this was how JUUL obtained its massive market share, there would likely be severe consequences. For this reason, it went to great lengths to conceal this conduct by vociferously denying that it was marketing and targeting youth. Instead, JUUL argued that its product was created and designed as a "smoking cessation device"—despite the fact that the FDA never approved it as such, and that this smoking cessation device was slickly designed, easily concealable, and had its own "party mode." These false statements were designed to protect JUUL's market share by concealing its misconduct.

1
2

**B.      The Enterprise Sought to Fraudulently Increase the JUUL Enterprise Defendants' Profits and Revenues**

3

294.     Not everyone was fooled by JUUL's deception, particularly JUUL's competitors in the

4

e-cigarette market. Altria recognized JUUL's tactics for what they were, designed to addict children,

5

and made this clear in a public letter to the FDA on October 25, 2018. Altria even displayed this letter

6

on its website, disclaiming the very marketing and advertising tactics JUUL relied on. At this time,

7

Altria had apparently concluded that it could not out-compete JUUL—that JUUL's massive market

8

share was too great to overcome. Altria informed the FDA that it was exiting the market for pod-based

9

e-cigarettes, on the grounds that these products contributed to the youth vaping epidemic.

10

295.     Unfortunately, Altria's purported concern for the public health was short-lived. A mere

11

two months after publicly condemning JUUL's tactics for targeting youth, in December of 2018, Altria

12

once again chose to place profits before the public health by making a $12.8 billion equity investment

13

in JUUL, the largest equity investment in US history. Having long followed JUUL's market share

14

dominance with envy, Altria decided to go from a competitor to a co-conspirator. Altria and JUUL

15

thus formed a RICO enterprise—the JUUL Enterprise—with the goal of preserving, and profiting

16

17

from, JUUL's ill-gotten market share.

18

296.     The JUUL Enterprise recognized that one of the keys to preserving JUUL's market

19

20

share was to continue to falsely deny that JUUL marketed its tobacco products to youth. Thus, in

21

furtherance of their Enterprise, JUUL and Altria repeatedly made statements denying that minors were

22

intended targets for JUUL's product and asserting that JUUL's product was really created and

23

designed as a smoking cessation device, intended from the start for "switchers" (existing smokers who

24

are open to vaping). These statements are false, and constitute mail and wire fraud, predicate acts under

25

26

RICO.

27
28

297.    Thus, at all relevant times, each JUUL Enterprise Defendant was aware of the conduct of the JUUL Enterprise, was a knowing and willing participant in that conduct, and reaped profits from that conduct in the form of sales and distribution of JUUL products.

298.    The persons engaged in the JUUL Enterprise are systematically linked through contractual relationships, financial ties, and continuing coordination of activities. The Altria Defendants have invested $12.8 billion in JUUL—the largest equity investment in United States history. This investment gives Altria a 35% stake in JUUL.

299.    Altria has already publicly acknowledged that under the terms of its financial relationship with JUUL, Altria will provide its considerable legal, regulatory and lobbying expertise to help JUUL navigate its relationship with regulators. Presumably this would also include former Commissioner Gottlieb's agency, the FDA. After receiving Altria's October letter criticizing JUUL's tactics, and learning of Altria's $12.8 billion investment, FDA Commissioner Gottlieb was outraged and demanded a meeting. Commissioner Gottlieb described this meeting as "difficult" and "did not come away with any evidence that public health concerns drove Altria's decision to invest in JUUL, and instead sa[id] it looks like a business decision." Roughly one month later, he abruptly resigned his position.

300.    There is regular communication between JUUL and the Altria Defendants in which information regarding the JUUL Enterprise Defendants' scheme to protect, maintain and expand JUUL's market share is shared. Typically, this communication occurred, and continues to occur, through the use of the wires and the mail in which Defendants share information regarding the operation of the JUUL Enterprise and its cover-up of JUUL's efforts to target and addict youth.

301.    The JUUL Enterprise functions as a continuing unit for the purposes of executing accomplishing its objectives, and when issues arise, each member of the Enterprise agrees to take actions to support the Enterprise.

