RITA M. HAEUSLER (SBN 110574)
rita.haeusler@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1999 Avenue of the Stars, 9th Floor
Los Angeles, CA 90067
Telephone: (213) 613-2800
Facsimile: (213) 613-2950

DAVID WOODS (*pro hac vice* pending)
david.woods@hugheshubbard.com
BRENDAN FRANZONI (*pro hac vice* pending)
brendan.franzoni@hugheshubbard.com
Hughes Hubbard & Reed LLP
2345 Grand Boulevard, Suite 2000
Kansas City, MO  64108
Telephone: (816) 709-4100
Facsimile: (816) 709 4198

Attorneys for Defendants
FONTEM US, INC., LORILLARD, LLC, and LOEC, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHATCOM COUNTY,<br><br>Plaintiff,<br><br>v.<br><br>JUUL LABS, INC. F/K/A PAX LABS, INC., *et al.*,<br><br>Defendants. | CASE NO. 19-cv-08191-WHO<br>[Hon. William H. Orrick]<br><br>**DEFENDANT FONTEM US, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Complaint Filed:  December 17, 2019 |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 3-15, the undersigned, counsel of record for FONTEM US, INC., certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding may have a direct pecuniary interest in the outcome of this case:

1. Fontem US, Inc. is a wholly owned subsidiary of Fontem Holdings B.V., a Netherlands corporation headquartered in Amsterdam, Netherlands. Fontem Holdings B.V. is a

96028031_1

wholly owned subsidiary of Fontem Ventures B.V., a Netherlands corporation headquartered in Amsterdam, Netherlands. Fontem Ventures B.V. is a wholly owned subsidiary of Imperial Tobacco Holdings (Netherlands) B.V., a Netherlands corporation headquartered in Amsterdam, Netherlands. Imperial Tobacco Holdings (Netherlands) B.V. is a wholly owned subsidiary of Imperial Brands, PLC, a publicly traded British corporation headquartered in Bristol, United Kingdom.

Dated: January 21, 2020

RITA M. HAEUSLER
HUGHES HUBBARD & REED LLP

DAVID WOODS (*pro hac vice* pending)
BRENDAN FRANZONI (*pro hac vice* pending)
HUGHES HUBBARD & REED LLP

By: /s/ Rita M. Haeusler
Rita M. Haeusler
Attorneys for Defendants
Fontem U.S., Inc., Lorillard, LLC, and LOEC, Inc.