302.     Each JUUL Enterprise Defendant participated in the operation and management of the JUUL Enterprise by directing its affairs as described herein. Altria's $12.8 billion investment gives it a 35% ownership stake in JUUL, and allows it to appoint a third of its board. In a sign of Altria's management influence and control, last month, JUUL's CEO resigned to be replaced by a career Altria executive, K.C. Crosthwaite. Mr. Crosthwaite had most recently served as the vice president and chief growth officer of Altria Client Services LLC, overseeing the company's work, including digital marketing, packaging design & innovation, product development, and safety, health, and environmental affairs. Crosthwaite is intimately familiar with Big Tobacco's practices, having previously served as the president and CEO of Phillip Morris USA, the vice president and general manager at Marlboro, and the vice president of strategy and business development of at Altria Client Services LLC. In addition, Joe Murillo, who previously headed regulatory affairs for Altria, is now JUUL's chief regulatory officer. A 24-year career Altria executive, Murillo also served as the President and General Manager of Defendant Nu Mark LLC

303.     While the JUUL Enterprise Defendants participate in, and are members of, the JUUL Enterprise, they have an existence separate from the Enterprise, including distinct legal statuses, affairs, offices and roles, officers, directors, employees, and individual personhood.

304.     Without the willing participation of each JUUL Enterprise Defendant, the JUUL Enterprise's common course of conduct would not be successful.

C.     **Predicate Acts:  Mail and Wire Fraud**

305.     To carry out, or attempt to carry out, the objectives of the JUUL Enterprise, the members of the Enterprise, each of whom is a person associated-in-fact with the Enterprise, did knowingly conduct or participate in, directly or indirectly, the affairs of the Enterprise through a pattern of racketeering activity within the meaning of 18 U.S.C. §§ 1961(1), 1961(5) and 1962(c), and

employed the use of the mail and wire facilities, in violation of 18 U.S.C. § 1341 (mail fraud) and § 1343 (wire fraud).

306.    Specifically, the members of the JUUL Enterprise have committed, conspired to commit, and/or aided and abetted in the commission of, at least two predicate acts of racketeering activity (i.e., violations of 18 U.S.C. §§ 1341 and 1343), within the past ten years.

307.    The multiple acts of racketeering activity which the members of the JUUL Enterprise committed, or aided or abetted in the commission of, were related to each other, posed a threat of continued racketeering activity, and therefore constitute a "pattern of racketeering activity."

308.    The racketeering activity was made possible by the Enterprise's regular use of the facilities, services, and employees of the Enterprise.

309.    The members of the JUUL Enterprise participated in the Enterprise by using mail, telephone, and the internet to transmit mailings and wires in interstate or foreign commerce.

310.    The members of the JUUL Enterprise used, directed the use of, and/or caused to be used, thousands of interstate mail and wire communications in service of the Enterprise's objectives through common misrepresentations, concealments, and material omissions.

311.    In devising and executing the objectives of the JUUL Enterprise, its members devised and knowingly carried out a material scheme and/or artifice to defraud the public by denying that JUUL's products were marketed to youth, and that JUUL was really created and designed as a smoking cessation device.

312.    For the purpose of furthering its desire to preserve and increase its market share, even at the expense exposing and addicting children to nicotine, the JUUL Enterprise committed these racketeering acts, which number in the thousands, intentionally and knowingly with the specific intent to advance its objectives.

313.    The JUUL Enterprise's predicate acts of racketeering (18 U.S.C. § 1961(1)) include, but are not limited to:

A. Mail Fraud: the JUUL Enterprise violated 18 U.S.C. § 1341 by sending or receiving, or by causing to be sent and/or received, fraudulent materials via U.S. mail or commercial interstate carriers for the purpose of deceiving the public regarding its efforts to market to youth and the true purpose and design behind its products.

B. Wire Fraud: The JUUL Enterprise violated 18 U.S.C. § 1343 by transmitting and/or receiving, or by causing to be transmitted and/or received, fraudulent materials by wire for the purpose of deceiving the public regarding its efforts to market to youth and the true purpose and design behind its products.

The JUUL Enterprise falsely and misleadingly used the mails and wires in violation of 18 U.S.C. § 1341 and § 1343. Illustrative and non-exhaustive examples include the following:

A.    "JUUL Labs was founded by former smokers, James and Adam, with the goal of improving the lives of the world's one billion adult smokers by eliminating cigarettes. We envision a world where fewer adults use cigarettes, and where adults who smoke cigarettes have the tools to reduce or eliminate their consumption entirely, should they so desire."[423];

B.    "JUUL Labs, which exists to *help* adult smokers switch off of combustible cigarettes."[424];

C.    "JUUL was designed with adult smokers in mind. . . . JUUL provides satisfaction to meet the standards of adult smokers looking to switch from smoking cigarettes."[425];

D.    "Our Intent[:] . . . [W]e believe that vaping can have a positive impact when used by adult smokers, and can have a negative impact when used by nonsmokers. Our goal is to maximize the positive and reduce the negative."[426];

E.    "It's a really, really important issue. We don't want kids using our products."[427];

F.    "We market our products responsibly, following strict guidelines to have material directly exclusively toward adult smokers and never to youth audiences."[428] ;

---

[423] *Our Mission*, *supra* note 168.
[424] *Id.*
[425] *Consumer Update: 9/19*, JUUL Labs, Inc. (2019), https://newsroom.juul.com/consumer-update-9-19/ (last visited Dec. 9, 2019).
[426] *JUUL*, JUUL Labs, Inc. (2019), https://www.juul.com/ (last visited Dec. 9, 2019).
[427] Angelica LaVito, *Nearly one-quarter of teens are using pot*, CNBC (Dec. 14, 2017), https://www.cnbc.com/2017/12/13/marijuana-and-nicotine-vaping-popular-among-teens-according-to-study.html (Interview with Ashely Gould, JUUL Chief Administrative Officer).
[428] Jackler et al., *supra* note 40 at 15 (citing a JUUL social media post from March 14, 2018).

G.      "We don't want anyone who doesn't smoke, or already use nicotine, to use JUUL products. We certainly don't want youth using the product. It is bad for public health, and it is bad for our mission. JUUL Labs and FDA share a common goal – preventing youth from initiating on nicotine. To paraphrase Commissioner Gottlieb, we want to be the off-ramp for adult smokers to switch from cigarettes, not an on-ramp for America's youth to initiate on nicotine. We won't be successful in our mission to serve adult smokers if we don't narrow the on-ramp. . . . Our intent was never to have youth use JUUL products. But intent is not enough, the numbers are what matter, and the numbers tell us underage use of e-cigarette products is a problem. We must solve it."[429];

H.      "We are taking significant action to prepare for a future where adult smokers overwhelmingly choose non-combustible products over cigarettes by investing $12.8 billion in JUUL, a world leader in switching adult smokers . . . . We have long said that providing adult smokers with superior, satisfying products with the potential to reduce harm is the best way to achieve tobacco harm reduction."[430];

I.      "First of all, I'd tell them that I'm sorry that their child's using the product. It's not intended for them. I hope there was nothing that we did that made it appealing to them. As a parent of a 16-year-old, I'm sorry for them, and I have empathy for them, in terms of what the challenges they're going through."[431];

J.      "We never wanted any non-nicotine user, and certainly nobody under the legal age of purchase, to ever use Juul products. . . .That is a serious problem. Our company has no higher priority than combatting underage use."[432];

K.      "We have no higher priority than to prevent youth usage of our products which is why we have taken aggressive, industry leading actions to combat youth usage."[433];

L.      James Monsees, one of the company's co-founders, said selling JUUL products to youth was "antithetical to the company's mission."[434];

---

[429] *JUUL Labs Action Plan*, *supra* note 116 (statement of Ken Burns, former CEO of JUUL).

[430] *Altria Minority Investment*, *supra* note 118 (statement of Howard Willard, Altria Chairman and Chief Executive Officer).

[431] Angelica LaVito, *As Juul grapples with teen vaping 'epidemic,' CEO tells parent 'I'm sorry'*, CNBC (July 13, 2019), https://www.cnbc.com/2019/07/13/as-juul-deals-with-teen-vaping-epidemic-ceo-tells-parents-im-sorry.html.

[432] *Examining JUUL's Role in the Youth Nicotine Epidemic: Part II: Hearing Before the House Committee on Oversight and Reform Subcommittee on Economic and Consumer Policy* at 1 (July 25, 2019), https://docs.house.gov/meetings/GO/GO05/20190725/109846/HHRG-116-GO05-Wstate-MonseesJ-20190725.pdf (testimony of JUUL Founder James Monsees).

[433] *Our Actions to Combat Underage Use*, JUUL Labs, Inc. (Aug. 29, 2019), https://newsroom.juul.com/our-actions-to-combat-underage-use/ (JUUL statement in response to lawsuits).

[434] Richtel & Kaplan, *Did Juul Lure Teenagers*, *supra* note 107.

M.     "Our focus is and will remain entirely on helping adult smokers switch away from combustible cigarettes, the leading cause of preventable death in the world."[435];

N.     "We have never marketed to youth and we never will."[436]

314.     The mail and wire transmissions described herein were made in furtherance of the JUUL Enterprise Defendants' scheme and common course of conduct designed to cover-up JUUL's marketing to youth, thereby increasing or maintaining JUUL's market share, resulting in corresponding high profits for all JUUL Enterprise Defendants.

315.     Many of the precise dates of the fraudulent uses of the U.S. mail and interstate wire facilities have been deliberately hidden and cannot be alleged without access to the JUUL Enterprise Defendants' books and records. However, Plaintiff has described the types of predicate acts of mail and/or wire fraud, including the specific types of fraudulent statements upon which, through the mail and wires, the JUUL Enterprise engaged in fraudulent activity in furtherance of its scheme.

316.     The members of the Enterprise have not undertaken the practices described herein in isolation, but as part of a common scheme and conspiracy. In violation of 18 U.S.C. § 1962(d), the members of the JUUL Enterprise conspired to violate 18 U.S.C. § 1962(c), as described herein. Various other persons, firms, and corporations, including third-party entities and individuals not named as defendants in this Complaint, have participated as co-conspirators with the JUUL Enterprise Defendants and the members of the JUUL Enterprise in these offenses and have performed acts in furtherance of the conspiracy to increase or maintain revenue, maintain or increase market share,

---

[435] Sheila Kaplan, *Philip Morris and Altria Are in Talks to Merge*, N.Y. Times (Aug. 27, 2019), https://www.nytimes.com/2019/08/27/health/philip-morris-altria-merger-tobacco.html (statement made by Joshua Raffel, JUUL spokesperson).

[436] Michael Hiltzik, *Column: Studies show how Juul exploited social media to get teens to start vaping*, L.A. Times (Sept. 24, 2019), https://www.latimes.com/business/story/2019-09-24/hiltzik-juul-target-teens (statement made on behalf of JUUL).

and/or minimize losses for the JUUL Enterprise Defendants and their named and unnamed co-conspirators throughout the illegal scheme and common course of conduct.

317.    The members of the JUUL Enterprise aided and abetted others in the violations of the above laws.

318.    To achieve their common goals, the members of the Enterprise hid from Plaintiff and the public: (1) the fraudulent nature of the JUUL Enterprise scheme; (2) the fraudulent nature of statements made by Defendant JUUL regarding its efforts to target youth and the nature of its product; and (3) the true nature and objective of the relationship between the members of the Enterprise.

319.    Each member of the JUUL Enterprise, with knowledge and intent, agreed to the overall objectives of the schemes and participated in the common course of conduct. Indeed, for the conspiracy to succeed, each of the member of the JUUL Enterprise had to agree to conceal their fraudulent scheme.

320.    The members of the JUUL Enterprise knew, and intended that, the public would rely on the material misrepresentations and omissions made by them.

321.    As described herein, the members of the JUUL Enterprise engaged in a pattern of related and continuous predicate acts for years. The predicate acts constituted a variety of unlawful activities, each conducted with the common purpose of maintaining JUUL's ill-gotten market share and thereby continuing to receive significant monies and revenues from the public, including youth, based on their misconduct.

322.    The predicate acts also had the same or similar results, participants, victims, and methods of commission.

323.    The predicate acts were related and not isolated events.

324.     The JUUL Enterprise Defendants' fraudulent concealment was material to Plaintiff and the public. The pattern of racketeering activity described above is currently ongoing and open-ended, and threatens to continue indefinitely unless this Court enjoins the racketeering activity.

**D.     Plaintiff Has Been Damaged by the JUUL Enterprise Defendants' RICO Violations**

325.  Plaintiff has been injured by the JUUL Enterprise Defendants' predicate acts. The repeated misstatements by the JUUL Enterprise Defendants denying that JUUL marketed to youth and addicted children to nicotine serve to preserve JUUL's market share—a market share that is based upon children purchasing JUUL's tobacco products. The creation and maintenance of this youth e-cigarette market directly harms Plaintiff by imposing costs on its business and property.

326.     The JUUL Enterprise Defendants' violations of 18 U.S.C. § 1962(c) and (d) have directly and proximately caused injuries and damages to Whatcom County, its community, and the public, and the County is entitled to bring this action for three times its actual damages, as well as injunctive/equitable relief, costs, and reasonable attorneys' fees pursuant to 18 U.S.C. § 1964(c).

**COUNT THREE — FRAUDULENT TRANSFER, CAL. CIV. CODE § 3439 *ET SEQ.***

327.     Plaintiff Whatcom County incorporates each preceding paragraph as though set forth fully herein.

328.     Plaintiff brings this claim under Cal. Civ. Code § 3439.04 against Defendants JUUL and PAX.

329.     Under Cal. Civ. Code § 3439.01, "Creditor" means a person who has a claim, and includes an assignee of a general assignment for the benefit of creditors, as defined in Section 493.010 of the California Code of Civil Procedure, of a debtor.

330.     Under Cal. Civ. Code § 3439.01, "Debtor" means a person, including a corporation, limited liability company, association, business entity, or other legal entity, who is liable on a claim.

331.    Under Cal. Civ. Code § 3439.01, "Claim," means a right to payment, whether or not the right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured.

332.    Plaintiff is a "creditor" because it has a "claim" against a "debtor," JUUL, as these terms are defined under Cal. Civ. Code § 3439.01.

333.    Defendant JUUL, the transferor of certain property, now is, and at all times mentioned in this complaint was, an organization with its principal place of business and chief executive office located in San Francisco, California.

334.    Defendant PAX., the transferee of certain property, now is, and at all times mentioned in this complaint after its incorporation in 2017 was, an organization with its principal place of business and chief executive office located in San Francisco, California.

335.    Prior to the formation and spinoff of PAX in mid-2017, Defendant-Transferor JUUL was the owner of patents, research, design materials, and other assets developed and gained from JUUL's research into how to develop vapor products attractive to youth and how to market a vapor product to youth, and from JUUL's marketing and sale of these products to youth from 2015 onwards.

336.    In June 2017, and in anticipation of the spinoff, Defendant-Transferor JUUL conveyed portions of this property with substantial value to Defendant-Transferee PAX Labs, Inc.  The stock of PAX was transferred to the shareholders of JUUL shortly after the assets were transferred to PAX. The transfer of assets to PAX and of the shares of PAX to JUUL's shareholders, were part of an integrated transaction to move the assets and the marijuana vaping business out of JUUL to PAX.

337.    On information and belief, JUUL received no consideration in the transaction described in the immediately preceding paragraph.  Alternatively, in such transaction JUUL did not receive a reasonably equivalent value in exchange for the assets transferred.

338.    On information and belief, on that date, immediately before the formation and spinoff of PAX, Defendant-Transferor JUUL intended to incur, or believed, or reasonably should have believed that it had or would incur debts and liabilities beyond its ability to pay as they became due.

339.    Before the formation and spinoff of PAX, JUUL had already begun creating and/or contributing to a public nuisance affecting the entire nation and millions of youth.

340.    On information and belief, immediately before the formation and spinoff of PAX, JUUL knew that its product was being purchased and used by large numbers of youth and knew or should have known that this would subject it to legal liability.

341.    In 2014, before JUUL launched its JUUL device, Congress was conducting hearings into and publishing reports discussing the e-cigarette industry's marketing to youth. In these hearings and reports, members of Congress repeatedly compared the conduct of these e-cigarette companies to the conduct of Big Tobacco companies prior to the Master Settlement Agreement. Under the Master Settlement Agreement, tobacco companies that marketed to youth were required to pay the states over $200 billion over 25 years.[437]

342.    By the end of 2015, JUUL knew or should have known that teenagers were using its products due to large orders being place on its website and social media posts showing teenagers using JUUL products. That same year, JUUL was sued by the Center for Environmental Health, along with other e-cigarette companies, for violating California's Proposition 65 by not disclosing that its product may contain cancer-causing chemicals, including formaldehyde. The lawsuit discussed the fact that teen use of e-cigarettes was dramatically rising and aimed to prevent JUUL and other e-cigarette companies from advertising to children and teens.

---

[437] The Master Settlement Agreement, *supra* note 252.

343.    On information and belief, immediately after the transfer of assets to PAX and its shareholders as part of the PAX formation and spinoff, at fair valuation, the sum of JUUL's debts was greater than the sum of its assets.

344.    On information and belief, when it engaged in the PAX formation and spinoff transaction described herein, JUUL intended to incur, or believed or reasonably should have believed that it would incur, debts beyond its ability to pay as they came due.

345.    After the fraudulent transfer, by November 2019, Plaintiff became a creditor of Defendant-Transferor JUUL.

346.    Pursuant to Cal. Civ. Code § 3439.07, Plaintiff Whatcom County respectfully requests that the Court enter an order (i) declaring that the transfer of assets by JUUL to PAX is null and void to the extent necessary to satisfy Plaintiff's claim, and directing that all assets whose transfer is nullified and the proceeds thereof and profits thereon, be returned to JUUL; (ii) imposing a constructive trust on all assets transferred by JUUL to PAX, and all proceeds of and profits earned on such assets; (iii) enjoining any further transfer by PAX of any assets transferred to it by JUUL, together with the proceeds of and profits earned on such assets; and (iv) providing for such other relief as the Court deems just and proper under the circumstances.

## COUNT FOUR — UNJUST ENRICHMENT

347.    Plaintiff Whatcom County incorporates each preceding paragraph as though set forth fully herein.

348.    Plaintiff brings this claim under the common law of Washington against Defendant PAX.

349.    Defendant PAX was enriched by the substantial assets from Defendant JUUL in connection with the formation and spinoff of PAX.

350.   JUUL was impoverished by the formation and spinoff of PAX because it received no consideration for the substantial assets it transferred to PAX or from the shares of PAX that it transferred to JUUL's shareholders.

351.   The PAX formation and spinoff transaction was unjust because it was intended to place and/or had the effect of placing substantial assets that had been the property of JUUL beyond the reach of JUUL's creditors at a time when JUUL knew or should have known that the liabilities associated with its vaping business would exceed its assets.

352.   Unremedied, the effect of the PAX formation and spinoff transaction would be that the shareholders of JUUL would continue to enjoy the benefits of the marijuana vaping business and other assets transferred by JUUL to PAX, while JUUL's remaining assets would be insufficient to satisfy its obligations to creditors.

353.   This benefit was at the expense of Plaintiff Whatcom County because Plaintiff is now a creditor of JUUL and it reasonably fears that JUUL's assets will be insufficient to satisfy Plaintiff's claim.

354.   The circumstances make it unjust for PAX to retain the enrichment it has experienced.

355.   In equity and good conscience, Defendant PAX Labs, Inc. should not be allowed to retain this benefit at Plaintiff's expense.

356.   Plaintiff Whatcom County therefore respectfully requests that the Court enter an order (i) declaring that PAX has been unjustly enriched by the transfer of assets from JUUL to PAX; (ii) imposing a constructive trust on all assets transferred by JUUL to PAX, and all proceeds of and profits earned on such assets; (iii) enjoining any further transfer by PAX of any assets transferred to it by JUUL, together with the proceeds of and profits earned on such assets; and (iv) providing for such other relief as the Court deems just and proper under the circumstances.

## COUNT FIVE — PUNITIVE DAMAGES

357.   Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this complaint.

358.   Defendants acted to serve their own interests, having reason to know, and consciously disregarding, a substantial risk that their conduct might significantly injure the rights of others.

359.   Plaintiff is entitled to recover punitive damages in an amount sufficient to punish Defendants for their wrongful conduct and deter others from engaging in similar conduct in the future.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

360.   Entering an Order that the conduct alleged herein constitutes a public nuisance under Washington law, including RCW 7.48 *et seq.*;

361.   Entering an Order that the Defendants are jointly and severally liable;

362.   Entering an Order requiring the Defendants to abate the public nuisance described herein and to deter and/or prevent the resumption of such nuisance;

363.   Enjoining Defendants from engaging in further actions causing or contributing to the public nuisance as described herein;

364.   Entering an Order avoiding the fraudulent transfer described above to the extent necessary to satisfy Plaintiff's claim;

365.   Awarding equitable relief to fund prevention education and addiction treatment;

366.   Awarding actual and compensatory damages;

367.   Awarding statutory damages in the maximum amount permitted by law;

368.   Awarding reasonable attorneys' fees and costs of suit;

369.   Awarding pre-judgment and post-judgment interest; and

370.  Such other and further relief as the Court deems just and proper under the circumstances.

### JURY TRIAL DEMANDED

Plaintiff hereby demands a trial by jury.

RESPECTFULLY SUBMITTED this 17th day of December, 2019.

**KELLER ROHRBACK L.L.P.**

By */s/ Dean Kawamoto*
Dean Kawamoto, SBA #232032
Derek W. Loeser, *admitted pro hac vice*
Gretchen Freeman Cappio, *admitted pro hac vice*
Alison S. Gaffney, *admitted pro hac vice*
Felicia J. Craick, *admitted pro hac vice*
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Tel: (206) 623-1900
Fax: (206) 623-3384
Email: dloeser@kellerrohrback.com
        gcappio@kellerrohrback.com
        dkawamoto@kellerrohrback.com
        agaffney@kellerrohrback.com
        fcraick@kellerrohrback.com

*Attorneys for Plaintiff Whatcom County*